SUPPLEMENT TO CIVIL COVER SHEET

R. Brent Cooper
TX Bar No. 04783250
brent.cooper@cooperscully.com
S. Hunter Walton
TX Bar No. 24106548
hunter.walton@cooperscully.com
COOPER & SCULLY, P.C.
900 Jackson Street, Suite 100
Dallas, Texas 75202
Telephone: (214) 712-9500
Telecopy: (214) 712-9540

David H. Thompson*
DC Bar No. 450503
dthompson@cooperkirk.com
Peter A. Patterson
DC Bar No. 998668
ppatterson@cooperkirk.com
COOPER & KIRK, PLLC
1523 New Hampshire Ave N.W.
Washington, D.C. 20036
Telephone: (202) 220-9600
Fax: (202) 220-9601

*Pro hac vice application forthcoming

ATTORNEYS FOR PLAINTIFFS