# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

Firearms Policy Coalition Inc., et al.,
Plaintiff

v.

4:24-cv-00565-O
Civil Action No.

Merrick Garland
Defendant

## CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT

(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Plaintiffs Firearms Policy Coalition, Second Amendment Foundation, Gavin Pate, and George Mandry

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

None

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

None

|  |  |
|---|---|
| Date: | June 18, 2024 |
| Signature: | /s/ R. Brent Cooper |
| Print Name: | R. Brent Cooper |
| Bar Number: | 04783250 |
| Address: | 900 Jackson Street, Suite 100 |
| City, State, Zip: | Dallas, Texas 75202 |
| Telephone: | (214) 712-9500 |
| Fax: | (214) 712-9540 |
| E-Mail: | brent.cooper@cooperscully.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.