UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

Firearms Policy Coalition, Inc., et al. §
§ *Plaintiff* §
§
§
v. § Case No. 4:24-cv-565
§
§
Merrick Garland §
*Defendant* §

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.**   Applicant is an attorney and a member of the law firm of (or practices under the name of)

Cooper and Kirk, PLLC                                                                                   , with offices at

1523 New Hampshire Ave. NW
(Street Address)

Washington                           DC                         20036
(City)                                      (State)                    (Zip Code)

(202) 220-9600                       (202) 220-9601
(Telephone No.)                    (Fax No.)


**II.**   Applicant will sign all filings with the name  David H. Thompson                                     .


**III.**   Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

Firearms Policy Coalition, Inc., Second Amendment Foundation, Gavin Pate, and George Mandry


to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of _____District of Columbia_____, where Applicant regularly practices law.

Bar license number: 450503      Admission date: Apr. 1, 1996

For Court Use Only.
Bar Status Verified: _____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| See attached addendum | | |
| | | |
| | | |
| | | |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:          Case No. And Style:

Nov. 10, 2021                    Case No. 3:21-cv-02767-K, Civil

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

R. Brent Cooper                                                                    , who has offices at

900 Jackson Street, Suite 100
(Street Address)

Dallas                                   Texas                  75202
(City)                                   (State)                (Zip Code)

(214) 712-9500                        (214) 712-9540
(Telephone No.)                       (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

[✓] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the   18   day of June                              , 2024     .

David H. Thompson
Printed Name of Applicant

/s/ David H. Thompson
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

**ADDENDUM – DAVID H. THOMPSON BAR ADMISSIONS**

| State(s) of Admission: | Date of Admission | Status with Bar or Court |
|---|---|---|
| State of New York, First Appellate Division | 08/07/1995 | Active |
| District of Columbia | 04/01/1996 | Active |
| | | |
| **U.S. District Court for the:** | | |
| District of Columbia | 02/02/1998 | Active |
| Northern District of Florida | 06/17/2008 | Active |
| Western District of Michigan | 08/10/2023 | Active |
| District of Colorado | 02/17/2015 | Inactive |
| | | |
| **U.S. Court of Appeals for the:** | | |
| First Circuit | 12/12/2017 | Active |
| Second Circuit | 04/14/2014 | Active |
| Third Circuit | 02/03/2004 | Active |
| Fourth Circuit | 09/25/2002 | Active |
| Fifth Circuit | 02/26/2009 | Active |
| Sixth Circuit | 08/24/2007 | Active |
| Seventh Circuit | 04/06/2012 | Active |
| Eighth Circuit | 03/29/2017 | Active |
| Ninth Circuit | 02/10/1997 | Active |
| Tenth Circuit | 08/07/2014 | Active |
| Eleventh Circuit | 08/30/2012 | Active |
| Federal Circuit | 11/14/2000 | Active |
| D.C. Circuit | 01/17/2006 | Active |
| | | Active |
| U.S. Court of Federal Claims | 12/20/1996 | Active |
| U.S. Supreme Court | 11/16/1998 | Active |



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

# David H Thompson

was duly qualified and admitted on April 1, 1996 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on June 06, 2024.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*