# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Firearms Policy Coalition, Inc., et al.<br>*Plaintiff* | §<br>§<br>§<br>§ |
| v. | § Case No. 4:24-cv-565 |
| | §<br>§ |
| Merrick Garland<br>*Defendant* | §<br>§<br>§ |

## APPLICATION FOR ADMISSION *PRO HAC VICE*
(Complete all questions; indicate "N/A" if necessary.)

**I.** Applicant is an attorney and a member of the law firm of (or practices under the name of)

Cooper and Kirk, PLLC_____, with offices at

1523 New Hampshire Ave. NW_____
(Street Address)

Washington_____  DC_____  20036_____
(City)                  (State)      (Zip Code)

(202) 220-9600_____   (202) 220-9601_____
(Telephone No.)              (Fax No.)

**II.** Applicant will sign all filings with the name Peter A. Patterson_____.

**III.** Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

Firearms Policy Coalition, Inc., Second Amendment Foundation, Gavin Pate, and George Mandry

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of _____District of Columbia_____, where Applicant regularly practices law.

Bar license number: 998668     Admission date: Jan. 7, 2011

For Court Use Only.
Bar Status Verified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| See attached addendum | | |
| | | |
| | | |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:                Case No. And Style:

Nov. 10, 2021                       Case No. 3:21-cv-02767-K, Civil

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

R. Brent Cooper                                                                        , who has offices at

900 Jackson Street, Suite 100
(Street Address)

Dallas                              Texas                    75202
(City)                              (State)                  (Zip Code)

(214) 712-9500                      (214) 712-9540
(Telephone No.)                     (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

☑ Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

☐ Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the   18   day of June                      , 2024    .

Peter A. Patterson
Printed Name of Applicant

/s/ Peter A. Patterson
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

**ADDENDUM – PETE A. PATTERSON BAR ADMISSIONS**

|  | **Date of Admission** | **Status** |
|---|---|---|
| State of Ohio | 11/06/2006 | Active |
| District of Columbia | 01/07/2011 | Active |
|  |  |  |
| **U.S. District Court for the:** |  |  |
| District of Columbia | 08/05/2013 | Active |
| Southern District of Ohio | 07/06/2010 | Active |
| Colorado | 05-22-2015 | Inactive |
|  |  |  |
| **U.S. Court of Appeals for the:** |  |  |
| First Circuit | 12/12/2017 | Active |
| Second Circuit | 04/14/2014 | Active |
| Third Circuit | 06/14/2018 | Active |
| Fourth Circuit | 05/10/2011 | Active |
| Fifth Circuit | 11/29/2011 | Active |
| Sixth Circuit | 12/10/2006 | Active |
| Seventh Circuit | 04/06/2012 | Active |
| Eighth Circuit | 03/29/2017 | Active |
| Ninth Circuit | 08/12/2010 | Active |
| Tenth Circuit | 08/07/2014 | Active |
| Eleventh Circuit | 08/22/2012 | Active |
| Federal Circuit | 10/26/2010 | Active |
| D.C. Circuit | 10/15/2014 | Active |
|  |  |  |
| U.S. Court of Federal Claims | 07/22/2013 | Active |
| U.S. Supreme Court | 02/19/2013 | Active |



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that*

# Peter A Patterson

*was duly qualified and admitted on January 7, 2011 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an Active member in good
standing of this Bar.*

*In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on June 06, 2024.*

*JULIO A. CASTILLO
Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership
District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email
memberservices@dcbar.org.*