UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| FIREARMS POLICY COALITION, INC., § <br> SECOND AMENDMENT FOUNDATION, § <br> GAVIN PATE, and GEORGE MANDRY, § <br> Plaintiff(s), § <br> vs. § <br> § <br> MERRICK GARLAND, in his official § <br> capacity as Attorney General of the § <br> United States, § <br> Defendant(s). § | CIVIL ACTION NO. 4:24-CV-00565-O |

## RETURN OF SERVICE

Came to my hand on **Wednesday, June 19, 2024 at 6:00 AM,**
Executed at: **801 CHERRY STREET, SUITE 1700, FORT WORTH, TX 76102**
at **9:45 AM,** on **Thursday, June 20, 2024,** by delivering to the within named:

**MERRICK GARLAND, IN HIS OFFICIAL CAPACITY AS ATTORNEY
GENERAL OF THE UNITED STATES**

by personally delivering to **Assistant U.S. Attorney, BRIAN STOLTZ**

a true copy of this

**SUMMONS IN A CIVIL ACTION and COMPLAINT FOR
DECLARATORY AND INJUNCTIVE RELIEF**

having first endorsed thereon the date of the delivery.

I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of Texas. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I am familiar with the Texas Rules of Civil Procedure, and the Texas Civil Practice and Remedies Codes as they apply to service of process. I am certified by the Judicial Branch Certification Commission to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas in compliance with rule 103 and 501.2 of the TRCP."

**My name is Danny L. Haney, my date of birth is March 27, 1958 and my business address is 5470 L.B.J. Freeway, Dallas, Texas, 75240 in the county of Dallas, United States of America. I declare under penalty of perjury that the foregoing is true and correct.**

Executed in Dallas County, State of Texas, on Saturday, June 22, 2024

By: _____
Danny L. Haney - PSC 566 - Exp 03/31/26
served@specialdelivery.com

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| Firearms Policy Coalition, Inc. et al | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 4:24-cv-00565-O |
| | ) |
| Garland | ) |
| *Defendant* | ) |

## Summons in a Civil Action

**TO:** Merrick Garland, in his official capacity as Attorney General of the United States

These copies of the summons and complaint are to be either:
(1) delivered to the United States Attorney for the Northern District of Texas <u>or</u> to an assistant United States attorney or clerical employee whom the United States Attorney has designated in writing filed with the Clerk of the United States District Court for the Northern District of Texas;
or
(2) send by registered or certified mail to the civil-process clerk at the Office of the United States Attorney for the Northern District of Texas ( 801 Cherry Street, Suite 1700,Fort Worth, TX 76102-6897)

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

R Cooper
900 Jackson Street, Suite 100
Dallas , TX 75202

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 06/18/2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 4:24-cv-00565-O

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated
by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ other *(specify)* _____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

**RETURN / AFFIDAVIT PROOF / ATTACHED**

**RETURN / AFFIDAVIT PROOF / ATTACHED**