IN THE UNITED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| FIREARMS POLICY COALITION, INC., § <br> SECOND AMENDMENT FOUNDATION, § <br> GAVIN PATE, and GEORGE MANDRY, § <br> § <br> Plaintiff(s), § <br> vs. § <br> MERRICK GARLAND, in his official § <br> capacity as Attorney General of the United § <br> States, § <br> Defendant(s). § | CIVIL ACTION NO. <u>4:24-cv-00565-O</u> |

## RETURN OF SERVICE

Came to hand on **Tuesday, June 18, 2024 at 5:24 PM,**
Executed at: **950 PENNSYLVANIA AVENUE, NW, WASHINGTON, DC 20530**
on **Monday, June 24, 2024,** by delivering to the within named:

**MERRICK GARLAND, IN HIS OFFICIAL CAPACITY
AS ATTORNEY GENERAL OF THE UNITED STATES**

by Certified Mail Return Receipt Requested, tracking number 9414 8118 98756 5467 8187 59, a true copy of this

**SUMMONS IN A CIVIL ACTION and COMPLAINT
FOR DECLARATORY AND INJUNCTIVE RELIEF**

The return receipt, accepted by **AN INDIVIDUAL, Authorized Agent** of the Defendant's Registered Agent, is attached to this form.

I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of Texas. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I am familiar with the Texas Rules of Civil Procedure, and the Texas Civil Practice and Remedies Codes as they apply to service of process. I am certified by the Judicial Branch Certification Commission to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas in compliance with rule 103 and 501.2 of the TRCP."

**My name is Brittney Woodall, my date of birth is October 4, 1986 and my business address is 5470 L.B.J. Freeway, Dallas, Texas, 75240 in the county of Dallas, United States of America. I declare under penalty of perjury that the foregoing is true and correct.**

Executed in Dallas County, State of Texas, on Wednesday, July 3, 2024

By: _____
**Brittney Woodall - PSC 20304 - Exp 03/31/26**
served@specialdelivery.com


**UNITED STATES**
**POSTAL SERVICE**

June 25, 2024

Dear Reference 1700426:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9414 8118 9876 5467 8187 59.**

### Item Details

| | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Postal Facility |
| **Status Date / Time:** | June 24, 2024, 5:18 am |
| **Location:** | WASHINGTON, DC 20530 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | ATTORNEY GENERAL OF THE UNITED STATES MERRICK GA |

### Recipient Signature

Signature of Recipient: [signature]

Address of Recipient: [handwritten address]

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



stamps
endicia

062S0010937442

$9.07   US POSTAGE
FIRST-CLASS
Jun 18 2024
Mailed from ZIP 75240
5 OZ FIRST-CLASS MAIL FLATS RATE
ZONE 6
11923275

USPS CERTIFIED MAIL

9414 8118 9876 5467 8187 59

MERRICK GARLAND IN HIS OFFICIAL CAPACITY AS
ATTORNEY GENERAL OF THE UNITED STATES
950 PENNSYLVANIA AVE NW
WASHINGTON DC 20530-0009

Special Delivery Service, Inc.
Brittney Woodall
5470 LYNDON B JOHNSON FWY STE 100
DALLAS TX 75240-1044

1700426

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| Firearms Policy Coalition, Inc. et al | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 4:24-cv-00565-O |
| | ) |
| Garland | ) |
| *Defendant* | ) |

## Summons in a Civil Action

**TO:** Merrick Garland, in his official capacity as Attorney General of the United States

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

R Cooper
900 Jackson Street, Suite 100
Dallas, TX 75202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 06/18/2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 4:24-cv-00565-O

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated
by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ other *(specify)* _____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

RETURN / AFFIDAVIT
PROOF / ATTACHED

Case 4:24-cv-00565-O   Document 1   Filed 06/18/24   Page 1 of 8   PageID 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

FIREARMS POLICY COALITION, INC.,
SECOND AMENDMENT FOUNDATION,
GAVIN PATE, and GEORGE MANDRY,

    *Plaintiffs*,

v.

CIVIL ACTION NO. 4:24-cv-565

MERRICK GARLAND, in his official
capacity as Attorney General of the United
States,

    *Defendant.*

## COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

Plaintiffs Firearms Policy Coalition, Inc., Second Amendment Foundation, Gavin Pate, and George Mandry, complain of Defendant Merrick Garland, in his official capacity as Attorney General of the United States, and allege:

### INTRODUCTION

1. In *New York State Rifle & Pistol Association v. Bruen*, the Supreme Court held that the law-abiding citizens of this Nation have a general right to carry firearms for self-defense in public, which can only be restricted in "exceptional circumstances." 597 U.S. 1, 38 (2022).

2. Plaintiffs sue to challenge the constitutionality of 18 U.S.C. § 930(a), which bars knowingly possessing a firearm in federal facilities, including United States Post Offices. Plaintiffs also sue to challenge the constitutionality of 39 C.F.R. § 232.1(l), which bars firearm carry and storage on property under the control of the Postal Service.

3. The Organizational Plaintiffs, Firearms Policy Coalition and Second Amendment Foundation, sue on behalf their members, including individual Plaintiffs, who wish to exercise

1