# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

Firearms Policy Coalition, Inc., et al.,
Plaintiff

v.

4:24-cv-565-O
Civil Action No.

Merrick Garland, in his official capacity
Defendant

### CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Defendant

_____

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

N/a

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Firearms Policy Coalition, Inc., Second Amendment Foundation, Gavin Pate, George Mandry.

| | |
|---|---|
| Date: | August 19, 2024 |
| Signature: | /s/ Jason C. Lynch |
| Print Name: | Jason C. Lynch |
| Bar Number: | D.C. Bar 1016319 |
| Address: | 1100 L Street NW |
| City, State, Zip: | Washington, DC 20005 |
| Telephone: | (202) 514-1359 |
| Fax: | (202) 616-8460 |
| E-Mail: | Jason.Lynch@usdoj.gov |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.