# APPENDIX

**APPENDIX OF DECLARATIONS & HISTORICAL LAWS**

| Exhibit # | Citation |
|---|---|
| A. | Decl. of Gavin Pate |
| B. | Decl. of George Mandry |
| C. | Decl. of Brandon Combs |
| D. | Decl. of Adam Kraut |
| E. | THE PUBLIC LAWS OF THE STATE OF RHODE-ISLAND 220, 222 (Providence, Carter & Wilkinson 1798) |
| F. | 2 LAWS OF THE STATE OF DELAWARE, FROM THE FOURTEENTH DAY OF OCTOBER, ONE THOUSAND SEVEN HUNDRED, TO THE EIGHTEENTH DAY OF AUGUST, ONE THOUSAND SEVEN HUNDRED AND NINETY-SEVEN 984, 1088, 1091, 1100, 1118 |
| G. | 10 THE STATUTES AT LARGE OF PENNSYLVANIA FROM 1682 TO 1801 57, 376, 378 (William Stanley Ray ed., 1904) |
| H. | THE PUBLIC LAWS OF THE STATE OF SOUTH CAROLINA 268, 271, 386–388, 426, 427 (Phila., R. Aitken & Son 1790) |
| I. | A COMPILATION OF THE LAWS OF THE STATE OF GEORGIA, PASSED BY THE LEGISLATURE SINCE THE POLITICAL YEAR 1800, TO THE YEAR 1810, INCLUSIVE 372–73 |
| J. | PROVINCIAL CONGRESS, JOURNAL OF THE VOTES AND PROCEEDINGS OF THE PROVINCIAL CONGRESS OF NEW JERSEY: HELD AT TRENTON IN THE MONTH OF OCTOBER 239, 240 (Burlington, Isaac Collins, *reprinted* Woodbury, Joseph Sailer 1835) |
| K. | JOURNAL OF THE HOUSE OF DELEGATES OF THE COMMONWEALTH OF VIRGINIA 77 (Richmond, Thomas W. White 1828) |
| L. | 2 THE LAWS OF THE STATE OF VERMONT 382, 387 (Randolph, Sereno Wright 1808) |
| M. | VOTES AND PROCEEDINGS OF THE HOUSE OF DELEGATES OF THE STATE OF MARYLAND, OCTOBER SESSION, 1780 at 2 (1797) |
| N. | VOTES AND PROCEEDINGS OF THE SENATE OF THE STATE OF MARYLAND, NOVEMBER SESSION, 1791 at 1 (1792) |
| O. | A JOURNAL OF THE PROCEEDINGS OF THE HONORABLE SENATE OF THE STATE OF NEW-HAMPSHIRE 6 (1801) |
| P. | A COLLECTION OF ALL SUCH ACTS OF THE GENERAL ASSEMBLY OF VIRGINIA 69–71 (1803) (similar) |
| Q. | 2 LAWS OF THE STATE OF NEW JERSEY, COMPILED AND PUBLISHED, UNDER THE AUTHORITY OF THE LEGISLATURE 36, 49, 50, 58 (Joseph Bloomfield ed., Trenton, James J. Wilson 1811) |
| R. | 1 LAWS OF THE STATE OF NEW YORK 176 (Websters & Skinner 2d ed. 1802) |
| S. | ACTS AND LAWS OF THE STATE OF CONNECTICUT, IN AMERICA 63–65 (New London, Timothy Green 1784) |
| T. | A DIGEST OF THE LAWS OF THE STATE OF GEORGIA 471, 473–74, 478, 611 (Robert & George Watkins eds., Phila., R. Aitken 1800) (1792 law) |
| U. | 1 THE LAWS OF MARYLAND TO WHICH ARE PREFIXED THE ORIGINAL CHARTER, WITH AN ENGLISH TRANSLATION, ch. 25 (1799) (1799 law) |
| V. | ACTS AND RESOLVES OF MASSACHUSETTS, 1786-87 at 235 (Boston, Adams & Nourse 1893) (1786 law) |

**App.2**

| W. | THE LAWS OF THE STATE OF NEW HAMPSHIRE 112–16 (1797) |
|---|---|
| X. | A MANUAL OF THE LAWS OF NORTH-CAROLINA 190–91, 196 (John Haywood ed., 3d ed. 1814) |
| Y. | AN ACT FOR THE SUPPORT OF THE GOVERNMENT, *in* 1 LAWS OF THE STATE OF NEW YORK 532 (Charles R. & George Webster 1802) |
| Z. | ABRIDGEMENT OF THE PUBLIC PERMANENT LAWS OF VIRGINIA 325 (Augustine Davis ed., 1796) |
| AA. | MD. CONST. art. 1 §§ 3, 14 (1776) |
| BB. | AN ACT TO ESTABLISH THE POST-OFFICE AND POST-ROADS WITHIN THE UNITED STATES, Pub. L. No. 2-7, § 17, 1 Stat. 232 (1792) |
| CC. | AN ACT TO ESTABLISH THE POST-OFFICE AND POST-ROADS WITHIN THE UNITED STATES, Pub. L. No. 3-23, § 17, 1 Stat. 354 (1794) |
| DD. | ACT TO ESTABLISH THE POST-OFFICE OF THE UNITED STATES, Pub. L. No. 5-43, § 1, 1 Stat. 733 (1799) |

# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| **FIREARMS POLICY COALITION, INC.,**<br>**SECOND AMENDMENT FOUNDATION,**<br>**GAVIN PATE, and GEORGE MANDRY,**<br><br>     *Plaintiffs*,<br><br> **v.**<br><br>**MERRICK GARLAND,** in his official<br>capacity as Attorney General of the United<br>States**,**<br><br>     *Defendant*. | **CIVIL ACTION NO. 4:24-cv-565** |

**DECLARATION OF GAVIN PATE**

I, Gavin Pate, hereby declare under penalty of perjury, that the following information is true to the best of my knowledge and state the following:

1.     I am over 18 years old. I am competent to give this declaration. I am providing this declaration based on my personal knowledge and experience.

2.     I am a citizen of the United States, and a resident and citizen of the State of Texas, currently residing in Arlington.

3.     I am an Anglican priest working to establish a new church in Texas.

4.     I have never been charged or convicted of any misdemeanor or felony offense.

5.     I am not prohibited under state or federal law from acquiring or possessing firearms or ammunition.

6.     I hold an active Texas license to carry.

1

**App.5**

7.     I am a member of Plaintiffs Firearms Policy Coalition and Second Amendment Foundation.

8.     Despite my license to carry a handgun, under 18 U.S.C. § 930(g)(1), I am prohibited from knowingly possessing a firearm in United States Post Offices, and under 39 C.F.R. § 232.1(a), I am prohibited from carrying and storing firearms on United States Postal Service postal property.

9.     I carry, and intend to continue carrying, my personal handgun during my daily activities, which include running errands. I visit the United States Post Office sparingly for personal errands. Specifically, I have not visited my local United States Post Office in Tarrant County, Texas in months, due to the firearm carry restrictions. I am particularly concerned about rising crime in my area. Because I do not like to disarm and lose the ability to defend myself, I mostly use a local private post office. If I did not have to disarm, I would go to my local United States Post Office once or twice a month.

10.     I abstain from carrying a handgun for self-defense in the United States Post Office and on United States Postal Service postal property because otherwise, if I were to carry a firearm, I would be exposing myself to arrest, criminal charges, incarceration, and/or a fine. But for the threat of enforcement of 18 U.S.C. § 930(g)(1) and 39 C.F.R. § 232.1(a), I would carry a firearm in United States Post Offices and on United States Postal Service property.

11.     When I go to the United States Post Office without carrying a handgun, I am left without the ability to meaningfully defend myself in case of confrontation. Because of 18 U.S.C. § 930(g)(1) and 39 C.F.R. § 232.1(a), I am suffering diminished personal safety on my way to the United States Post Office, while I visit the Post Office, and when I leave the Post Office.

**App.6**

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 19th day of October, 2024.

Gavin Pate

3

**App.7**

Case 4:24-cv-00565-O    Document 24    Filed 10/21/24    Page 8 of 172    PageID 121

# EXHIBIT B

**App.8**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

FIREARMS POLICY COALITION, INC.,
SECOND AMENDMENT FOUNDATION,
GAVIN PATE, and GEORGE MANDRY,

    *Plaintiffs,*

v.

MERRICK GARLAND, in his official
capacity as Attorney General of the United
States,

    *Defendant.*

CIVIL ACTION NO. 4:24-cv-565

## DECLARATION OF GEORGE MANDRY

I, George Mandry, hereby declare under penalty of perjury, that the following information is true to the best of my knowledge and state the following:

1.    I am over 18 years old. I am competent to give this declaration. I am providing this declaration based on my personal knowledge and experience.

2.    I am a citizen of the United States, and a resident and citizen of the State of Texas, currently residing in New Braunfels.

3.    I run a small business that provides residential water treatment services. I served in the U.S. Navy for four years and previously held several security clearances.

4.    I have never been charged or convicted of any misdemeanor or felony offense.

5.    I am not prohibited under state or federal law from acquiring or possessing firearms or ammunition.

6.    I hold an active Texas license to carry.

1

**App.9**

7.    I am a member of Plaintiffs Firearms Policy Coalition and Second Amendment Foundation.

8.    Despite my license to carry a handgun, under 18 U.S.C. § 930(g)(1), I am prohibited from knowingly possessing a firearm in United States Post Offices, and under 39 C.F.R. § 232.1(a), I am prohibited from carrying and storing firearms on United States Postal Service postal property.

9.    I carry, and intend to continue carrying, my personal handgun during my daily activities. I visit the United States Post Office occasionally for business errands. Specifically, I visit my local United States Post Office in Comal County, Texas, but only every few months due to the firearm carry restrictions. My customers sometimes pay me in cash or in money orders that I cash at the United States Post Office.  Because I often carry large amounts of cash, I do not like having to disarm when entering the United States Post Office. If I did not have to disarm, I would go to my local United States Post Office once a week.

10.    I abstain from carrying a handgun for self-defense in the United States Post Office and on United States Postal Service postal property because otherwise, if I were to carry a firearm, I would be exposing myself to arrest, criminal charges, incarceration, and/or a fine. But for the threat of enforcement of 18 U.S.C. § 930(g)(1) and 39 C.F.R. § 232.1(a), I would carry a firearm in United States Post Offices and on United States Postal Service property.

11.    When I go to the United States Post Office without carrying a handgun, I am left without the ability to meaningfully defend myself in case of confrontation. Because of 18 U.S.C. § 930(g)(1) and 39 C.F.R. § 232.1(a), I am suffering diminished personal safety on my way to the United States Post Office, while I visit the Post Office, and when I leave the Post Office.

**App.10**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 17th day of October, 2024.

George Mandry

3

**App.11**

# EXHIBIT C

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| **FIREARMS POLICY COALITION, INC.,**<br>**SECOND AMENDMENT FOUNDATION,**<br>**GAVIN PATE, and GEORGE MANDRY,**<br><br>    *Plaintiffs*,<br><br> **v.**<br><br>**MERRICK GARLAND,** in his official<br>capacity as Attorney General of the United<br>States**,**<br><br>    *Defendant*. | **CIVIL ACTION NO. 4:24-cv-565** |

**DECLARATION OF BRANDON COMBS**

I, Brandon Combs, hereby declare under penalty of perjury, that the following information is true to the best of my knowledge and state the following:

1.      I am over 18 years old. I am competent to give this declaration. I am providing this declaration based on my personal knowledge and experience.

2.      I am the President of Firearms Policy Coalition, Inc. ("FPC"), a non-profit membership organization incorporated under the laws of Delaware with a primary place of business in Clark County, Nevada. In my role as president, I am familiar with FPC's purposes as an organization and FPC's membership.

3.      The purposes of FPC include protecting, defending, and advancing the People's rights, especially but not limited to the inalienable, fundamental, and individual right to keep and bear arms, and protecting the means by which individuals may exercise the right to carry and use firearms.

1

**App.13**

4.      FPC serves its members and the public through legislative and grassroots advocacy, litigation and legal efforts, research, education, outreach, and other programs.

5.      FPC has thousands of members and supporters nationwide, including in Texas.

6.      FPC brings this action on behalf of its members, including the Individual Plaintiffs, who intend and desire to exercise their Second Amendment rights to carry firearms for self-defense in United States Post Offices and on United States Postal Service postal property.

7.      FPC's members, including the Individual Plaintiffs, in this District include individuals who are not prohibited under state or federal law from possessing, receiving, owning, or purchasing a firearm or ammunition.

8.      One or more FPC members, including the Individual Plaintiffs, in this District hold active Texas licenses to carry ("LTCs") and would keep and bear a firearm for self-defense in United States Post Offices and on United States Postal Service postal property but for their reasonable fear of arrest and prosecution under 18 U.S.C. § 930(g)(1) and 39 C.F.R. § 232.1(a).

9.      One or more FPC members in this District, including the Individual Plaintiffs, hold active Texas LTCs and rarely or never go to local Post Offices due to public safety concerns related to 18 U.S.C. § 930(g)(1) and 39 C.F.R. § 232.1(a), which leave one or more of these members without the ability to meaningfully defend themselves. These members would go to the Post Office more frequently if permitted to carry there.

10.     Each of the Individual Plaintiffs in this case is a member of FPC.

**App.14**

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 18th day of October, 2024.

Brandon Combs

3

**App.15**

# EXHIBIT D

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| **FIREARMS POLICY COALITION, INC.,**<br>**SECOND AMENDMENT FOUNDATION,**<br>**GAVIN PATE, and GEORGE MANDRY,**<br><br>　　　*Plaintiffs*,<br><br>　**v.**<br><br>**MERRICK GARLAND,** in his official<br>capacity as Attorney General of the United<br>States**,**<br><br>　　　*Defendant*. | **CIVIL ACTION NO. 4:24-cv-565** |

**DECLARATION OF ADAM KRAUT**

I, Adam Kraut, hereby declare under penalty of perjury, that the following information is true to the best of my knowledge and state the following:

1.　　I am over 18 years old. I am competent to give this declaration. I am providing this declaration based on my personal knowledge and experience.

2.　　I am the Executive Director of Second Amendment Foundation ("SAF"), a non-profit membership organization founded in 1974 that is incorporated under the laws of the state of Washington with a primary place of business in Bellevue, Washington. In my role as Executive Director, I am familiar with SAF's purposes as an organization and SAF's membership.

3.　　The purposes of SAF include seeking to preserve the effectiveness of the Second Amendment through education, research, publishing, and legal action programs focused on the constitutionally protected right to possess firearms and firearm ammunition, and the consequences of gun control.

1

**App.17**

4.     SAF has been a pioneer and an innovator in the defense of the right to keep and bear arms.

5.     SAF has over 720,000 members and supporters nationwide, including thousands of members in Texas.

6.     SAF brings this action on behalf of its members, including the Individual Plaintiffs to this action, who intend and desire to exercise their Second Amendment rights to carry firearms for self-defense in United States Post Offices and on United States Postal Service postal property.

7.     SAF's members in this District include individuals, including the Individual Plaintiffs, who are not prohibited under state or federal law from possessing, receiving, owning, or purchasing a firearm or ammunition.

8.     One or more SAF members, including the Individual Plaintiffs, in this District hold active Texas licenses to carry ("LTCs") and would keep and bear a firearm for self-defense in United States Post Offices and on United States Postal Service postal property but for their reasonable fear of arrest and prosecution under 18 U.S.C. § 930(g)(1) and 39 C.F.R. § 232.1(a).

9.     One or more SAF members in this District, including the Individual Plaintiffs, hold active Texas LTCs and rarely or never go to local Post Offices due to public safety concerns related to 18 U.S.C. § 930(g)(1) and 39 C.F.R. § 232.1(a), which leave one or more of these members without the ability to meaningfully defend themselves. These members would go to the Post Office more frequently if permitted to carry there.

10.    Each of the Individual Plaintiffs in this case is a member of SAF.

**App.18**

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 21st day of October, 2024.

_____

Adam Kraut

3

# EXHIBIT G

# THE

# PUBLIC LAWS

## OF THE STATE OF

# RHODE-ISLAND

## AND

# PROVIDENCE PLANTATIONS,

As revised by a Committee, and finally enacted by
the Honourable GENERAL ASSEMBLY, at their
Session in *January*, 1798.

TO WHICH ARE PREFIXED,

The CHARTER, DECLARATION OF INDEPENDENCE, ARTICLES
OF CONFEDERATION, CONSTITUTION OF THE UNITED
STATES, and PRESIDENT WASHINGTON'S ADDRESS of *September*, 1796.

*41259*

### Published by Authority.

*IGNORANTIA LEGIS NEMINEM EXCUSAT.*
IGNORANCE OF THE LAW IS NO EXCUSE FOR ITS VIOLATION.

Printed at PROVIDENCE, by CARTER and WILKINSON,
and sold at their Book-Store. 1798.

App.21

Generated on 2024-01-10 15:26 GMT / https://hdl.handle.net/2027/mdp.35112203940448
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

220　　　　　　　　*Fees.*

|  | D. | C. |
|---|---|---|
| *The public Notaries shall be allowed,* | | |
| For drawing a protest, and registering the same, | 1 | 50 |
| For swearing witnesses relative to a protest, for each witness, | 0 | 5 |
| For recording all instruments, for every lawful page, | 0 | 10 |
| For taking the acknowledgment of a letter of attorney, or other instrument, and affixing the notarial seal thereto, | 0 | 25 |
| *The Sheriffs shall be allowed,* | | |
| For serving a writ, if not more than a mile from the court-house, or place of appearance, | 0 | 12 |
| For every mile's travel out beyond a mile, and the same back, the travel to be computed from the place to which the writ is returnable, to the place where it is served, | 0 | 2 |
| For attending a prisoner before commitment, if actually committed, | 0 | 16 |
| For the copy of a writ or warrant, not to be taxed, unless actually given, | 0 | 10 |
| For attending the General Assembly, the Supreme Judicial Court, and Courts of Common Pleas, by the day, | 1 | 0 |
| For a bail bond in civil actions, | 0 | 6 |
| And where bail is taken by indorsement on the writ, the same fee. | | |
| For serving all executions where a party is committed to gaol, | 0 | 70 |
| For serving all executions where the money due thereon is collected, not exceeding four dollars, | 0 | 30 |
| If above four dollars, and not exceeding seven dollars, | 0 | 40 |
| If above seven dollars, and not exceeding twenty dollars, | 0 | 60 |

If

**App.22**

Digitized by Google　　　Original from　UNIVERSITY OF MICHIGAN

**222**

*Fees.*

**D. C.**

ing writs, unlefs the Court to which
fuch warrant or procefs fhall be re-
turnable, fhall deem it reafonable
to make a further allowance for ex-
tra fervices.

*The Coroners fhall be allowed,*

| | | |
|---|---|---|
| For taking every inquifition, | 1 | 0 |
| Befides the above fee, for every day employed therein, | 1 | 0 |
| Each Juror fhall be allowed by the day, | 0 | 50 |

*Town-Sergeants and Conftables fhall be al-*
*lowed,*

| | | |
|---|---|---|
| For ferving a writ, if not more than a mile from the place of appearance, | 0 | 12 |
| If more than a mile, | 0 | 8 |
| For every mile's travel out beyond a mile, and the fame back, | 0 | 2 |
| For a bail bond in civil actions, | 0 | 6 |

And where bail is taken by indorfe-
ment on the writ, the fame fee.

| | | |
|---|---|---|
| For a copy of a writ or warrant, | 0 | 10 |

For ferving a fummons and travel,
the fame as the Sheriff.

| | | |
|---|---|---|
| For attendance upon the General Af-fembly, the Supreme Judicial Court, and the Courts of Common Pleas, by the day, | 0 | 75 |

For ferving a warrant or other crimi-
nal procefs, the fame as for ferving
a writ, unlefs the Court to which the
fame fhall be returnable, fhall deem
it reafonable to make a further al-
lowance for extra fervice.

*Other Fees allowed in Court.*

| | | |
|---|---|---|
| For the writ and declaration, | 1 | 0 |
| Attorney's and counfel's fee in the Courts of Common Pleas, | 1 | 0 |
| In the Supreme Judicial Court, | 2 | 0 |
| | One | |

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

# EXHIBIT H

# L A W S

### O F  T H E

## S T A T E

#### O F

# DELAWARE,

FROM THE FOURTEENTH DAY OF OCTOBER, ONE THOUSAND SEVEN
HUNDRED, TO THE EIGHTEENTH DAY OF AUGUST, ONE
THOUSAND SEVEN HUNDRED AND NINETY-SEVEN,

---

### IN TWO VOLUMES.

---

#### VOLUME II.

---

*Publifhed by Authority.*

STANFORD LIBRARY

---

*N E W - C A S T L E:*

PRINTED BY SAMUEL AND JOHN ADAMS.

M,DCC,XCVII.

App.25

Digitized by Google

CHAP.
CCXIII.
1790.

them from and after the time for collection of the said tax, shall have expired.

*Passed October 26, 1790.*

---

### CHAP. CCXIV. b.

1790.

*An ACT directing the election of a Representative for this state in the Congress of the United States. (a).*

Time and places of holding the election.

SECTION I. BE it enacted by the General Assembly of Delaware, That an election of a Representative for this state, to serve in the Congress of the United States, for two years from the fourth day of March next, shall be held by the citizens of this state, qualified to vote for Members of the House of Assembly, on the second Monday of November next, at the following places, *to wit*; For the county of New-Castle at the Court House in the town of New-Castle; For the county of Kent at the Court House in the town of Dover; For the county of Sussex at the Court House in the town of Lewes; *(b)* in like manner as by the election laws of this state is directed for the election of Members of the General

Public notice thereof to be given.

Assembly of this state; of which election due and public notice shall be given by the Sheriffs of the respective counties, agreeably to the said election laws: And the present Sheriffs, together with every other officer and person whose duty it was to attend, conduct, and regulate the General Election held on the first day of this present month of October, are hereby authorised and required to attend, conduct, and regulate the election herein directed to be held for the purpose aforesaid, in like manner as in and by the said election laws is directed; and the several powers and

Powers of the officers for conducting the election.

authorities to the several officers given by the laws of this state, relating to the election of Members of the

General

*(a)* See chap. 168. b. Ante.

*(b)* Place of election for Sussex county since established at George Town, see chap. 237. b.

**App.26**

C H A P.
XVIII.
1793.

of the act for raising county rates and levies, *(a)* as by this act is altered, is hereby repealed and made void.

*Paſſed June* 14, 1793.

---

C H A P.   XIX. c.

*An* ACT *to regulate the courts in this ſtate.*

1793.

SECTION 1. **B**E *it enacted by the Senate and Houſe of Repreſentatives of the ſtate of Dela-ware in General Aſſembly met,* That, from and after the firſt Tueſday of October next, the Court of Chancery, Supreme Court, Court of Common Pleas, and Court of General Quarter Seſſions of the Peace and Gaol Delivery, ſhall be held in each county twice in

Terms,

every year; *(b)* and that the terms of the ſaid ſeveral courts ſhall commence and be held as follows, *That*

of the Supreme
Court.

*is to ſay,* The Supreme Court in New-Caſtle county on the ſecond Tueſday of April and October, in Kent county on the fourth Tueſday of April and October, and in Suſſex county on the ſecond Tueſday

Of the Court of
Common Pleas.

after the terms ſhall commence in Kent county; and the Court of Common Pleas ſhall commence and be held in Suſſex county on the ſecond Tueſday after the terms of the Supreme Court ſhall commence in Suſſex county, in Kent county on the ſecond Tueſday after the terms of the Court of Common Pleas ſhall commence in Suſſex county, and in New-Caſtle county on the ſecond Tueſday after the terms of that court ſhall commence in Kent county. *(c)*

Of the Court of
Chancery.

SECT. 2. *And be it enacted,* That the Court of Chancery ſhall be commenced, and held in each county, on the firſt Tueſdays next immediately ſucceeding the

*(a)* Chap. 102. a. 16 Geo. II.

*(b)* See art. 6, of the conſtitution of this ſtate adopted in 1792—and the ſchedule.

*(c)* Times of holding thoſe two courts altered in chap. 61. c. after.

Digitized by Google

ments, as though no fuch writ or writs were fued forth
or delivered to them or any of them.

SECT. 9. *And be it enaƈted*, That it ſhall and may
be lawful for any party or parties, to any ſuit or ſuits
depending in the Court of Common Pleas, which may
have originated previous to the firſt Tueſday of Oƈto-
ber next, after that day to remove all and every fuch
ſuit or ſuits, before iſſue joined, by *habeas corpus* or
*certiorari*, at any time previous to the firſt Tueſday of
Oƈtober, One Thouſand Seven Hundred and Ninety-
four, in like manner as they now can be moved in
ſuch cauſes ; *(g)* any law to the contrary notwithſtand-
ing.

SECT. 10. *And be it enaƈted*, That the High Court
of Errors and Appeals *(h)* ſhall be held and kept, once
in every year, at the town of Dover, in Kent county,
on the firſt Tueſday in Auguſt, to receive, hear and
judge of appeals in all matters of law and equity, that
may come before the ſaid court from the Court of Chan-
cery, the Supreme Court, and the Court of Com-
mon Pleas, in every county in this ſtate.

SECT. 11. *And be it enaƈted*, That the Sheriff of
Kent county, for the time being, ſhall be attendant
on the ſaid High Court of Errors and Appeals dur-
ing the ſitting thereof, and be the officer for the pur-
poſe of executing the orders and proceſs of the ſaid
court ; and in caſe of negleƈt or refuſal ſo to do, ſhall
be liable to the like pain, penalty, or forfeiture, as he
is in the Court of Chancery, Supreme Court, or Court
of Common Pleas.

SECT. 12. *And be it enaƈted*, That the aƈt, intitled,
*An aƈt to eſtabliſh a Court of Appeals in this ſtate*, ſhall
be, and is hereby repealed from and after the firſt
Tueſday of Oƈtober next.

*Paſſed June* 14, 1793.

VOL. II.            3 Q            CHAP.

*Margin notes:*
CHAP.
XIX.
1793.
What ſuits may be removed, and when.
High Court of Errors and Ap-
peals when held.
Sheriff of Kent to be attendant thereon.
Penalty for ne-
gleƈt.
Chap. 169. b.
Former act re-
pealed.

*(g)* For which ſee chap. 227. b.

*(h)* For the eſtabliſhment of this court, ſee art. 7, of the conſtitution of June
179

Case 4:24-cv-00565-O　　Document 24　　Filed 10/21/

**CHAP. XXVI.**

*1793.*

To be furnished with transcripts relative to the finances.

SECT. 5. *And be it enacted,* That immediately after the passing of any act of the General Assembly having regard to, or concerning the Auditor's Office, or the finances of the state, the Secretary of State shall furnish the Auditor with an authenticated copy thereof; and the Clerks of the Senate and of the House of Representatives shall also furnish the Auditor with authenticated copies of all resolves, minutes, or orders, which may be entered into, made, or ordered by their respective Houses, relating in any manner to the business of the Auditor, or the finances of the state.

Salary.

SECT. 6. *And be it enacted,* That the Auditor of Accounts shall, for his services, receive the annual sum of Three Hundred Dollars, to be paid quarterly at the treasury of the state, out of any monies therein, not otherwise appropriated, and no more. *(c)*

*Passed June* 15, 1793.

---

## CHAP. XXVII. c.

### An ACT *for regulating and establishing fees.*

Preamble.

FOR preventing extortion, undue exaction of fees by the several officers within this state; and that all fees may be reduced to a certainty, and be established;

SECTION 1. *BE it enacted by the Senate and House of Representatives of the state of Delaware in General Assembly met,* That the fees to be paid within this state shall be as herein after are ascertained, limited, and appointed, *That is to say:*

The Rate.

To the use of the state---

FOR a licence to keep a public house of entertainment, and to sell all liquors, signed and sealed, Twelve Dollars.

A licence for the same, and to sell all liquors, except wine, Eight Dollars. *(d)*　　　　　A li-

*(c)* See after in chaps. 65. c.—81. c. increased to Five Hundred Dollars, to commence from the time of his appointment, and to continue till first of Jan. 1796.

*(d)* For the original act for regulating innholders, &c. see chap. 75. a. 13 Geo. II.—See also chap. 2. b. Anno, 1777, sects. 4, 5—chap. 5. c. sect. 5—chap. 20. c.

**App.29**

Case 4:24-cv-00565-O   Document 24   Filed 10/21/2



C H A P.
XXVI.

1793.

Sergeant at Arms.

Door-keeper.

Bell-ringer.

Coroner.

Every day's attendance as Clerk, transcribing, &c. Two Dollars, *per* day, and no more.

SECT. 21. And the fees belonging to the Sergeant at Arms shall be as follow, *viz.*

For serving every order, One Dollar.

Taking any person into custody, Thirty-three Cents.

Travelling charges *per* mile, Two Cents going, and the same returning.

Every day's attendance on any person, where committed, Twenty-six Cents.

SECT. 22. Fees to the Door-keepers of the respective Houses—

For every day's attendance, One Dollar.

SECT. 23. To the Bell-ringer of the General Assembly, each day, Thirty-three Cents.

SECT. 24. Fees to the Coroner of each county—

For viewing the body of any person slain or murdered, to be paid out of the goods and chattels, lands and tenements, of the murderer or slayer, if he hath any ; but if he hath not, by the county, besides mileage, from the Court House to where the body is found, One Dollar.

Summoning and qualifying the inquest, drawing and returning the inquisition, including mileage, Two Dollars.

Summoning and qualifying each witness, and mileage from the place where the body is found, Thirty-three Cents.

Taking examinations, or depositions of witnesses, in writing, for each, Twenty Cents.

Taking every recognizance, Ten Cents.

In sect. 9, Ante. Summoning or arresting the Sheriff, or any other person where he is party, executing a writ of *fieri facias*, or other execution, the same fees as are allowed the Sheriff in like cases.

Travelling charges, Two Cents *per* mile.

The Cryer.

SECT. 25. To the Cryer—

For every action entered in the Supreme Court, and in the Court of Common Pleas, Thirteen Cents.

Every suit in the Court of Appeals, Sixty-seven Cents.

Calling each witness on a trial, Two Cents.

Calling a jury sworn at the bar, Seven Cents.

Every indictment, Thirteen Cents.

Calling a non suit, Seven Cents.      Calling

# EXHIBIT I

# THE

# 𝔖tatutes at 𝔏arge

OF

# PENNSYLVANIA

FROM

## 1682 to 1801

COMPILED UNDER THE
AUTHORITY OF THE ACT OF MAY 19 1887 BY
JAMES T. MITCHELL AND HENRY FLANDERS
COMMISSIONERS

---

## VOLUME X
### 1779 to 1781

---

WM. STANLEY RAY
STATE PRINTER OF PENNSYLVANIA
1904

**App.32**

persons between whom such party walls are to be made, and the first builder shall be reimbursed one moiety of the charge of such party wall, or for much thereof as the next builder shall have occasion to make use of, before such next builder shall use or break into said wall, the charge or value whereof to be fixed by the said regulators, or by arbitrators mutually chosen.

[Section XIX.] (Section XIX, P. L.) And be it further enacted by the authority aforesaid, That all appeals hereafter made from the order, direction and award of the said regulators, shall be taken and made, and shall lie to the next court of common pleas to be holden for the county of Philadelphia, within one calendar month from the time of making the order, direction or award, appealed from, but not afterwards, nor otherwise; whereupon the said court, upon security being entered by the party appealing for the payment of all costs, in case he or she should not prevail in his or her appeal, shall direct a venire to the sheriff of the county, commanding him to summon a jury to try the matter in dispute, and shall proceed therein according to the course of common law.

[Section XX.] (Section XX, P. L.) And be it further enacted by the authority aforesaid, That if any person shall lay the foundation, or begin to lay the foundation, of any party wall, or any wall adjoining, or upon the line of any public street, lane or alley, within the said district, before the line and boundaries of the lot, or piece of land, whereon the said foundation shall be so laid, or began to be laid, shall be adjusted and marked out by the said regulators, or two of them, every such person, as well employer as master builder, shall forfeit the sum of thirty pounds, one half part thereof to the said commissioners, to be laid out in making or amending the public streets in the said district, and the other half to the use of the informer, together with costs, provided the prosecution be commenced within twelve calendar months from the time the offense shall be committed.

[Section XXI.] (Section XXI, P. L.) And be it further enacted by the authority aforesaid, That the regulators, so to be appointed, shall enter in a book all directions, orders and awards, by them made in pursuance of this act, and every such order and award, if made with reasonable notice to the parties

**App.33**

Digitized by Google

(Section IX, P. L.)  And whereas a considerable number of the said inhabitants have, with great courage and fortitude, stood their ground, on the verge of the frontiers, at the hazard of their lives, and thereby formed in some measure a barrier to the flying inhabitants and eventually prevented the enemy from penetrating into the interior parts of the state:

[Section VIII.]  Be it therefore enacted by the authority aforesaid,  That for the greater encouragement of such as have stood, and will hereafter so stay on their plantations, at the verge of the frontiers, at the hazard of their lives, that it shall and may be lawful for the said commissioners, in like manner as aforesaid, to exonerate and discharge from the payment of taxes, either in whole or in part, as shall seem to them just and reasonable, all such as have so stood and will hereafter in like manner stand in defense of the frontiers.

[Section IX.] (Section X, P. L.)  And be it further enacted by the authority aforesaid,  That the said commissioners, or any two of them, shall transmit without delay to the general assembly a list of the names of the persons so exonerated, stating the amount of the sum or sums so remitted, that the deficiencies which may arise in raising the quotas of the said counties may be made good and provided for in levying and raising the other taxes of the state.

Passed December 22, 1781.  See the Act of Assembly passed January 27, 1797, Chapter 1913.

---

## CHAPTER CMLVII.

---

### AN ACT FOR THE SUPPORT OF GOVERNMENT, AND THE ADMINISTRATION OF JUSTICE.

(Section I, P. L.)  Whereas, those who dedicate their time and abilities to the service of the public ought to receive a reasonable compensation:

[Section I.] (Section II, P. L.)  Be it therefore enacted and it is hereby enacted by the Representatives of the Freemen of

Digitized by Google     Original from NEW YORK PUBLIC LIBRARY

Generated on 2024-10-18 14:51 GMT  /  https://hdl.handle.net/2027/nyp.33433007132842
Public Domain in the United States, Google-digitized  /  http://www.hathitrust.org/access_use#pd-us-google

The other members of the house of assembly, for every day's attendance, each the sum of fifteen shillings.

The clerks of the house of assembly, for every day's attendance, the sum of one pound.

The sergeant-at-arms, for every day's attendance, the sum of ten shillings.

The door-keeper of the council and the door-keeper of the house of assembly, each the sum of ten shillings for every day's attendance.

[Section III.] (Section IV, P. L.) And be it further enacted by the authority aforesaid, That every delegate in Congress and member of council shall be further allowed, towards his traveling charges, after the rate of six pence per mile, once in every three months, in coming in and going from the places where the Congress and council shall respectively sit, provided he shall so often actually visit his family; and that every member of assembly shall be further allowed, towards his traveling charges, after the same rate, once in each sitting of the house; which said wages and traveling expenses shall be paid by the treasurer of this state to the delegates representing this state in Congress, and to the members of the council and their door-keeper, on the drafts of the president or vice-president in council; and to the speaker and other members of assembly, to the clerk of the assembly, sergeant-at-arms and door-keeper, on the drafts of the speaker of the house, signed in assembly.

[Section IV.] (Section V, P. L.) And be it further enacted by the authority aforesaid, That so much of any act of assembly heretofore made as declares what salaries shall be paid to the several officers of government and what wages shall be allowed to the speaker and other members of assembly, to the delegates representing this state in Congress, to the members of council and others herein specially mentioned shall be and is hereby repealed.

Passed December 27, 1781.  Recorded L. B. No. 1, p. 264.  See the Acts of Assembly passed February 25, 1783, Chapter 1005.  The Act in the text was repealed by Acts of Assembly passed March 25, 1785, Chapter 1142; September 17, 1785, Chapter 1185.

# EXHIBIT H



T H E

# P U B L I C    L A W S

OF THE STATE OF

# SOUTH-CAROLINA,

*FROM ITS FIRST ESTABLISHMENT AS A BRITISH PROVINCE DOWN TO THE YEAR 1790, INCLUSIVE,*

IN WHICH

Is COMPREHENDED SUCH OF THE STATUTES OF GREAT BRITAIN AS WERE IN . . OF FORCE BY THE ACT OF ASSEMBLY OF 1712,

With an Appendix containing fuch other Statutes as have been enacted or declared to be of force in this State, either virtually or exprefsly,

TO WHICH IS ADDED

THE TITLES OF ALL THE LAWS (WITH THEIR RESPECTIVE DATES) WHICH HAVE BEEN PASSED IN SOUTH-CAROLINA DOWN TO THE PRESENT TIME,

ALSO

The Conftitution of the United States with the amendments thereto,

AND LIKEWISE

*THE NEWLY ADOPTED CONSTITUTION OF THE STATE OF SOUTH-CAROLINA,*

TOGETHER WITH A COPIOUS INDEX TO THE WHOLE.

*By the Honorable JOHN FAUCHERAUD GRIMKE, Efq. A. B. & L. L. D. and one of the affociate Judges of the Superior Courts in the State of South-Carolina.*

*Mifera Servitus eft, ubi Jus eft Vagum aut Incognitum. 4 Inft. 246,332.*

P H I L A D E L P H I A:

PRINTED BY R. AITKEN & SON, IN MARKET STREET.

M.DCC XC.

**App.37**

268         **The Public Laws**

A. D. 1768.

No. 1090.

over Guerin's bridge, to the high road near the corner of Mr. Johnson's fence, fhall be a private path or road, for the ufe and benefit of the faid Thomes Akin, his heirs and affigns for ever.

*(The reft of this act private or obfolete.)*

PETER MANIGAULT, Speaker.

12th *April*, 1768.       C. G. MONTAGU.

---

A. D. 1769.

Nº. 1095.

# An Act for eftablifhing Courts, building Gaols, and appointing Sheriffs, and other Officers, for the more convenient Adminiftration of Juftice in this Province.

Preamble.

WHEREAS the eftablifhing courts, building gaols, and appointing fheriffs, in different parts of this Province, under proper regulations, will tend to promote the intereft of our moft gracious fovereign and his good fubjects therein, alfo to preferve their juft rights, liberties and properties, and the public peace: Inafmuch as the diftance from Charleftown of many perfons who, however remote from thence are often obliged, either as parties, jurors, or witneffes, to attend the courts at prefent held there, for trial of all criminal caufes, and of civil actions exceeding the value of £20 current money; and the delay of fuits, by reafon of fuch diftance, are very great; the charge and inconvenience of fuch attendance burthenfome and detrimental; the bufinefs of the provoft-marfhal too much to be duly executed; his fees, by reafon of the extent of that office throughout the whole Province, often more than half the amount of debts fued for; and the expence of recovering fmall debts frequently far beyond the amount of fuch debts, to the great difcouragement of plaintiffs and profecutors, and the grievance of defendants; which hardfhips deter numbers of people from becoming inhabitants of this Province, who, if juftice could be obtained with greater eafe and expedition, and lefs expence (than at prefent) would be thereby induced to fettle and improve many large and valuable tracts of land, which now lay uncultivated, and would not only contribute largely to the revenue of the crown and fupport of government, but alfo greatly increafe the trade of Great-Britain, and of this Province: *And whereas* it would alfo tend to the eafe and advantage of the inhabitants of the Province, if commiffioners were appointed in the country, for taking affidavits and recognizances of bail, in actions depending in the courts of law; and caufes of weight and importance may, in fome cafes, be much better tried and decided by fpecial juries than by juries drawn as at prefent; and defendants may be often harraffed, by being obliged, as they now are, to give bail, whenever perfonally arrefted, though they be really little or nothing due to the plaintiffs in the actions, and the fame may be groundlefs: To attain therefore the falutary ends, and remove the inconveniencies aforefaid, *Be it enacted*, That the courts of common pleas in Charleftown, fhall be holden at the times already eftablifhed by law, except only that the court of common pleas which has heretofore been held on every 2d Tuefday in November, fhall, for the future, begin to be holden on every *2d Tuefday in October; the return-day of which court fhall be the †3d Tuefday in September: And that the courts of general feffions of the peace, oyer, and terminer, affize, and general gaol delivery, inftead of being held at the times now prefcribed by law, fhall, for the future, begin to be holden on every 3d Tuefday in ‡February, ‖May, and §October; any law, ufage, or cuftom to the contrary thereof notwithftanding. And that the judges of the faid courts, in the feveral circuits herein-after appointed, fhall hold pleas of all caufes, civil and criminal, arifing within the limits herein-after expreffed, in the fame manner, as nearly as may be, as the juftices of affize and *nifi prius* do in Great-Britain *(that is to fay)*

Enacted.

That the courts of Common Pleas in Charleftown fhall in future, be held on the fecond Tuefdays in February, May, Auguft and October.

*At

---

\* Altered to the 3d Tuefday in October by A. A. 26th March 1784.
† Altered to the 2d Tuefday in September by A. A. 28th March 1778.
‡ Altered to the 4th Tuefday in February by A. A. 7th March 1789.
‖ Altered to the 1ft Tuefday in June by A. A. 28th March 1778.

**App.38**

# of South-Carolina.

the fum of £2000 proclamation money to the public-treafurer, in behalf of the ſome of this Province, tor the due and faithful diſcharge and execution of their faid offices: And the faid bonds ſhall remain in his office, and may be fued for, by order of the faid court, for fatisfac- tion of the public, and all private perfons aggrieved by the mifconduct of the faid fheriffs. And, in cafe of the death, removal from this Province, or refufal to act, of any perfons fo appointed theretofor, &c. †

**A. D. 1769. No. 1005.** In cafe of death, &c. how others ſhall be appointed.

IX. The faid fheriffs ſhall by themfelves, or their lawful deputies refpectively, attend all the courts hereby appointed, or directed to be held, within their refpective diſtricts. ‖ And that the faid fheriffs, ſhall have the like powers and authorities: and they, and their under fhe- riff, or gaoler, be fubject and liable to all actions, fuits, fines, forfeitures, penalties, and dif- abilities whatfoever, which any fherifl, under-fheriff, or gaoler, is liable or fubject to, or may in- cur by the laws and ftatutes of Great-Britain, for and in refpect of the efcapes of prifoners, or for, or in refpect of any other matter or thing whatfoever, relating to, or concerning their feveral and refpective offices.

The fheriffs, by themfelves, or lawful deputies, ſhall attend all the courts in their refpective diſtricts. And ſhall have the fame powers, and be fubject to the like pe- nalties as the fheriffs in Great Britain.

X. *The firſt part of this claufe is obfolete.* No fheriff, under fheriff, fheriff's clerk, or other fheriff's officer, ſhall be an attorney, or act as fuch, in his own name, or in the name of any other perfon, or be allowed to plead or practife in any of the King's courts in this Province, during the time that he is in any fuch office. ||

Nor ſhall any fheriff, or officer under him, be allowed to plead or practife in faid courts.

XI. ¶ And, for the eafe of fheriffs, with regard to the return of procefs: *Be it enacted by the authority aforefaid,* That the fheriffs of each diſtrict or precinct, ſhall, at the expiration of his office, turn over, to the fucceeding fheriff, by indenture and fchedule, all fuch writs and procefs, as ſhall remain in his hands unexecuted, who ſhall duly execute and return the fame. And in cafe any fuch fheriff, ſhall refufe or neglect to turn over fuch procefs, in manner afore- faid, every fuch fheriff, fo neglecting or refufing, ſhall be liable to make fuch fatisfaction, by damages and cofts, to the party aggrieved, as he, fhe, or they ſhall fuftain by fuch neglect or refufal: And the faid fheriff ſhall alfo deliver up to his fucceffor, the cuftody of the gaol, and the bodies of fuch perfons who ſhall be confined therein, and the caufe of their detention.

How a fheriff ſhall deliver up his office to his fucceffor. Except on fum-

XII. The fees to the judges, and feveral officers of the faid courts, for bufinefs done by them refpectively, ſhall be the fame as thofe of the fame officers in the courts now holden in Charleftown for the like bufinefs, except where the proceedings ſhall be fummary as above- mentioned; and the fheriffs ſhall have the fame fees, for bufinefs done therein by them, as the provoft-marfhal is now entitled to, except in the cafes of fummary jurifdiction; and alfo except, that all mileage ſh all be computed from the court-houfes in the feveral diſtricts.

mary proceed- ings, the fees of the judges and other officers, ſhall be the fame as they now are.

XIII. *Obfolete.*

XIV. This act ſhall not extend to any action, which ſhall be commenced before notice by proclamation, of the Governor or Commander in Chief, that the faid court-houfes and pri- fons are built and completed; but all fuch actions and fuits, ſhall and may be proceeded in, and determined in the fame manner, as if this act had never been made. And no perfon ſhall be obliged to ferve as a juror, out of the diſtrict or precinct wherein he ſhall by this act be liable to ferve, after courts have been therein refpectively holden.

All actions com- menced before this act ſhall operate, to be proceeded on and determined, as if it had never been paffed.

XV. * No clerk of any of the courts aforefaid, ſhall act as an attorney or folicitor therein, or in any other caufe * And no perfon ſhall practife in. or folicit in the caufe of any other in the faid courts, unlefs he has been or ſhall be admitted a barrifter at law, or an attorney thereof, by the court of common pleas in Charleftown, or an attorney of that court, and an inhabitant of this province.

No clerks of faid courts al- lowed to act as attornies or fo- licitors; nor other perfons but fuch as are herein fpecified.

† XVI. The faid courts ſhall be courts of record, and all perfons neceffarily going to, attend- ing, or returning from the fame, ſhall be free from arrefts in any civil action.

Said courts de- clared of record, and perfons re-

XVII. *And be it further enacted by the authority aforefaid,* That as foon as may be, after the ratification of this act, and after the court-houfes and goals herein mentioned are built, the judges of the faid court of common pleas in Charleftown, ſhall caufe lifts of jurors in civil caufes, grand and petit juries, to be made for Charleftown, and alfo for each of the country diſtricts and precincts, from the next antecedent tax lift of perfons within fuch refpective di- tricts or precincts aforefaid, whofe names ſhall be written on feparate pieces of paper: And the faid judges, ſhall caufe jury-boxes to be made for the faid courts, and for the courts of ge-

forting, attend- ing the fame, freed from ar- refts.
Juries how to nerally be drawn, &c. at the court houfe or goals are built.

‡ See 31 5. of de. All the reft of this claufe is altered or obfolete.
‡ See A. A. 29th February, 1734. Vol. 531 p. 956
§ See A. A. 1743. This claufe is copied nearly from 1 H. 5. c. 4.
¶ Copied nearly from 20 G. 2 c. 3?.
* See the 17th N° 1577 which meafure is the firſt laſt of this fection with ... ...
† See 30 § of N° 4076. 110 which ... ... ... of his fection.
† Reenacted 14 Feb. 1791 as to the county of Pinckney & Washington

386                        **The Public Laws**

A. D. 1788. declared incapable of serving in the same or any other office in this State. And the clerk of the County Court shall be allowed for recording every instrument of writing 3d. per copy sheet, which copy sheet shall not contain less than 90 words, and for every copy of such instrument of writing 2d. per copy sheet, containing not less than 90 words.

N°. 35.

## T A B L E S of F E E S.

### County Court Clerk's Fees.

|  | f. | s. | d. |
|---|---|---|---|
| For the whole fee of a tavern licence and bond | o | 9 | 4 |
| For every search for any thing above a year's standing | o | 1 | 0 |
| For searching and reading, or shewing to be read, any paper or record filed within the office, whereof a copy is not desired | o | 1 | o |

County court clerk.

#### In Actions and other Suits.

|  | f. | s. | d. |
|---|---|---|---|
| For every writ other than such as are herein after particularly mentioned | o | 2 | 6 |
| For every copy of each writ | o | 1 | 6 |
| For every writ of fieri facias, capias ad satisfaciendum, or scire facias | o | 2 | 6 |
| For a copy thereof | o | 1 | 6 |
| For a writ of attachment in any action | o | 2 | 6 |
| For recording the return thereof 2d. per copy sheet. |  |  |  |
| For an attachment granted by the Justice of Peace returnable to the court, and putting the same upon the docket | o | 2 | 8 |
| For every summons to summon any person on such attachment | o | 1 | 6 |
| Filing every bail bond or entering the bail returned | o | 1 | 6 |
| For docketing every cause except by summons or petition, to be charged but once | o | 1 | 0 |
| For a copy of the return of any writ | o | o | 6 |
| For entering any special bail | o | 1 | o |
| For entering security for costs for persons out of the county | o | 1 | o |
| For entering the appearance of the defendant or defendants, where there is no attorney, in any suit except by summons and petition | o | o | 6 |
| For entering one or more attornies for each party | o | 1 | o |
| For every petition, declaration, plea, demurrer, or joinder, &c. except in petitions for debt, detinue, assumpsit, or trover | o | 1 | o |
| For a copy of any declaration, special pleading, or demurrer | o | 2 | o |
| For every trial, swearing the jury and witnesses, filing all papers, and receiving and recording general verdict | o | 4 | 8 |
| For every trial where there is a special verdict, or case agreed, and recording the same | o | 6 | o |
| For swearing the witnesses in every other cause where there is no jury, or case agreed | o | 1 | o |
| For filing the papers of each party in every cause and where there is a jury or case agreed | o | 2 | o |
| For a copy of a special verdict or case agreed, and every thing therein set forth, or for making up a full and complete record of any cause, for every ninety words | o | o | 2 |
| For entering every judgment or for a copy thereof | o | 1 | o |
| For every deposition taken in court or a copy thereof | o | 1 | o |
| For administring an oath in court not relating to the trial of any cause there | o | 1 | o |
| For every recognizance in court | o | 2 | o |
| For entering the order or orders in any cause in one court | o | 2 | 6 |
| For every order for a witness or other person's attendance | o | 2 | o |
| For a copy of any order 2d. per copy sheet |  |  |  |
| For recording the report of a jury in the county before a surveyor, auditor, or viewer | o | 3 | 6 |
| For a copy thereof | o | 1 | 6 |

For

* See A. A. 1788.

## of South-Carolina.

387

| | £. s. d. | |
|---|---|---|
| A. D. 1783. | | |
| | | Nº. 1395. |

For taxing cofts to any judgment, or decree where cofts are recovered, or for a copy of a bill of cofts if required     0 2 0

For a copy of an account     0 4 0

For entering an appeal and taking bond to profecute it     0 4 0

For a copy of the bond     0 1 0

For returning appeal and fecurity to the office of clerk of the Supreme Court     0 4 8

For returning writ of *fuperfedeas, certiorari,* or *habeas corpus*     0 4 6

For a copy of the proceedings of the caufe wherein the appeal is granted, for every 90 words     0 0 8

For recording the acknowledgment of the fatisfaction of a judgment     0 2 0

For entering each order for a witnefs's attendance, to be charged to the party in whofe behalf the witnefs is fummoned, and taxed in the bill of cofts if fuch party recover     0 1 6

For a copy thereof to be taxed and charged in like manner     0 1 0

For an attachment thereon to be charged to the party againft whom fuch attachment fhall be iffued     0 1 6

For the whole fee chargeable for every fummons and petition for debt, detinue, affumpfit or trover, and all the proceedings therein, including a copy of the judgment and taxing cofts if required, except the refpective fees for fummoning witneffes, entering attornies, for every order for continuance, and for iffuing execution where fuch matters happen     0 10 0

For a fummons for feveral witneffes living in a county if fummonfes for all be taken out at 1 time     0 2 6

For recording any writings not herein particularly mentioned, or for a copy thereof, for every 90 words     0 0 3

For all public fervices of the clerk, viz. entering and iffuing copies of orders, for appointing overfeers of high-ways, appointing conftables, grand-juries, drawing juries, iffuing venires, taking lift of taxables, entering guardians accounts and all matters relating thereto, binding out poor orphans and appointing guardians, entering county affeffment and copies thereof, entering and iffuing orders for recommending Sheriffs and Juftices of Peace, and all other public fervices, for which no particular fee is allowed (to be affeffed and levied annually by the Juftices of the county)*     15 0 0

And where more attornies than 1 fhall be employed in any caufe on 1 fide, if fuch attornies take out more than 1 copy of any thing neceffarily relating to the fuit, yet no more than one copy fhall be allowed in the bill of cofts; neither fhall the clerks tax any fee in the bill of cofts, for entering any more than 1 attorney, although cofts, fhall be adjudged againft the adverfe party; and where any fuiter fhall retain all the attornies practifing at the court wherein fuch fuit is brought, on the petition of the defendant, the court fhall affign 1 of the faid attornies to appear and defend fuch defendant for the legal and accuftomed fees, and fuch attorney fhall be compellable by the court to undertake fuch defence, under the pain of being filenced and disfranchifed in fuch court.

### To the SHERIFF.

| | £. s. d. | |
|---|---|---|
| For an arreft, bail bond and return | 0 4 8 | To the fheriff. |
| For returning any procefs *non eft inventus* | 0 1 0 | |
| For ferving a writ of *fcire facias* | 0 1 6 | |
| For ferving any perfon with an order of court and making return thereof, to be paid by fuch perfons | 0 3 6 | |
| For putting any perfon in the pillory | 0 4 8 | |
| For putting into the flocks | 0 1 6 | |
| For putting in prifon, and releafement | 0 4 8 | |
| For ferving a fubpœna in chancery | 0 3 6 | |
| For ferving a fummons or petition for debt, detinue, affumpfit or trover | 0 3 6 | |
| For ferving a fubpœna for a witnefs in any caufe in court, except fummoned in court | 0 1 6 | |
| For fummoning an appraifer, viewer or witnefs to any deed, will or writing, if required to be fummoned and not elfe | 0 2 6 | |

For

* Altered by A. A. 1786, to £5.

# 388     The Public Laws

£. s. d.

A. D. 1785.
Nº· 1395.

For summoning and impannelling a jury in every cafe where a jury fhall be fworn   o s 9

For removing every criminal from the County gaol to the Diftrict gaol, for every mile in going and returning, to be paid by the public  -  per mile   o d 3

For removing any perfon by *habeas corpus* from the County gaol or other confinement to the public gaol, or before any Judge of the Circuit Court, to be paid by the perfon applying for the fame, unlefs removed by public order, in which cafe to be paid by the public for every mile going and returning  -  o o 3

For executing any condemned perfon and all fees incident  -  1 o 6

For fummoning a jury upon any inquifition, furvey, writ of dower or partition, if the jury appear  -  1 10 o

For the fame if the jury do not appear  -  o 15 o

For making return of any writ of dower or partition  -  o 7 6

For every days attendance upon a jury in the County after they are fworn, or attendance on a furvey or when ordered by the Court  -  o 7 6

For ferving a writ of *habere facias fefinam*, or *habere facias poffeffionem*  -  o 7 6

For ferving an attachment upon the body  -  o 5 o

For ferving declaration in ejectment if againft any one tenant  -  o 4 8

And if againft more tenants than one, for ferving the fame on every fuch tenant   o 3 6

For whipping a flave by order of Court, to be paid by the County  -  o 5 o

For ferving any execution of a judgment 5 *per cent.* commiffion on the firft £ 100, and 2 *per cent.* for all above

For ferving an attachment on goods exceeding £ 5 if fold, the fame fee as for ferving execution where the goods do not exceed that value or are not fold  -  o 5 o

For every perfon on attachment fummoned  -  o 2 6

For ferving and returning a writ, fummons or order from the Circuit Court, where the fame is not comprehended in any of the foregoing articles  -  o 5 o

For keeping and providing a debtor in gaol each day  -  o 1 o

For keeping and providing for a runaway flave or criminal in gaol, the former to be paid by the owner, the latter by the public  -  o 1 o

For ferving a warrant of a Juftice of peace  -  o 2 6

For fummoning witnefs before a Juftice  -  o 1 o

For all public fervices of the Sheriff, to wit, attending Courts of claims, fummoning and empannelling grand juries, publifhing writs for electing members to the General Affembly, taking the ballots and returning the writ, ferving all public orders of Court, and all other public and county fervice, for which there is no fpecified fee, to be annually affeffed and levied by the County Courts.*  -  o 15 o

## To the C O R O N E R.

To a coroner.

For taking an Inquifition on a dead body, to be paid out of the deceafed's eftate if fufficient, if not by the county  -  1 o o

For all other bufinefs done by him, the fame fees as are allowed the fheriff for the fame fervices.

## To the C O N S T A B L E.

To a conftable.

For ferving a warrant  -  o 2 6

For fummoning a witnefs  -  o 1 6

For fummoning a Coroner, jury, and witneffes  -  o 10 o

For putting a perfon in the ftocks  -  o 2 6

For ferving an execution or attachment returnable to the County Court againft the eftate of a debtor removing his effects out of the county  -  o 7 6

For whipping a flave by lawful authority, to be paid by the overfeer, if no overfeer, by the owner  -  o 2 6

Fees not payable till an account of them be produced to the party chargeable.

LIX. None of the fees herein-before mentioned fhall be payable by any perfon whatfoever, until there fhall be produced or ready to be produced unto the perfon owing or chargeable with the fame an account in writing, containing the particulars of fuch fees, figned by the clerk or officer to whom fuch fees fhall be due, or by whom the fame fhall be chargeable refpectively, in which faid bill or account is and fhall be expreffed in words at length, and in the fame manner as the fees aforefaid are allowed by this act, every fee for which any money is or fhall be demanded.

LX. Every

* Altered to £7 10s. by A. A. 1786.

426 · The Public Laws

A. D. 1787.
N°. 1475.
Persons fued
may plead the
general issue,
&c.

VIII. If any person or persons whatsoever shall be sued, prosecuted or molested for any matter or thing done by virtue of this ordinance, such person or persons may plead the general issue, and give this ordinance and the special matter in evidence; and in case the plaintiff or plaintiffs shall suffer a discontinuance, or verdict or judgment shall pass against him or them, the defendant or defendants shall be allowed his and their double costs of suit.

27th March, 1787.

JOHN LLOYD,
President of the Senate.

JOHN JULIUS PRINGLE,
Speaker of the House of Representatives.

No. 1478. **An Ordinance for repealing Part of an Ordinance, Passed the 26th Day of March, 1784, relative to Port-Royal Causeway.**

WHEREAS by an ordinance of the General Assembly passed the 26th day of March, 1784, the male inhabitants from 16 to 60 years of age, between Pokotaligo bridge and Combahee ferry on the south east side of the road leading to Saltcatcher ferry, were made liable to work on the causeway leading to Port-Royal ferry on the main side : And whereas sundry inhabitants have by their petition to the Legislature represented that the said clause is to them grievous and oppressive;

Be it therefore ordained, That the said clause shall be and is hereby repealed : Provided, That the said inhabitants shall be still liable as formerly to open and keep in repair the public road leading to the said ferry.

27th March, 1787.

JOHN LLOYD,
President of the Senate.

JOHN JULIUS PRINGLE,
Speaker of the House of Representatives.

N°. 1482. **An Act for regulating and fixing the Salaries of several Officers, and for other Purposes therein mentioned.**

Preamble.

WHEREAS by reason of the large debt incurred by the Revolution, and the consequent great distress of the State, it behoves every good citizen to step forward in the duty required of him by his country on terms less burthensome to the public than heretofore :

Officers salary.

1. Be it therefore enacted, That every officer herein-after recited, elected, or to be elected, shall for the performance of the duties of his office, receive a certain salary, that is to say,

The Governor of the State, £900 per annum.
Associate Judges £500 per annum each.
Attorney-General £200 per annum.
Delegates to Congress £600 each, to be paid at the seat of Congress.
Private Secretary to his Excellency the Governor, who shall also be Clerk of the Privy Council, £150.
Auditor of public accounts £373. 6s. 8d. for 1 year, provided that the said auditor shall bring up his books, and have them ready for the inspection of the legislature at their next meeting.
Commissioners of the treasury £571. 8s. 8d.
Clerk of the Senate £287 per annum.
Clerk of the House of Representatives £287 per annum.
Two messengers, 1 for the Senate, and the other for the House of Representatives £70 each per annum.

Two

**App.43**

## of South-Carolina.

427

A. D. 1787.

N°. 1481.

Two Door-keepers £50 each *per annum*.
Powder-Infpector and Arfenal-keeper £100 *per annum*.
Collector of the Cuftoms for th port of Charlefton £500 *per annum*.
Collector of the Cuftoms for the port of Georgetown £100 *per annum*.
Collector of the Cuftoms for the port of Beaufort £100 *per annum*.
Two Waiters of the Cuftoms for the port of Charlefton £100 each *per annum*.
Waiter of the Cuftoms for the port of Georgetown £30 *per annum*.
Waiter of the Cuftoms for the port of Beaufort £20 *per annum*.
Searcher to the Cuftoms for the port of Charlefton £150 *per annum*.
Which faid falaries the commiffioners of the treafury are hereby authorifed and required to pay to each officer fo recited in quarterly payments, any law, ufage or cuftom to the contrary notwithftanding.

To be paid by commiffioners of treafury quarterly.

II. No officer of the Senate and the Houfe of Reprefentatives fhall hereafter take or receive directly or indirectly any fee or perquifite whatfoever, except by order of the Houfe to which he re... ... any ufage or cuftom to the contrary notwithftanding.

No officer of fenate or houfe of reprefentative, to receive any fee, &c.

III. No officer heretofure elected or hereafter to be elected to any pecuniary office in this State ... fhall hold any other office of emolument under this or the United States. ...or claufes of acts, where the falaries of any of the aforefaid officers are fixed, fo much of the faid act, claufe or claufes of acts, as relates thereto, is hereby repealed.

Officers not to hold any other office of emolument.

Acts and claufes of acts repealed.

*March 17th, 1787.*

JOHN LLOYD,
*Prefident of the Senate.*

JOHN JULIUS PRINGLE,
*Speaker of the Houfe of Reprefentatives.*

---

An Act to reftrain particular Perfons therein defcribed from obtaining Grants of Land; to make null and void certain Grants of furplus Lands, to prevent located Lands from being paffed into Grants until the Purchafe Money fhall be paid; to compel Perfons who have obtained Grants to pay for the fame within 6 Months, and for other Purpofes therein mentioned.

No. 1487.

WHEREAS the furveyor general and his deputies, the commiffioners of locations, and the fecretary of the State and his deputy, have great advantages over their fellow citizens, from having it in their power to take up elapfed grants and fuch other lands as may be vacant within this State, and fuch advantages being injurious to the repofe and well being of the republic:

Preamble.

I. *Be it therefore enacted,* That from and immediately after the paffing of this act, it fhall not be lawful for the furveyor general, fecretary of the State, commiffioners of locations, the clerks in the furveyor general and fecretary's offices, to take up any elapfed grant, or run out either directly or indirectly in his or their own name or names, or in the name or names of any other perfon or perfons, for his or their ufe or ufes, any lands now vacant within this State, without being fubject and liable to the penalty of £1000, to be recovered in any court of record in this State, the one half to the ufe of this State, and the other half to the ufe of the informer or perfon fuing for the fame, and he or they fhall alfo be difcharged from his or their refpective offices, and for ever rendered incapable of holding any office of truft or emolument in this State.

Not lawful for furveyor-general, &c. to take up any elapfed grant, or run out vacant lands.

Penalty.

And.

**App.44**

# EXHIBIT K

E. MERTON COULTER

A

# COMPILATION

OF THE

# LAWS

OF THE

# STATE OF GEORGIA,

*PASSED BY THE LEGISLATURE SINCE THE POLITICAL*
*YEAR 1800, TO THE YEAR 1810, INCLUSIVE.*

······CONTAINING······

All the LAWS, whether in force or not, passed within those periods, arranged in a
chronological order, with comprehensive references to those laws or
parts of laws, that are amended, suspended or repealed.

·····TOGETHER······

With an APPENDIX, comprising such concurred and approved RESOLUTIONS, as are of a
general operative nature, and as relate to the duty of officers, the relief of
individuals, and the settlement of boundary between counties,
and this State with North Carolina.

*Concluding with a copious Index to the whole.*



BY AUGUSTIN SMITH CLAYTON, ESQ'R.

Augusta:
PRINTED BY ADAMS & DUYCKINCK.
·····1812····

E. MERTON COULTER

**App.46**

372                                LAWS OF GEORGIA,

**(No. 279.)**
Indictment
to be prefered
against fraud-
ulent drawers
and their pun-
ishment upon
conviction.

Provise.

SEC. 3. *And be it further enacted,* That it shall be the duty of the attorney or soli-
citor-general, in all such cases to prefer indictments against such offenders in the county
where such offence was committed, and on conviction thereof, the person so offending,
shall be deemed and held incapable of holding any office of honor or profit in the State,
for the term of ten years. And in cases where such offenders have made such fraudu-
lent return on oath, they shall suffer all the pains, penalties and disabilities which are
consequent upon the crime of perjury, *Provided always,* That in all trials under this
act, the burthen of the proof shall rest upon the grantee, his, her or their heirs or assigns.*

> BENJAMIN WHITAKER, *Speaker of the House of Representatives.*
>
> DAVID BATES, *President of the Senate, pro. tem.*

Assented to, December 10, 1807.

> JARED IRWIN, GOVERNOR.

---

**(No. 280.)**                           AN ACT

*To appropriate monies for the political year eighteen hundred and eight.*

15,000 dol-
lars as a con-
tingent fund

SEC. 1. BE it enacted by the Senate and House of Representatives of the State of
Georgia, in General Assembly met, and by the authority of the same, it is hereby enacted,
That the sum of fifteen thousand dollars be, and the same is hereby appropriated as a
contingent fund, subject to the orders of the governor.

Compensati
on to the mem
bers of the
Legislature,
and their offi-
cers.

SEC. 2. *And be it further enacted,* That for the compensation of the members of the
House of Representatives and Senate, the sum of three dollars per day, during their at-
tendance; and the sum of three dollars for every twenty miles in coming to, and return-
ing from the seat of government; and the sum of four dollars each per day, to the Pre-
sident of the Senate, and the Speaker of the House of Representatives, during their
attendance; and the sum of three dollars each for every twenty miles in coming to and re-
turning from the seat of government; to the clerk of the House of Representatives and
secretary of the Senate, during the sitting of the legislature, four dollars each per day;
and also the sum of sixty dollars each, for contingent expenses; to two engrossing clerks
of the Senate, and two of the House of Representatives, four dollars each per day du-
ring their attendance; to the messenger and door-keeper of the Senate, and messenger

---

* See act of 1808, No. 337, section 6th, repealing this act.

and door-keeper of the House of Representatives, three dollars each per day; to Edmund Booker Jenkins, clerk of the committee on finance, forty dollars; to Thomas H. Kenan, clerk of the committee on the state of the republic, forty dollars; to the clerk of the House of Representatives, secretary of the Senate, and the messenger and door-keeper of each house, three dollars each for every twenty miles in coming to and returning from the seat of government; to the adjutant-general, four dollars per day while in actual service; to the commissioners for selling the fractional parts of surveys of land, in the counties of Wilkinson and Baldwin, three dollars per day each, while in actual service; to Zachariah Reed, the sum of fifty dollars agreeable to a concurred resolution; to the commissioners of the late land lottery, three dollars per day each while engaged in the duties of their said appointment, exclusive of what they have already received, to Jemsey Righly and Nathaniel Clarke, boys who attended the wheels, two dollars per day each; to Peter Fair, door-keeper, three dollars per day; which said sums shall be in full for their several services; for defraying the expenses of the funerals of the honorable Ezra Jones and Walter Drane, the sum of one hundred and fifty dollars; to James Luke, tax collector of Columbia county, twenty-seven dollars eighty seven and an half cents; to James Foard, jailor of Wilkes county, seventy-eight dollars, sixty-two and a half cents; John Derrecot, forty-nine dollars ninety-seven cents; to James O. Cosby, thirty-four dollars; to Zebediah Payne, twelve dollars forty-eight and three quarter cents; to John Lamkin, eighteen dollars twelve and an half cents; to Dennis L. Ryan for printing, fifty-four dollars eighty-seven and a half cents; to Sarah Hillhouse, four dollars seventy-five cents; Ambrose Day, six dollars and fifty cents; Everitt and M'Lean, six dollars and fifty cents; Dennis Driscol, six dollars and fifty cents; Alexander M'Millan, four dollars ninety-three and three quarter cents; to Jacob Buckhalter, in behalf of himself and the heirs of Ann Wilson, for a negro girl named Jenny, five hundred dollars; to William Barnett, commissioner to ascertain the thirty fifth degree of north latitude between this State and North-Carolina, fifty nine dollars; to Thomas P. Carnes, commissioner as aforesaid, thirteen dollars, seventy-five cents; to John Herbert, commissioner of Milledgeville, three hundred and twenty-four dollars; to A. M. Devereaux, ditto, three hundred and nine dollars; to Howell Cobb, two hundred and fifty-two dollars; to Henry Carleton, thirty-six dollars; to Davis Gresham, fifty-one dollars; to Smart and Lane, fifty dollars; to Benjamin Easley, one hundred and fifty-three dollars; to Alexander M'Millan, for printing grants for fractional surveys, twenty dollars; to Jett Thomas, towards completing the State-House, to be expended under the direction of the commissioners, twenty-five thousand dollars; which said several sums are hereby appropriated out of any monies which now are, or may hereafter come into the treasury of this State; to Alexander M'Millan, for printing two hundred copies of the bank bill, fifteen dollars; to Benjamin Wall, Captain

(No. 280.)

Adjutant-general.

Fraction selling commissioners and to sundry other persons.

For the State-House, $ 25,000.

**App.48**

# EXHIBIT L

# EXTRACTS

FROM THE

## JOURNAL OF PROCEEDINGS

OF THE

# PROVINCIAL CONGRESS

OF

## *NEW JERSEY.*

HELD AT TRENTON IN THE MONTHS OF MAY, JUNE AND AUGUST, 1775.

PUBLISHED BY ORDER.

*BURLINGTON:*

PRINTED AND SOLD BY ISAAC COLLINS,

M.DCC.LXXV.

WOODBURY, N.J.

REPRINTED BY ORDER.

JOSEPH SAILER, PRINTER.

1835.

**App.50**

239

surers of this colony, or either of them, are hereby required to pay, upon certificates duly attested, and agreed to as aforesaid, under the hand and seal of the chairman of the committee of the county where such salt shall be made, certifying, that it hath been proved by the oaths of credible witnesses, that such salt hath actually been made in some county of this colony, at some time before the said first day of November, 1776; and that the claimant hath not before received any bounty for the same, and the receipt of the chairman endorsed thereon, shall be sufficient vouchers to the said treasurers, or either of them, for the payment of the said bounty.

––●––

## AN ORDINANCE

### To provide for the payment of incidental charges.

Whereas it is necessary to provide for the payment of such incidental charges as have accrued during the sittings of this Congress.

It is therefore resolved and directed, That there be paid to Samuel Tucker and John Dennis, Esquires, the treasurers appointed by this Congress, over and above the money allowed by this ordinance for signing the bills of credit, the sum of thirty pounds proclamation money each, for their services one year, to commence the first day of March instant.

To each of the signers of said bills of credit, the sum of ten shillings per thousand, for so many thousand pounds, as they shall respectively sign.

To the president, and each of the members of this Congress, and committee of safety, the sum of six shillings per diem, for every day they have, or shall attend, during the continuance of this Congress, to be certified by Mr. Fisher, Mr. Hart, Mr. Wetherill, Mr. Clark, and Mr. Elmer, or any two of them.

To the secretary of this Congress, fourteen shillings per diem, for each day that he hath or shall attend this Congress, to be certified as aforesaid.

**App.51**

240

To each of the muster masters of this colony, the sum of twenty-five shillings for every company he has reviewed, or shall review by order of this Congress.

To the door keeper, the sum of five shillings per diem, for each day that he hath or shall attend this Congress.

To Myndert Voorhees, the sum of fifteen pounds for fire, wood and candles, and for the use of his large room, during the present sitting of this Congress.

And it is further resolved and directed, That there be paid to the commissioners appointed to purchase arms and ammunition, tents and other military stores, such sum or sums of money, as the said commissioners, or any three of them shall agree upon, as necessary to be expended ; whose receipts shall be sufficient vouchers for the payment of the same.

To John Carey, Esq. as a recompence for his services as secretary, during the last sitting of this Congress at Trenton, and for revising and copying the minutes for the press, the sum of eleven pounds four shillings, proclamation money.

To Doctor Moses Scott, the sum of one pound sixteen shillings and three pence, in full of his account, for attending certain sick soldiers in New Brunswick.

To Robert Drummond, Esquire, the sum of nine pounds, three shillings and four pence, in full of his account for removing the treasury, and records in the secretary's office at Perth Amboy, to New Brunswick.

To John Dennis, Esq. the sum of seven pounds, eight shillings and three pence, for sundry expenditures, as per account.

To John Pope, Esq. the sum of three pounds, three shillings, for sundry expenditures, as per account.

To Ellis Cook, Esq. the sum of one pound, six shillings and eight pence, in full of his account, for removing the records in the Surveror General's office at Perth Amboy, to New Brunswick.

To Azariah Dunham, Esquire, the sum of two pounds, for his expences, in going to, and returning from Philadelphia, on a message to the Hon. Continental Congress.

To Abraham Clark, Esquire, for copying and correcting the minutes and ordinances of this session for the press, such

**App.52**

# EXHIBIT M

Case 4:24-cv-00565-O    Document 24    Filed 10/21/24

# JOURNAL

OF THE

# HOUSE OF DELEGATES

OF THE

## COMMONWEALTH OF VIRGINIA;

### BEGUN AND HELD IN THE TOWN OF RICHMOND,

## In the County of Henrico,

*ON MONDAY, THE SEVENTH DAY OF MAY, IN THE YEAR OF OUR LORD ONE THOUSAND SEVEN HUNDRED AND EIGHTY-ONE.*

---

RICHMOND:

PRINTED BY THOMAS W. WHITE, OPPOSITE THE BELL-TAVERN.

1828.

**App.54**

*Ordered,* That Mr. Charles Carter do acquaint the Senate therewith.

An engrossed bill, "concerning the legion under the command of Colonel Dabney;" was read the third time.

*Resolved,* That the bill do pass; and that the title be, "an act, concerning the legion under the command of Colonel Dabney."

*Ordered,* That Mr. Robert Wormeley Carter do carry the bill to the Senate, and desire their concurrence.

A motion was made, that the House do come to the following resolution:

Whereas, much inconvenience doth arise from the mode heretofore adopted by the committee appointed to burn and destroy the paper money, emitted by this State;

*Resolved, therefore,* That the committee appointed to burn the paper money, be directed and empowered to burn the same as it may be paid into the treasury, without any discrimination of the different emissions; and that for their services, each member of the committee attending on this business, shall receive and be paid the sum of ten shillings per day.

And the said resolution being read a second time was, on the question put thereupon, agreed to by the House.

*Ordered,* That Mr. Prentis do carry the resolution to the Senate, and desire their concurrence.

The Speaker laid before the House a letter from the Governor, respecting the accounts of Oliver Pollock, which was read, and ordered to be referred to a committee of the whole House on the state of the Commonwealth.

The Speaker laid before the House a letter from Oliver Pollock, respecting his claim against this State; which was read and ordered to be referred to a committee of the whole House on the state of the Commonwealth.

The Speaker laid before the House a letter from the Solicitor, enclosing a state of the public taxes; which was read and ordered to lie on the table.

A message from the Senate by Mr. Elzey:

Mr. Speaker,—The Senate have agreed to the bill "concerning the appointment of sheriffs," with an amendment, to which they desire the concurrence of this House. And then he withdrew.

The House proceeded to consider the said amendment; and the same being read, was agreed to.

*Ordered,* That Mr. Mercer do acquaint the Senate therewith.

Mr. Talbot reported, from the committee appointed to examine the treasurer's accounts, that the committee had, according to order, examined and compared the same, and had agreed upon a report thereupon, which he read in his place, and afterwards delivered in at the clerk's table, where the same was again twice read, and agreed to by the House, as followeth:

The committee appointed to examine the accounts of the treasury have, according to order, carefully examined and compared the same with their proper vouchers, from the 13th April, 1782, to the 30th November following, inclusive; by which it appears that Jacquelin Ambler, Esq. treasurer, has received within those periods in specie, specie warrants and certificates and commutable articles, to the amount of 99,048*l.* 5*s.* 6 3-4*d.*, on various accounts; it appears also, that he has disbursed to the amount of 61,583*l.* 8*s.* 5 3-4*d.*, which leaves a balance of 37,464*l.* 17*s.* 1*d.* now resting in the treasury, chiefly in commutable articles, to be carried to the credit of the State in the next account. It also appears, that very considerable sums of paper money have been received and disbursed within the aforesaid periods, and that very large quantities now remain in the treasury; but your committee not having sufficient time for examining the paper money account fully, and ascertaining what still remains in the treasury, have referred the same to a future settlement. The accounts appear to have been fairly and properly stated, and accurately kept; your committee having discovered two inconsiderable errors only, one of four pence against, and one of two pence in favor of the State, which are duly rectified; but for a more clear explanation, your committee beg leave to refer to the general account annexed.

DR.    *The Public Treasury, from the 13th of April, 1782, to the 30th of November, 1782, both inclusive.*

| | | Folio | £ | | |
|---|---|---|---|---|---|
| To Land Office, per account, | - - - | 2, | 314 | 0 | 0 |
| Officers of the customs, 422*l.* 13*s.* 3 1-4*d.*<br>Do. by virtue of revenue act, 1,415*l.* 16*s.* 1*d.* | - | 6, | 1,838 | 9 | 4 1-4 |
| Clerks of counties, - - - | - | 13, | 4 | 9 | |
| Escheators, - - - | - | 17, | 6,400 | 8 | 2 1-2 |
| Sheriffs, - - - | - | 27, | 89,210 | 12 | 8 3-4 |
| Inspectors of tobacco, (rents,) 254*l.* 3*s.* 7 1-2*d.*<br>Ditto    tax on tobacco exported, 466*l.* 1*s.* 1 3-4*d.* | - | 31, | 720 | 4 | 9 1-4 |
| Agent for sale of commutables, - - | - | 35, | 290 | 11 | 6 |
| Sundries, - - - | - | 37, | 273 | 13 | 11 |
| Error in extending folio 26, - - | - | | | | 4 |
| | | | £ 99,048 | 5 | 6 3-4 |

**App.55**

# EXHIBIT N

Case 4:24-cv-00565-O    Document 24

# THE

# L A W S

OF

THE STATE

OF

# V E R M O N T,

DIGESTED AND COMPILED:

INCLUDING THE

DECLARATION OF INDEPENDENCE,

THE

CONSTITUTION OF THE UNITED STATES,

AND OF THIS STATE.

*VOLUMES FIRST AND SECOND, COMING DOWN TO, AND INCLUDING THE YEAR MDCCCVII ; WITH AN APPENDIX, CONTAINING TITLES OF LOCAL ACTS ; AND AN INDEX OF THE LAWS IN FORCE.*

*PUBLISHED BY ORDER OF THE LEGISLATURE.*

VOL. II.

*RANDOLPH:*

PRINTED BY SERENO WRIGHT,

PRINTER TO THE STATE.

1808.

**App.57**

Case 4:24-cv-00565-O    Document 24

# CHAPTER CVII.

### OF FEES.

### N° 1.

### *An Act, regulating fees.*

SECT. 1. **I**T *is hereby enacted by the General Assembly of the State of Vermont,* That the fees for the several officers, and other persons herein after mentioned, shall be as follow, namely :

### GOVERNOR's FEES.

| | Dolls. | Cts. |
|---|---|---|
| For signing a charter, of land, - - - - | 8 | 0 |
| For every other charter or grant, by him signed, | 8 | 0 |

### LIEUTENANT GOVERNOR's FEES.

| | | |
|---|---|---|
| For attendance on council, per day, - - - | 4 | 0 |
| Travel per mile, each way, - - - | 0 | 6 |

### COUNCILLORS' FEES.

| | | |
|---|---|---|
| For attendance, per day, - - - - | 1 | 50 |
| Travel per mile, each way, - - - | 0 | 6 |

### REPRESENTATIVES' FEES.

| | | |
|---|---|---|
| For attendance, per day, - - - - | 1 | 50 |
| Travel per mile, each way, - - - | 0 | 6 |
| Speaker of the general assembly's fees, per day, | 2 | 50 |
| Travel per mile, each way, - - - | 0 | 6 |
| Clerk of the general assembly's fees, per day, - | 2 | 50 |
| Travel per mile, each way, - - - | 0 | 6 |
| Engrossing clerk's fees, per day, - - | 2 | 50 |
| Travel per mile, each way, - - - | 0 | 6 |

### SECRETARY OF STATE's FEES.

| | | |
|---|---|---|
| Recording laws, for every hundred words, - | 0 | 7 |
| Recording and filing each petition, of a private nature, - - - - - | 0 | 11 |

**App.58**

Digitized by Google

## SHERIFFS', CONSTABLES' AND COLLECTORS' FEES.

|  | Dolls. | Cts. |
|---|---|---|
| Serving every procefs on each defendant by reading, | 0 | 6 |
| If by a copy, | 0 | 17 |
| For taking bail, | 0 | 17 |
| For each mile's travel, for the fervice of all writs and other procefles, to be computed from the place of fervice, to the place of return, | 0 | 6 |
| For levying each execution, amounting to three dollars or under, | 0 | 15 |
| And for each three dollars over, | 0 | 4 |
| For each day's attendance on appraifement, or fale of eftate taken in execution, | 0 | 34 |
| For attending before a juftice's court when required, | 0 | 34 |
| For attending freeholders' courts, per day, | 1 | 0 |
| Copy of an execution extended on lands, and the return thereof to the office, for record, | 0 | 50 |
| For attendance on the general affembly, or fupreme or county court, per day, | 1 | 0 |
| Conftables for the like fervice, | 1 | 0 |

Collectors of taxes, to be allowed the like fees as fheriffs in cafes of execution, when they levy on perfons or eftate, and *one dollar* out of each fifty dollars collected and paid into the ftate or county treafury.

*Provided*, That no fheriff, conftable or other officer fhall be entitled to any fees for a return of *non eft inventus*, on any civil writ or procefs.

| For fheriff's, &c. affiftants, per day, | 0 | 67 |
|---|---|---|
| For half a day, | 0 | 34 |
| For appraifers of real eftate on execution, | 0 | 67 |
| For half a day, | 0 | 34 |

## PARTIES' AND WITNESSES' FEES, IN THE SUPREME AND COUNTY COURTS.

| Term fee on abatement, nonfuit or default, in the firft term, | 1 | 0 |
|---|---|---|
| Term fee in all other cafes, | 1 | 0 |
| And the party recovering fhall be allowed for his attorney, on nonfuit or default, | 1 | 50 |
| For trial of iffue of law or fact, | 3 | 0 |
| Travel for plaintiff or defendant within this ftate, per mile, | 0 | 5 |
| Witneffes' travel per mile, | 0 | 5 |

# EXHIBIT O

# VOTES and PROCEEDINGS

## OF THE

# HOUSE OF DELEGATES

## OF THE

# STATE of MARYLAND.

## NOVEMBER SESSION, 1791.

### Being the FIRST SESSION of this ASSEMBLY.

### TUESDAY, November 8, 1791.

MONDAY the seventh instant being the day appointed by the constitution and form of government for the meeting of the legislature of this state, several of the members of this house accordingly met on that day, and a sufficient number of members to proceed on business not appearing, the house adjourned until this day, when the following members appeared, viz.

For SAINT-MARY's county,
Mr. Henry James Carroll,
Mr. William Thomas, jun.
Mr. James Hopewell,
Mr. Thomas Bond.
  KENT county,
Mr. James Ringgold,
Mr. Cornelius Comegys.
  ANNE-ARUNDEL county,
Mr. John G. Worthington,
Mr. John F. Mercer,
Mr. Nicholas Worthington.
  CALVERT county,
Mr. John Chesley.
  CHARLES county,
Mr. William H. M'Pherson,
Mr. Henry Henley Chapman.
  BALTIMORE county,
Mr. Charles Ridgely, of Wm.
Mr. Charles Ridgely,
Mr. Harry D. Gough.
  TALBOT county.
Mr. Hugh Sherwood,
Mr. David Kerr,

Mr. James Tilghman,
Mr. Woolman Gibson.
  SOMERSET county,
Mr. George Waggaman,
+ Mr. Levin Winder,
Mr. Tubman Lowes.
  DORCHESTER county,
Mr. William Goldsborough,
Mr. Moses Lecompte,
Mr. Solomon Frazier,
Mr. John Eccleston.
  CÆCIL county,
Mr. Samuel Miller,
Mr. Richard Bond,
Mr. Henry Hollingsworth.
  PRINCE-GEORGE's county,
Mr. Thomas Marshall,
Mr. Thomas Clark.
  CITY of ANNAPOLIS,
Mr. Allen Quynn,
Mr. Gabriel Duvall.
  QUEEN-ANNE's county,
Mr. John Seney,

Mr. Robert Wright,
Mr. James O'Bryon,
Mr. Jacob Barnes.
  WORCESTER county,
Mr. Benjamin Dennis,
Mr. John Holland,
Mr. John Ratcliff,
Mr. John Purnell Marshall.
  FREDERICK county,
Mr. John Ross Key,
Mr. William Beatty,
Mr. Patrick S. Smith,
Mr. George Burkhart.
  HARFORD county,
Mr. Edward Prall,
Mr. John Love,
Mr. William Wilson.
  CAROLINE county,
Mr. Joseph Douglass.
  WASHINGTON county,
Mr. Benoni Sweatingen.
  ALLEGANY county,
Mr. Daniel Crefap, jun.

A sufficient number of members being convened, they severally qualified in the presence of each other, by taking the several oaths required by the constitution and form of government, subscribing a declaration of their belief in the christian religion, and by taking, repeating and subscribing, the oath to support the constitution of the United States.

The house proceeded to ballot for a speaker, and the ballots being deposited in the ballot box, it appeared, upon examining the ballots, that the honourable Levin Winder, Esquire, was unanimously elected.

The house appointed Mr. William Harwood clerk. ORDERED, That he qualify as such, by taking the several oaths required, subscribing a declaration of his belief in the christian religion, and by taking the oath to support the constitution of the United States, and an oath that he will honestly, faithfully

2    VOTES AND PROCEEDINGS, November, 1791.

faithfully and diligently, discharge the office of clerk to the house of delegates of Maryland, and that he will not reveal or disclose the secrets thereof.

The house appointed Mr. Cornelius Mills sergeant at arms, and Mr. Charles Hogg door-keeper. ORDERED, That they be qualified.

On motion, ORDERED, That Mr. Tilghman and Mr. Mercer wait on his excellency the governor, and inform him that this house is met, and are ready to proceed on public business, and to receive any thing that he may have to lay before them.

On motion, ORDERED, That Mr. Wright, Mr. Quynn, Mr. Seney, Mr. N. Worthington, Mr. Lecompte, Mr. Duvall and Mr. Mercer, be a committee to examine and inspect the returns of elections, and report whether they have been made agreeably to the mode prescribed by the constitution and form of government; and that they have power to send for persons, papers and records.

ORDERED, That Mr. Duvall, Mr. John G. Worthington, Mr. James Tilghman, Mr. Ridgely, of Wm. and Mr. Chapman, be a committee of grievances and courts of justice; and that they have power to send for persons, papers and records.

ORDERED, That Mr. Quynn, Mr. Waggaman and Mr. N. Worthington, be a committee to inquire what laws have expired, or will expire during this session, or at the close thereof.

RESOLVED, That this house will sit, during this session, for the dispatch of public business, from nine o'clock in the morning until three in the afternoon.

RESOLVED, That the following rules be observed during this session.

1. At the hour appointed for sitting the roll of the house shall be called over, and the absent members, if any, sent for.

2. Every member shall take his seat when the speaker takes the chair, and remain uncovered until the house rises.

3. Every member who shall deliver his opinion, or speak in any debate, shall stand up in his place, and with respect and decency address himself to the speaker.

4. No member, at the time of his speaking in debate, shall name any other by his proper name, but shall use some other distinction.

5. If two or more members shall rise to speak at the same time, the speaker shall declare which shall speak first.

6. No member shall speak oftener than twice in any debate, except with leave, nor shall any member be interrupted while he is speaking in order.

7. Any member called to order by the speaker, or any member, must thereupon take his seat.

8. When the house is sitting, no member shall speak to another so as to interrupt any member who may be speaking in debate.

9. No motion shall be debated until the same be seconded, and (if desired by the speaker or any member) reduced to writing, delivered in at the table, and read by the clerk.

10. When a motion is made and seconded, the matter of the motion shall receive a determination by the question, or be postponed by general consent, or the previous question, before any other motion shall be received.

11. Every question shall be entered on the journal, and the yeas and nays may be called for by any member on any question, and the name of the member requiring them shall be entered on the journal.

12. The previous question, that is, Whether the question propounded be now put? may be called for by any member on any question, except to an amendment, or other matter which cannot in its nature be postponed.

13. If a question in debate contains more parts than one, any member may, (of right) have the same divided into as many questions as parts.

14. All questions shall be determined by the majority of the members present, and whenever the speaker (on a division if called for) shall declare any question in the affirmative or negative, such declaration shall decide the majority, unless the yeas and nays be called for, in which case the question shall be determined as the majority shall appear on the journal.

15. Every bill brought in by a member, or received from the senate, shall be read on two several days, with an intermission of one day at least, during which time it shall lie on the table for the perusal of the members, unless on very urgent occasions the house shall, by especial order, dispense with this rule, which order shall be entered on the journal.

16. Conferrees, and members appointed on draughts, if required by a member, shall be elected by ballot, and the number shall in no case exceed seven.

17. No bill or resolve shall have a second reading until every member in the city be called upon to attend, except he be excused by the house for indisposition, or necessary attendance on the public business.

18. No petition, memorial, or other application to the house, shall be received, unless presented by a member.

19. On an election to any office of trust or profit, no ballot shall be counted, unless the person for whom the ballot shall be given be named to the house before the balloting be gone into.

20. All questions of order shall be declared by the speaker.

21. No motion shall be made after the hour of adjournment, without leave of the house.

22. All misdemeanors which shall happen in the house, shall be censured or fined by the house.

23. No member shall answer on the yeas and nays who did not divide on the question, and if any member divides on one side, and on the yeas and nays answers on the other, it shall be so noted on the journal.

24. All

24. All fines impofed by the houfe, fhall be paid to the clerk, and applied as the houfe fhall direct.

25. The fubftance of all petitions, memorials, or other applications to the houfe, fhall be entered on the journal.

26. The clerk of the houfe fhall, on the firft day of every feffion, put into the hands of the fpeaker a correct lift of every matter referred from the preceding feffion.

27. On motion or debate, any member may call for the reading any law, journal, record, or other public proceeding, which may relate to the fubject matter.

28. No member fhall take out of the houfe any bill, or other paper belonging to the houfe, without leave of the fpeaker, under the penalty of fuch fine as fhall be impofed by the fpeaker, not exceeding forty fhillings.

29. No member fhall nominate more than one perfon on any committee.

30. That all the members prefent fhall divide on every queftion, unlefs excufed by the houfe, or on calling of the yeas and nays his refufal fhall be noted on the journal, at the requeft of any member.

31. When the houfe adjourns, every member fhall keep his place until the fpeaker go forth.

The houfe adjourns till to-morrow morning 9 o'clock.

## WEDNESDAY, November 9, 1791.

THE houfe met. Prefent the fame members as on yefterday. The proceedings of yefterday were read. Mr. M'Mechen, a delegate returned for Baltimore-town, Mr. Adam Ott and Mr. William Clagett, two delegates returned for Wafhington county, Mr. Benjamin Tomlinfon, a delegate returned for Allegany county, Mr. Levin Denwood, a delegate returned for Somerfet county, and Mr. Thomas Ringgold, a delegate returned for Kent county, appeared, and after qualifying in the mode preferibed by the conftitution and form of government, and taking the oath to fupport the conftitution of the United States, took their feats in the houfe.

On motion, ORDERED, That Mr. Clark, Mr. Lecompte, Mr. Ridgely, of Wm. Mr. Barnes, Mr. Patrick S. Smith, Mr. J. Ringgold and Mr. Sherwood, be a committee of claims; and that they have power to fend for perfons, papers and records.

The lift of referred papers from the laft to the prefent feffion, was read.

On motion, ORDERED, That Mr. Quynn inform the reverend Mr. Higinbothom that this houfe requeft he will perform divine fervice every morning a quarter of an hour before nine o'clock.

On motion, Leave given to bring in a bill to continue certain caufes in the high court of appeals. ORDERED, That Mr. Duvall, Mr. Mercer and Mr. Wright, be a committee to prepare and bring in the fame.

On motion, ORDERED, That Mr. Mercer, Mr. Tilghman, Mr. Duvall, Mr. Seney, Mr. Wright, Mr. Ridgely, of Wm. and Mr. Thomas, be a committee to inquire into, and report a ftatement of, the public revenue, debts and expenditures, and that they report fuch ways and means as may appear to them moft eligible for providing for the permanent expences and prefent exigences of the ftate.

Mr. Thomas Gantt, a delegate returned for Calvert county, appeared, and after qualifying in the mode preferibed by the conftitution and form of government, and taking the oath to fupport the conftitution of the United States, took his feat in the houfe.

The houfe proceeded to ballot for committee clerks, and the ballots being depofited in the ballot box, the gentlemen named to ftrike after fome time reported, that Archibald Golder, James Winchefter, James O'Bryon, the third, and Ninian Pinkney, were elected. ORDERED, That they be qualified.

On motion, ORDERED, That the clerk of this houfe furnifh the printer to the ftate with an accurate copy of the votes and proceedings, at leaft twice in every week.

ORDERED, That Mr. Winchefter be called from the committee room to the table, and continue there as an affiftant clerk.

A petition from fundry inhabitants of Somerfet county, praying an act may pafs empowering commiffioners to lay out a road from Venable's mills to Dean's landing, was preferred, read, and referred to Mr. Lowes, Mr. Hollingfworth and Mr. Waggaman, to confider and report thereon.

A petition from fundry inhabitants of the town of Bladenfburg, in Prince-George's county, praying an act may pafs to prohibit fwine going at large within the faid town, was preferred, read, and referred to Mr. Mercer, Mr. Ridgely, of Wm. and Mr. Marfhall, to confider and report thereon.

A memorial from Horatio Johnfon and Nicholas Ridgely Warfield, infpectors of tobacco at Elk-Ridge Landing, in Anne-Arundel county, praying an increafe of falary, was preferred, read, and referred to Mr. N. Worthington, Mr. Duvall and Mr. Ridgely, of Wm. to confider and report thereon.

Petitions from Benjamin Nicholfon, Thomas Langton, Benjamin Laming, Richard Ridgely, William Hammond, Daniel Bower and Jofeph Donaldfon, of Baltimore county, Hezekiah Cooper and Thomas Smyth, of Kent county, and Stephen Steward, of Anne-Arundel county, feverally praying acts of infolvency, were preferred, read, and referred to Mr. Ridgely, Mr. M'Mechen, Mr. Ridgely, of Wm. Mr. Lecompte and Mr. Goldfborough, to confider and report thereon.

Mr. Speaker laid before the houfe a letter from the governor, of this day, with a copy of the laws of the United States paffed at the laft feffion of congrefs, and a letter from the clerk of the fenate of the United States of the 10th of March laft, with a copy of the journals of the fenate of the United States at their third feffion; which were read.

Mr.

# EXHIBIT P

*Chalgodor borough, &c.* (handwritten)

# VOTES and PROCEEDINGS

OF THE

# SENATE

OF THE

# STATE of MARYLAND.

## NOVEMBER SESSION, 1791.

### Being the FIRST SESSION of the FOURTH SENATE.

ON Monday the seventh day of November, seventeen hundred and ninety-one, being the day appointed by the constitution and form of government for the meeting of the general assembly, appeared in the senate,

The honourable
- WILLIAM TILGHMAN,
- JOHN HALL,
- WILLIAM PERRY,
- WILLIAM HINDMAN,
- GEORGE DENT,
- EDWARD LLOYD,
- CHARLES CARROLL, of Carrollton,
- BRICE THOMAS BEALE WORTHINGTON,

Esquires.

Who adjourn until to-morrow morning 10 o'clock.

## TUESDAY, November 8, 1791.

THE same members appeared as on yesterday, except John Hall, Esquire, who adjourn until to-morrow morning 10 o'clock.

## WEDNESDAY, November 9, 1791.

THE same members appeared as on yesterday. The honourable William Smallwood, Esquire, appeared in the senate.

A sufficient number of members to compose a senate being convened, they severally qualified in the presence of each other before Allen Quynn, Esquire, one of the justices of the peace for Anne-Arundel county, by taking the several oaths directed by the constitution and form of government, and subscribing a declaration of their belief in the christian religion, and also by taking an oath to support the constitution of the United States.

The senate then proceeded to the election of a president. The ballot box being prepared, the ballots deposited therein, and on examination thereof it appeared, that William Smallwood, Esquire, had a majority of votes. Whereupon, it is declared in the senate, that William Smallwood, Esquire, is duly elected president of the senate.

Mr. Henry Ridgely was appointed clerk, and qualified by taking the oaths of fidelity and support to this state, the oath of office, and subscribing a declaration of his belief in the christian religion, and also by taking the oath to support the government of the United States.

William Tuck was appointed messenger, and Edward Roberts door-keeper. ORDERED, That they be qualified.

The following message was read the first and second time, agreed to, and sent to the house of delegates by William Tilghman, Esquire.

BY THE SENATE, NOVEMBER 9, 1791.

GENTLEMEN,

THE senate having a sufficient number of members to form a house, inform the delegates that they are ready to proceed on the business of the session.

By order,

H. RIDGELY, clk.

A

The prefident communicates to the fenate a letter from his excellency the governor, accompanied by a letter from the fecretary of the fenate of the United States; which were read.

Mr. Mercer, from the houfe of delegates, delivers to the prefident a bill, entitled, An act to continue certain caufes in the high court of appeals, thus endorfed; " By the houfe of delegates, November 9, 1791: Read the firft time and ordered to lie on the table.

"By order,                                              W. HARWOOD, clk.

" By the houfe of delegates, November 9, 1791; Read the fecond time by efpecial order and will not pafs.

"By order,                                              W. HARWOOD, clk."

Which was read the firft time and ordered to lie on the table.

Mr. Goldsborough, from the houfe of delegates, delivers to the prefident the following meffage:

BY THE HOUSE OF DELEGATES, NOVEMBER 9, 1791.

MAY IT PLEASE YOUR HONOURS,

THIS houfe will fit, during this feffion, for the difpatch of public bufinefs, from nine o'clock in the morning till three in the afternoon.

By order,                                              W. HARWOOD, clk.

Which was read.

The bill to continue certain caufes in the high court of appeals, was read the fecond time by efpecial order, paffed, and fent to the houfe of delegates by William Perry, Efquire.

On motion, ORDERED, That William Perry, George Dent and Edward Lloyd, Efquires, be appointed a committee to examine and report on the proceedings of the electors of the fenate.

On motion, ORDERED, That William Tilghman, William Perry and Charles Carroll, of Carrollton, Efquires, be appointed a committee to report rules and regulations to be obferved in the fenate.

The prefident communicates to the fenate a letter from the fecretary of the fenate of the United States, enclofing a copy of the journals of congrefs; which was read.

The fenate adjourns until to-morrow morning 10 o'clock.

## T H U R S D A Y,  November 10, 1791.

THE fenate met. Prefent the fame members as on yefterday, except William Hindman, Efquire, who adjourned until to-morrow morning 10 o'clock.

## F R I D A Y,  November 11, 1791.

THE fenate met. Prefent the fame members as on yefterday. John Hall, Efquire, appeared in the fenate, and was qualified before Allen Quynn, Efquire, one of the juftices of the peace for Anne-Arundel county, by taking the feveral oaths required by the conftitution and form of government, and fubfcribing a declaration of his belief in the chriftian religion, and alfo by taking the oath to fupport the conftitution of the United States.

A certificate of the qualification of the meffenger and door-keeper, was produced and filed.

William Perry, Efquire, from the committee appointed to examine and report on the returns of the electors of the fenate, brings in and delivers to the prefident the following report:

THE committee appointed to examine the returns of the electors of the fenate, beg leave to report, that they have examined the return of the electors of the fenate, met at the city of Annapolis on Monday the 19th day of September, 1791, and find that the following gentlemen are duly elected fenators, viz. Benjamin Stoddert, William Smallwood, William Tilghman, John Hall, William Perry, William Hindman, Guftavus Scott, John Eager Howard, George Dent, James Hollyday, Samuel Chafe, Edward Lloyd, Charles Carroll, of Carrollton, James M'Henry, and Brice Thomas Beale Worthington, Efquires. Which is fubmitted to the honourable fenate.

By order,                                              H. RIDGELY, clk.

Which was read the firft and fecond time and concurred with.

William Tilghman, Efquire, from the committee appointed to report rules for the government of the fenate, brings in and delivers to the prefident the following report:

THE committee to whom was referred to confider of and report rules to be obferved by the fenate in the tranfaction of bufinefs, beg leave to report the following:

1. The precedence of fenators elected by the electors of the fenate fhall be regulated by the number of ballots which each perfon had at the election of the fenate, and where two or more had the fame number of ballots, the precedence fhall be determined by lot; fenators elected by the fenate fhall rank after thofe elected by the electors of the fenate, and their precedence fhall be regulated by the priority of their refpective elections.

2. Every member fhall take his feat when the prefident takes the chair, and remain uncovered until the fenate rifes.

3. Every member who fhall deliver his opinion on, or fpeak in, any debate, fhall ftand up in his place, and decently addrefs himfelf to the prefident.

4. No member fhall fpeak oftener than twice in any debate, except with leave, nor fhall any member be interrupted while he is fpeaking.

5. No member, at the time of his fpeaking in debate, fhall name any other by his proper name, but fhall ufe fome other diftinction.

6. If

No. 14525
RECEIVED
1922
State Library, Annapolis, Md.

## VOTES AND PROCEEDINGS, November, 1791.

6. If two or more members shall rise to speak at the same time, the president shall determine which shall speak first.

7. If a member, when speaking, is called to order by the president, or any other member, he shall cease speaking, and take his seat until it is determined whether he is in order or not, and all questions of order shall be determined, in the first instance, by the president; but every member shall have a right to appeal from his decision to the judgment of the senate.

8. Every bill brought in by a member, or received from the house of delegates, shall be read on two several days, with an intermission of one day at least, during which time it shall lie on the table for the perusal of the members, unless it be read a second time by an especial order; and no bill or other matter of importance shall have a second reading until all the members in town be called upon to attend.

9. All questions shall be determined by a majority of voices, taken seriatim, by beginning with the senior member.

10. Every question shall be entered on the journal, and the votes taken if moved for.

11. The president may not enter into debate, but may vote on every question.

12. All committees of the senate, or conferences thereof, shall, if required by any member, be elected by ballot, the number never to exceed five.

13. No member shall depart without leave, on pain of being censured from the chair on his return.

14. Each senator shall have a right, when a vote passes contrary to his sentiments, to enter his dissent, with the reasons thereof, provided his intention of protesting be declared to the senate at the time of the passage of such vote, and his protest be filed within ten days thereafter.

All which is submitted to the honourable senate.

By order,                                      H. RIDGELY, clk.

Which was read the first and second time and concurred with.

The president communicates to the senate a petition from John Kirwan, an insolvent debtor, praying relief from confinement; which was read, and referred to the consideration of the house of delegates.

The senate adjourns till to-morrow morning 10 o'clock.

## SATURDAY,    November 12,  1791.

THE senate met. Present the same members as on yesterday. William Hindman, Esquire, appeared in the senate. The proceedings of yesterday were read.

The petition of John Kirwan, was sent to the house of delegates by John Hall, Esquire.

On motion, Leave was given to bring in a bill, entitled, An act relative to commissions from the court of chancery for examining witnesses and taking depositions, and to authorise the said court to decree a special performance of agreements in cases therein mentioned; which was read the first time and ordered to lie on the table.

Mr. Tilghman, from the house of delegates, delivers to the president a bill, entitled, An act to authorise the commissioners for building a court house at Easton, in Talbot county, to sell and dispose of the old court-house, and for other purposes therein mentioned, thus endorsed; " By the house " of delegates, November 11, 1791: Read the first time and ordered to lie on the table.

                    " By order,                          W. HARWOOD, clk.

" By the house of delegates, November 11, 1791: Read the second time by especial order and will " pass.

                    " By order,                          W. HARWOOD, clk."

Which was read the first time and ordered to lie on the table.

And a bill, entitled, An act to lay a further tax on Cæcil county, to complete the court-house, prison and prison yard, at Elkton, thus endorsed; " By the house of delegates, November 11, 1791: Read " the first time and ordered to lie on the table.

                    " By order,                          W. HARWOOD, clk.

" By the house of delegates, November 12, 1791: Read the second time by especial order and will " pass.

                    " By order,                          W. HARWOOD, clk."

Which was read the first time and ordered to lie on the table.

And also a bill, entitled, An act to remedy the defects of sheriffs bonds taken in certain cases, thus endorsed; " By the house of delegates, November 11, 1791: Read the first time and ordered to lie " on the table.

                    " By order,                          W. HARWOOD, clk.

" By the house of delegates, November 12, 1791: Read the second time by especial order and will " pass.

                    " By order,                          W. HARWOOD, clk."

Which was read the first time and ordered to lie on the table.

Mr. Wright, from the house of delegates, delivers to the president a bill, entitled, An act to settle and ascertain the salary of members of the council for the ensuing year, thus endorsed; " By the " house of delegates, November 12, 1791: Read the first time and ordered to lie on the table.

                    " By order,                          W. HARWOOD, clk.

" By the house of delegates, November 12, 1791: Read the second time by especial order and will " pass.

                    " By order,                          W. HARWOOD, clk."

Which was read the first time and ordered to lie on the table.

                                                              Mr.

# EXHIBIT O

# A
# JOURNAL

OF THE

# *PROCEEDINGS*

OF THE

## Honorable Senate,

AT A SESSION

OF THE

# General Court,

HOLDEN AT

# CONCORD,

ON THE THIRD

*Wednesday of November,* 1800.



STATE *of* NEW-HAMPSHIRE,

PORTSMOUTH: PRINTED BY JOHN MELCHER, PRINTER TO THE STATE.

1801.



# A

# J O U R N A L

## OF THE

## *PROCEEDINGS*

Of the honrable SENATE, at a session of the GENERAL COURT holden at Concord, on the third Wednesday of November, 1800.



# Wednesday, November 19, 1800,

BEING the time to which the honorable the General Court stood adjourned, the following members of the honorable Senate attended and took their seats, viz.

The Hon. Mr. SHEPHERD, President.
Mr. LEAVITT,
Mr. FOGG,
Mr. ORR,
Mr. TAYLOR,
Mr. FLANDERS,
Mr. HARTWELL,
Mr. M'CLARY,
Mr. MOONEY,—making a quorum.

A 2

6

A vote for a committee to join fuch of the Senate as they may appoint, to procure a convenient room for his Excellency the Governor and the honorable Council the prefent feffion, was brought up, read and concurred, Mr. Hartwell appointed.

A vote for a committee to join fuch of the Senate as they may appoint, to wait on his Excellency the Governor and inform him that a quorum of both branches of the legiflature are affembled, and ready to receive fuch communications as he may think proper to make, at fuch time as he fhall appoint.

was brought up, read and concurred :

Mr. Fogg, Mr. M'Clary and Mr. Taylor appointed.

A vote for a committee to join fuch of the Senate as they may appoint, to procure a chaplain for the General Court, to officiate the prefent feffion.

was brought up, read and concurred :

Mr. Orr appointed.

Adjourned until to-morrow morning 9 o'clock.

---

# Thurfday, November 29, 1800.

### Prefent as yefterday.

Mr. Betton came in and took his feat.

A vote for a committee to join fuch of the Senate as they may appoint, to report what bufinefs was left unfinifhed at the laft feffion, that is now neceffary to be taken up and acted upon.

was brought up, read and concurred :

Mr. Fogg appointed.

**7**

A vote for a committee to join such of the Senate as they may appoint, to take into confideration the propriety of a new divifion of this State into diftricts for the choice of Senators.

was brought up, read and concurred :

Mr. Fogg and Mr. Hartwell appointed.

A vote granting the prayer of the petition of Walter Little, for liberty to bring in a bill to alter his name to that of Walter Fullerton.

was brought up, read and concurred.

A vote for a committee to join such of the Senate as they may appoint, to confider the petition of the felectmen of Rindge.

was brought up, read and concurred :

Mr. Betton appointed.

A vote for a committee to join such of the Senate as they may appoint, to confider the petition of James B. Starr and Jofeph Kidder.

was brought up, read and concurred :

Mr. Betton appointed.

A vote for a committee to join such of the Senate as they may appoint, to confider the petition of Edward Blodget and others.

A vote for a committee to join such of the Senate as they may appoint, to confider the petition of the felectmen of Thornton.

was brought up, read and concurred :

Mr. Mooney appointed.

A vote for a committee to join such of the Senate as they may appoint, to confider the petition of Caleb Winch and others, for liberty to erect and make a turnpike road.

was brought up, read and concurred :

Mr. Orr appointed.

The

8

The committee appointed to inform the Governor that a quorum of both branches of the General Court were affembled, and ready to receive his communications, reported that his Excellency would attend in the Reprefentatives chamber for that purpofe, to-morrow at twelve o'clock.

A vote for a committee to join fuch of the Senate as they may appoint, to wait on his Excellency the Governor and efcort him to the Reprefentatives chamber to-morrow at twelve o'clock, the time by him affigned for making his communications.
was brought up, read and concurred :
Mr. M'Clary, Mr. Fogg and Mr. Betton appointed.

A vote for a committee to join fuch of the Senate as they may appoint, to confider the account of David Webfter, Efquire, and all accounts of a fimilar nature.
was brought up, read and concurred :
Mr. Flanders appointed.

A vote for a committee to join fuch of the Senate as they may appoint, to report what compenfation fhall be made the officers of the civil lift for the current year.
was brought up, read and concurred :
Mr. Fogg and Mr. Hartwell appointed.

A vote for a committee to join fuch of the Senate as they may appoint, to confider the petition of Samuel Young, Efquire and Jeffe Young.
was brought up, read and concurred :
Mr. Betton appointed.

A vote granting a hearing on the petition of James B. Starr and others, before the General Court, on the firft Tuefday of the next feffion.
was brought up, read and concurred.

Adjourned until to-morrow morning 9 o'clock.

Friday,

# EXHIBIT R

# COLLECTION

OF

ALL SUCH

# ACTS

OF THE

# GENERAL ASSEMBLY

OF

## VIRGINIA,

OF A PUBLIC AND PERMANENT NATURE, AS
ARE NOW IN FORCE;

———

WITH A

## NEW AND COMPLETE INDEX.

———

TO WHICH ARE PREFIXED THE DECLARATION OF RIGHTS,
AND CONSTITUTION, OR FORM OF GOVERNMENT.

———

PUBLISHED PURSUANT TO AN ACT OF THE GENERAL ASSEMBLY,
PASSED ON THE TWENTY-SIXTH DAY OF JANUARY, ONE
THOUSAND EIGHT HUNDRED AND TWO.

———

## RICHMOND,

*PRINTED BY SAMUEL PLEASANTS, JUN. AND HENRY PACE.*

M,DCCC,III.

1803

Generated on 2024-09-24 16:13 GMT / https://hdl.handle.net/2027/hvd.hxh5ug
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google      Original from HARVARD UNIVERSITY

App.75

Generated at Harvard University on 2024-09-23 20:27 GMT / https://hdl.handle.net/2027/hvd.hxh5ug
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

4:24-cv-00565-O    Document 24    Filed 10/21/24    Page 76 of 172    PageID

such case, the Judge of the said High Court of Chancery, either in Term time or in vacation, when a bill praying a review of the proceedings in which a decree shall have been pronounced by the said Court, shall be presented to him, may upon such bill, and the circumstances of the case, as the same shall appear satisfactory to him, direct proceedings on such decree to be stayed, until a decree on the said bill of review shall be made, or until the further order of the said Judge; or the said Judge may refuse to grant a stay of proceedings in that case, as to him shall seem right. *Provided*, That the said Judge of the High Court of Chancery shall in either of the said cases direct such security to be given, and in such place as is usual in the cases of appeal and injunction, or such other security as to him shall seem to be reasonable.

LXI. ALL Acts and parts of Acts, within the purview of this Act, shall be, and are hereby repealed.    *Former Acts repealed.*

LXII. THIS Act shall commence and be in force, from and after the passing thereof.    *Commencement of this Act.*

## CHAP. LXV.

*An Act reducing into one, the several Acts and Parts of Acts concerning the General Court, and prescribing the Manner of proceeding therein in certain cases.*

### [Passed the 13th of December, 1792.]

I. BE it enacted by the General Assembly, That the General Court of this Commonwealth shall consist of ten Judges, to be chosen and commissioned in the manner directed by the Constitution of the Commonwealth. Any three of the said Judges shall constitute a Court, except in cases of impeachment, on which occasion a majority of the whole number shall be necessary. The said Court shall be holden at the Capitol in the City of *Richmond*, or at such other place as shall be appointed by the General Assembly, or in their recess, by the Governor, with the advice of the Council of State, on any such emergency as will make the adjournment lawful. The said Court shall be holden twice in every year, namely, on the ninth day of *June* and the ninth day of *November*, or if either of those days shall be *Sunday*, then on the succeeding day, and shall continue their Session for sixteen juridical days at each Term, unless the business before them be sooner dispatched. If a sufficient number of Judges should not attend on the first day of any Term, or on any other day during the Term, any one of the said Judges may adjourn the Court from day to day, for six days successively, and if a sufficient number should not be then able to attend, all suits depending in such Court, shall stand continued over to the next succeeding Term. Every person so commissioned before he enters upon the duties of his office, shall take and subscribe the oath of fidelity to the Commonwealth, and take the following oath of office, to wit:

*General Court to consist of ten Judges: how chosen & commissioned.*

*Where to be held.*
*Terms.*
*Regulations respecting adjournment.*

*Oaths to be taken by the judges.*

*Y*OU *shall swear that well and truly you will serve this Commonwealth in the office of a Judge of the General Court, and that you will do equal right to all manner of people, great and small, high and low, rich and poor, according to Law, without respect of persons. You shall not take by yourself, or by any other, privily or openly, any gift, fee, or reward of gold, silver, or any other thing, directly or indirectly, of any person or persons, great or small, for any matter done or to be done, by virtue of your office, except such fees or salary, as shall be by Law appointed. You shall not maintain by yourself, or other, privily or openly, any plea or quarrel, depending in the Courts of this Commonwealth. You shall not deny or delay any person of common right, for the letters or request of any person, nor for any other cause; and if any letter or request come to you contrary to Law, you shall nothing do for such letter or request, but you shall proceed to do the Law, any such letter or request notwithstanding; and finally, in all things belonging to your said office, during your continuance therein, you shall faithfully, justly, and truly, according to the best of your skill and judgment, do equal and impartial Justice, without fraud, favor, affection or partiality. So help you GOD.*

*W*hich oaths may be taken before the Executive, any Court of Record, or a Justice of the Peace, and a certificate thereof being obtained, shall enable such Judge to do all the duties of his office, and such certificate shall be recorded in the General Court, or District Court where such Judge shall first sit. If any person shall presume to sit in Court or execute the said office, without having

*By whom to be administered.*

*Penalty for acting without taking the oaths.*

Digitized by Google    Original from HARVARD UNIVERSITY

taken the said oaths, he shall for such offence forfeit the sum of fifteen hundred dollars. *a*

II. THE said Court shall appoint a Clerk, one or more assistant Clerks, if necessary, a Cryer and Tipstaff, the first removable for misbehaviour in the manner directed by the Constitution, the others at pleasure; who shall be entitled to such fees or salaries as shall be established by Law. And the Sheriff, or so many of the Under-Sheriffs as shall be thought necessary, of the County where such Court may be held, shall attend the said Court during their Sessions. *b*

III. THE jurisdiction of the said Court shall be general over all causes, matters and things at common Law, as well criminal as civil, except in such cases, as by the Constitution of the United States of *America*, or of this Commonwealth, or any Statute made by the Congress of the said United States, or the General Assembly of this Commonwealth, are or shall be vested in any other tribunal; in any of which cases the jurisdiction of the General Court shall cease, unless concurrent jurisdiction be thereto expressly given by this Act, or some other Statute. The said Court shall have jurisdiction in all causes, matters and things therein depending at the commencement of this Act; and no discontinuance shall take place in any case whatsoever, by reason of the passing of this Act. The said Court shall continue to have jurisdiction, in all cases, suits and motions against public debtors and public defaulters of every denomination, for and in behalf of the Commonwealth. If the Judge of the High Court of Chancery shall be interested in any matter, which in the case of any other person would have been proper for the jurisdiction of such Court, it shall be lawful to institute such suit in the General Court, where proceedings shall be had conformably to the principles and usages of equity; and process shall be returnable as the General Court shall direct; and thereafter an appeal may be had to the Court of Appeals. Writs of *scire facias* may be issued from, and be tried in the General Court, upon all judgments which have been or shall be obtained therein; the said Court may fine Sheriffs, Deputy-Sheriffs, or Coroners, for not returning executions issued, or to be issued from the said Court, and enter up judgments against the said officers, for all money or tobacco, for which they have made or shall make themselves respectively liable by Law upon such executions; may award executions upon replevy bonds, or bonds to have goods forth-coming at the day of sale; may quash executions if illegally or improvidently issued or executed, and award new ones; and finally, may exercise full jurisdiction in every other legal mode necessary for carrying into complete execution, all judgments heretofore given, or hereafter to be given in the said Court; any Law to the contrary, or seeming to the contrary, notwithstanding. The said Court shall have power to hear and determine upon all errors and matters of fact, that shall or may have happened in the proceedings depending in the said Court. *c*

IV. THE said Court shall have power to issue writs of *mandamus* to the District Courts. *c*

V. THE said Court shall likewise have jurisdiction to hear and determine motions against the delinquent subscribers of the *Potowmac* and *James* River Companies, and for securities against their principals; and for Sheriffs against their deputies and securities, or either of them. *a*

VI. FOR good cause shewn, the General Court may direct the trial of any cause depending before a District Court, to be had by a jury at their own bar, for which purpose the Sheriff, or any other officer attending them, shall summon a Jury qualified as the Law now directs in cases of Juries in the General Court; or may cause a suit depending in one District to be tried in another. *e*

VII. UNLESS good cause be shewn to the contrary, the General Court shall direct a suit depending before a District Court, in which a Judge of the General Court is a party, to be removed to be tried at the bar of the General Court. *f*

VIII. THE General Court shall have jurisdiction and authority to hear and determine all causes, matters, suits, and controversies testamentary, which shall be brought before the same, and to examine and take the proofs of wills, and to hear and determine the right of administration of the estates of persons

*Margin notes:*
Officers to be appointed by the court.
Sheriff of the county in which the court sits to attend.

Jurisdiction of the court

May award writs of Mandamus to the district courts.
Further description of jurisdiction.

May for good cause direct any suit in a district court to be tried at their own bar or in another district.

Suits in which judges are parties, to be removed to the General Court.

Jurisdiction relative to wills, administrations, &c.

(a) Oct. 1777, sec. 2, b. 1788, ch. 67, sec. 115, 116. ibid. ch. 72, sec. 1. (b) Oct. 1777, ch. 17, sec.6. (c) ibid. sec. 2. 1788, ch. 67, sec. 117. ibid. ch. 69, sec. 7. (d) 1789, ch. 13, sec. 8. (e) 1788, ch. 67, sec. 119 and 120. (f) 1789, ch. 13, sec. 29.

Digitized by Google    Original from HARVARD UNIVERSITY

dying inteſtate, and to do all other things concerning wills and adminiſtrations, according to Law. *a*

IX. THE ſaid Court ſhall have power and authority to receive *probat* of all deeds whatſoever, concerning lands in any part of this Commonwealth, to iſſue commiſſions for the privy examination of any *feme covert*, and to admit the ſame to Record, as alſo to receive proof of any other deed or inſtrument of writing whatſoever, and to admit the ſame to Record therein, if they ſhall be of opinion that the ſame is proper to be done. A deed for lands now or at any time hereafter partly proved in the General Court, may either be fully proved there, or ſhall be delivered by the Clerk thereof to any perſon authoriſed to demand the ſame, with an endorſement of the proof made, and it may be fully proved and recorded in the Court of the Diſtrict or County in which the lands lie. *a*

*Deeds partly proved, may be either fully proved therein, or delivered to the parties to be fully proved in the diſtrict or county courts.*

X. IF a queſtion of Law in any criminal caſe be adjourned to the General Court by any Diſtrict Court, the ſame may be therein argued and determined, although ſuch criminal be not preſent. *a*

*Rules reſpecting adjourned caſes.*

XI. ON the adjournment of any queſtion of Law in any civil ſuit, the ſaid Court ſhall hear, determine, and certify ſuch their determination on the ſame, to the Court from whence the queſtion was adjourned; but no coſts ſhall be incurred on any adjourned queſtion. *b*

XII. ALL original proceſs to bring any perſon or perſons to anſwer in any action or ſuit, information, bill or plaint, in the ſaid Court, and all ſubſequent proceſs thereon, all attachments or other writs of what nature ſoever awarded by the ſaid Court, ſhall be iſſued and ſigned by the Clerk of the ſaid Court in the name of the Commonwealth, ſhall bear teſte by the Clerk, and be returnable on the firſt day of the next ſucceeding Court, except *ſubpœnas* for witneſſes; and all ſuch proceſs may be executed at any time before the return day, except in ſuch caſes wherein it is otherwiſe directed by Law. *c*

*Rules reſpecting proceſs*

XIII. THE appearance day to all writs and proceſs awarded by the ſaid Court, ſhall be according to the direction thereof. *d*

*The court to direct the appearance day.*

XIV. THE Sheriff for the time being of the County in which the General Court ſhall be held, ſhall before every meeting of the General Court, ſummon twenty-four Freeholders of this Commonwealth, qualified as the Law directs for Grand Jurors, to appear at the ſucceeding General Court on the firſt day thereof, which the Sheriff is hereby empowered to do, as well without his County as within the ſame, and the ſaid twenty-four men, or any ſixteen of them ſhall be a Grand Jury, who ſhall be ſworn to enquire of and preſent all offences againſt the Commonwealth, which are cognizable in the ſaid Court. And if an indictment ſhall be found or preſentment made of any ſuch offence, the like proceedings ſhall be thereupon had to bring the party accuſed before the Court, as on indictments and preſentments in the Diſtrict Courts, having regard to the nature of the offence.

*Grand jury to be ſummoned.*
*Proceedings on indictments, preſentments, &c.*

XV. THE rules and proceedings in the General Court, in all caſes, not otherwiſe ſpecially directed, ſhall be the ſame as in the Diſtrict Courts in ſimilar caſes, and the ſaid Court ſhall have the ſame power of awarding and refuſing coſts, as the Diſtrict Courts have in like caſes.

XVI. THE keeper of the public jail, ſhall conſtantly attend the General Court, and execute the commands of the Court. *e*

*Keeper of the public jail to attend the court.*

XVII. THE Clerk of the General Court ſhall annually before the laſt day of *January*, tranſmit to the Sheriff of each County within this Commonwealth, a liſt of all fines impoſed by the ſaid Court in the year next preceding, to the uſe of the Commonwealth, on perſons reſiding in ſuch County, and the Sheriffs ſhall reſpectively proceed to collect, levy, account for, and pay the ſame in like manner, and ſubject to the ſame remedy and proceedings againſt them for default as is or ſhall be directed in caſe of public taxes, being allowed in their accounts for inſolvents, and five *per centum* commiſſions; and the ſaid Clerk ſhall tranſmit copies of ſuch liſts to the Auditor, to enable him to call the Sheriffs to account. *f*

*The clerk to tranſmit liſts of fines impoſed by the court to the ſheriffs.*

XVIII. ALL and every Act, clauſe and parts of Acts, within the purview of this Act, ſhall be, and are hereby repealed.

*Former acts repealed.*

XIX. THIS Act ſhall commence in force, from and after the paſſing thereof.

*Commencement of this act.*

[*a*] 1789, *ch.* 13, *sec.* 4 8 9 27. [*b*] 1788, *ch.* 67, *sec.* 17. [*c*] Oct. 1777, *ch.* 17, *sec.* 7. 1788, *ch.* 67, *sec.* 23 118. [*d*] 1789, *ch.* 13, *sec.* 31. [*e*] Oct. 1777, *ch.* 17, *sec.* 72. [*f*] Oct. 1777, *ch.* 17, *sec.* 75. 1788, *ch.* 67, *sec.* 132.

App.78

Digitized by Google
Original from
HARVARD UNIVERSITY

# EXHIBIT S

# LAWS

OF THE

# STATE OF NEW-JERSEY.

COMPILED AND PUBLISHED,

UNDER THE AUTHORITY OF THE

## LEGISLATURE.

———❊———

## BY JOSEPH BLOOMFIELD.

———❊———

## TRENTON:

PRINTED BY JAMES J. WILSON.

...............

## 1811.

36

liable to a private action at the suit of the party injured.

Election officers may commit, &c.

8. *And be it enacted*, That for the preservation of good order, as well as for the security of the election officers from insult and personal abuse, the said officers are hereby authorized and empowered to commit any person or persons who shall conduct in a riotous or disorderly manner, and persist in such conduct after being warned of the consequences, either into the custody of a constable, or the keeper of a common gaol for any term not exceeding twenty-four hours, and said constable or gaoler is hereby required to execute said order, as tho' it had been issued or delivered in due form by a magistrate.

Oath of officers.

9. *And be it enacted*, That the judge of election, assessor and collector, or persons serving or acting as such, in case of their absence or disqualification, shall severally, before they proceed to receive any votes, take the following oath or affirmation :—" I, A B, do solemnly and sincerely swear (or affirm) that I will during this election, faithfully and impartially execute the duties and services required of me by law, and that I will not receive or assent to receive, the vote of any person who is not duly qualified to vote agreeably to the restrictions and provisions prescribed by law." Which oath or affirmation they are hereby respectively authorized and required to administer to each other in a public manner, at the place of opening the election.

Penalty for robbing election box.

10. *And be it enacted*, That if any person or persons shall at any time hereafter be found guilty of robbing or plundering the election-box, or attempting to change or alter the tickets therein contained, such offence shall be

Digitized by Google

Original from
HARVARD UNIVERSITY

49

ditaments shall be previously lodged with the said clerk, or recorded as aforesaid.

———

A supplement to the act entitled " An act respecting conveyances," passed June seventh, one thousand seven hundred and ninety-nine.

### Passed February 8, 1811.

Sec. 1. BE IT ENACTED *by the council and general assembly of this state, and it is hereby enacted by the authority of the same,* That if the party who shall execute or may have executed, any deed or conveyance of lands, tenements or hereditaments, lying and being in this state, or the witnesses thereto, reside not in this state, but in one of the territories of the United States, or in one of the cities of Philadelphia or New-York, then the acknowledgment or proof which may have been, or shall be made before, and certified by one of the judges of the supreme court of such territory, or the mayor of such city, shall be as good and effectual as if the same had been made before, and certified by one of the judges of the supreme court of this state.

———

AN ACT constituting courts for the trial of small causes.                    [Rev.313]

### Passed March 15, 1798.

Sec. 1. BE IT ENACTED *by the council and general assembly of this state, and it is hereby enacted by the authority of the same,* That every suit of a civil nature at law, where

G

App.82

Digitized by Google

Original from
HARVARD UNIVERSITY

50

**What causes shall be cognizable before justices of the peace.**

**[Rev. 313]**

the debt, balance, or other matter in dispute, does not exceed, exclusive of costs, the sum or value of sixty* dollars, shall be, and hereby is made cognizable before any justice of the peace of any county in this state, who is hereby authorized to hold a court within such county to hear, try, and determine the same according to law, although the cause of action did not arise in the said county; and further, that the said court shall be a court of record, and vested, for the purposes aforesaid, with all such power as is usual in courts of record of this state. *Provided always*, That this act shall not extend to any action of replevin, slander, trespass for assault, battery, or imprisonment, or to any action, wherein the title of any lands, tenements, hereditaments, or other real estate, shall or may in any wise come in question.

**Territorial jurisdiction of justices to be coextensive with their counties.**

2. *And be it enacted*, That the territorial jurisdiction of every justice of the peace, under this act, shall be coextensive with the limits of the county, for which he is appointed and commissioned; that his writs, precepts and process shall run in and through such county, and that he may, in causes pending before him, award writs of subpœna ad testificandum into other counties of this state.

**Constables to be their ministerial officers.**

3. *And be it enacted*, That the constables of the several townships in such county shall be the ministerial officers of the said court, and that it shall be the duty of the said constables to execute and return all precepts, summons, warrants, writs and other process, issuing out of the said court, and to them or any of them

* *Extended to* 100 *dollars by act of* 29*th Nov.* 1801.

**App.83**

Digitized by Google

Original from
HARVARD UNIVERSITY

58

22. *And be it enacted*, That to the jurors, and each of them, who shall be returned to try any cause as aforesaid, the said justice shall administer the following oath or affirmation :

*Juror's oath.*

You do swear, in the presence of Almighty God, (or do affirm, as the case may require) that you will well and truly try the matter in difference between          plaintiff, and          defendant, and a true verdict give according to evidence.

That to every witness produced at the said trial, the said justice shall administer the following oath or affirmation :

*Oath of witness.*

You do swear, in the presence of Almighty God, (or do affirm, as the case may require) that the evidence you shall give to the court and jury in this matter in difference between

plaintiff, and          defendant, shall be the truth, the whole truth, and nothing but the truth.

And that to the constable, who shall be appointed to attend the jury, the said justice shall administer the following oath or affirmation :

*Constable's oath.*

You do swear, in the presence of Almighty God, (or do affirm, as the case may require) that you will, to the utmost of your ability, keep every person sworn (or affirmed) on this jury together in some private and convenient place, without meat or drink, water excepted ; that you will not suffer any person to speak to them, nor speak to them yourself, except by order of the court, unless it be to ask them, whether they have agreed on their verdict, until they have agreed on their verdict.

23. *And be it enacted*, That every person summoned as a juror, or subpœnaed as a witness, who shall not appear, or appearing, shall

**App.84**

Digitized by Google          Original from HARVARD UNIVERSITY

# EXHIBIT R



*William A. Moore*

# L A W S

OF THE

## State of New-York.

### PUBLISHED BY AUTHORITY.



IN TWO VOLUMES.

VOL. I.

STANFORD LIBRARY.

ALBANY:
PRINTED BY CHARLES R. AND GEORGE WEBSTER,
1802.

Digitized by Google

**App.86**

172                  L A W S  of  N E W - Y O R K,

terly part of Staten ifland. *And whereas* the United
States have laid out and expended a large fum of money
in making improvements on the faid traƈt for the pur-
pofe of facilitating commerce, and colleƈting duties in
the port of New-York, and are defirous of expending
more money for the fame purpofe ; Therefore,

**Certain iflands in and about the harbor of New-York, made fubjeƈt to the jurifdiction of the United States.**

*Be it enacted by the People of the State of New-York, re-
prefented in Senate and Assembly,* That the governor of this
ftate for the time being, (as foon as this ftate fhall be-
come vefted with title to the faid traƈt in purfuance of
the faid aƈt) fhall be and hereby is authorifed to grant to
the United States the fee fimple of fuch part of the faid
traƈt, not exceeding five acres, on which the faid im-
provements have been made, together with fo much land
under the water contiguous thereto, as to him may ap-
pear neceflary for the purpofe aforefaid, for fuch fum or
confideration as the ftate fhall pay for the fame ; *Provid-
ed,* That fuch grant fhall exprefsly referve the jurifdic-
tion of this ftate.

# TWENTY-FOURTH SESSION.

## C H A P.  VIII.

*An ACT concerning the Circuit Courts, and Sittings, and
the Courts of Oyer and Terminer and Gaol Delivery.*

Paffed February 20th, 1801.

**Circuit courts when & how to be held.**

I. **B**E it enacted by the People of the State of New-York,
*reprefented in Senate and Assembly,* That the juf-
tices of the fupreme court, or fome or one of them, fhall
once in every year, and oftener if need be, hold a
court in each of the counties of this ftate, for the trial of
all iffues joined in the fupreme court, or in any other
court, and brought into the fupreme court, to be tried,
and which are triable in the refpeƈtive counties ; which
courts fhall be called the circuit courts ; and that each of
the faid courts fhall be held fo many days as the jufti-
ces or juftice holding the fame, fhall think neceflary.

**The fupreme court to appoint the circuit courts.**

II. *And be it further enacted,* That the juftices of the fu-
preme court fhall appoint the times for holding the cir-
cuit courts, but they may neverthelefs alter the fame
from time to time as they fhall judge moft for the public
convenience : *Provided,* That no alteration fhall take
effeƈt until at leaft one term of the fupreme court, fhall
have intervened, between the term when the alteration
fhall have been made, and the time when the firft circuit
court fhall thereafter be held. *And provided further,* That
no fuch circuit court fhall be appointed as aforefaid,
to be holden in any county at the fame time that any
other court fhall, by appointment of law, be holden in

**Provifo.**

**Further provifo.**

**App.87**

the fame county, the city and county of New-York excepted; and that the clerks of the fupreme court fhall forthwith from time to time, caufe every rule or order of the fupreme court, appointing the times for holding the circuit courts, or for altering the fame as the cafe may be, to be publifhed in at leaft two of the newfpapers printed in the cities of New-York and Albany.

*Clerks to give notice of the appointment of circuit courts.*

III. *And be it further enacted*, That the faid circuit courts fhall be held at the court houfes of the counties in which they are refpectively appointed to be held; and in cafe there be no court houfe in fuch county, then at fuch place as the juftices of the fupreme court during the term next preceding the holding of fuch circuit court, fhall for that purpofe appoint; *Except nevertheless*, That in the cities and counties of New-York and Albany, the faid circuit courts may be held at fuch place within the fame, as the faid juftices at the next preceding term fhall direct.

*The place of holding circuit courts.*

IV. *And be it further enacted*, That the faid juftices of the fupreme court, and every of them, as juftices of the fupreme court, and without any other commiffion, fhall be and hereby are authorifed and required, at the faid circuit courts, to try all fuch iffues, and take all fuch inquefts by default or otherwife, as are or ought to be tried or taken, in the faid circuit courts refpectively; and to record nonfuits and defaults, before them: and upon the return of the proceedings in the faid circuit courts into the fupreme court, the faid fupreme court fhall receive and record the fame, and give judgment or make order thereupon acording to law.

*The powers of the circuit courts.*

*Proceedings thereon in the fupreme court.*

V. *And be it further enacted*, That the chief juftice of the fupreme court, or in his abfence or default, any other judge of the faid court, may at his difcretion, by virtue of this act, and without any other commiffion for the purpofe, in term time, or within twenty days after the end of any term, in the city hall of the city of New-York, or in the city hall of the city of Albany, on fuch days as the court fhall appoint for the purpofe, try all manner of iffues joined in the faid court, or brought into the faid court to be tried, which by the ordinary courfe of law ought to be tried in the faid court by jury, upon the like procefs and proceedings, and in like manner, and with the like powers, as trials are had in the like cafes at the faid circuit courts, in and for the city and county of New-York, or city and county of Albany; and that the clerk of the fupreme court at Albany, fhall be confidered as clerk of the faid fittings, in the city of Albany, and the fame fittings may be continued from day to day, Sunday excepted, for as many days as the judge holding the fame fhall think neceffary. *Provided always*, That the times of the faid fittings in any term, fhall always be appointed in the next preceding term, and the

*The fittings.*

*The clerk of the fittings at Albany.*

*The time of appointing fittings.*

Case 4:24-cv-00565-O    Document 24    Filed 10/21/24    Page 89 of 172    PageID 202

times of the faid fittings after any term, fhall always be appointed in the next preceding term but one.

**Circuit courts and courts of oyer and terminer to be adjourned, and by whom, in the abfence of a judge of the fupreme court.**

VI. *And be it further enacted*, That if it fhall happen in any county, that one of the juftices of the fupreme court fhall not come to the place, where the circuit court is appointed to be held, by the hour of fix in the afternoon of the day for holding the court, the fheriff fhall then open, and fhall adjourn the circuit court, and alfo the court of oyer and terminer and gaol delivery, which fhall be to be held at the fame time and place, until the hour of nine in the forenoon of the next day; and if one of the juftices of the fupreme court, fhall come to the place at any time, before the hour of fix in the afternoon of that day, it fhall be lawful for him in refpect to the circuit court, and for a quorum of the commiffioners in refpect to the court of oyer and terminer and gaol delivery, or any juftice thereof, to open the faid courts, and hold the fame in like manner and to every intent, as if the faid courts had refpectively been duly opened on the firft day and adjourned to the next day by the faid juftice, or by a quorum of the commiffioners; and the proceedings on the record may be in the fame form as if the faid juftice and the faid quorum of the commiffioners had been prefent and opened the faid courts on the firft day. If

**Perfons bound by recognizance in fuch cafes to appear at the next court.**

however a juftice of the fupreme court fhall not fo come on the fecond day, all perfons bound by recognizance to appear at the court of oyer and terminer and gaol delivery, fhall be adjudged to be bound by fuch recognizance to appear at the next court of oyer and terminer and gaol delivery which fhall be held in fuch county, notwithftanding fuch opening of the faid court, and the adjournment of the fame by the fheriff as above mentioned.

**A new circuit to be appointed in the place of the one that failed.**

*And further*, That whenever fuch cafe fhall happen, the juftices of the fupreme court, fhall in the next term thereafter, appoint a circuit court to be held in every fuch county in the enfuing vacation.

**A judge not prefent at the opening of a circuit court or fittings may hold the fame.**

VII. *And be it further enacted*, That any juftice of the faid fupreme court, although not prefent at the commencement of any circuit court, or fittings, may hold and continue the fame, in the abfence of the judge who was prefent at the commencement of the fame court; and do and execute every thing therein, as fully in every refpect, as if he had been prefent at the commencement thereof.

**Clerks of the counties to be the clerks of the circuit courts and courts of oyer and terminer, ex-officio.**

VIII. *And be it further enacted*, That the clerks of the feveral counties, the city and county of New-York excepted, fhall be *ex-officio* clerks of the circuit courts, and courts of oyer and terminer and gaol delivery, within their faid counties refpectively.

**In New-York a clerk to be appointed for the faid courts.**

IX. *And be it further enacted*, That the clerkfhip of the circuit court, and of the fittings, and court of oyer and terminer and gaol delivery, within the city and county of New-York, fhall be united in, held and exercifed by, the

fame perfon, and that fuch clerk fhall be appointed by the perfon adminiftering the government of this ftate, by and with the advice and confent of the council of appointment.

X. *And be it further enacted,* That the juftices of the fupreme court, or either of them, together with the mayor, recorder and aldermen of the city of New-York, or any three or more of them, of whom either of the juftices of the fupreme court fhall always be one, in and for the city and county of New-York, and together with the mayor, recorder and aldermen of the city of Albany, and the judges and affiftant juftices of the court of common pleas for the county of Albany, or any three or more of them, of whom either of the juftices of the fupreme court fhall always be one, in and for the city and county of Albany, and together with the judges and affiftant juftices of the refpective courts of common pleas of each of the other counties of this ftate, or any three or more of them, of whom either of the juftices of the fupreme court, fhall always be one, in and for each of the fame counties refpectively, fhall be, and hereby are authorifed, and empowered, by virtue of their refpective offices, and this act, without any other commiffion, at fuch times and places, in each of the faid cities and counties refpectively, as the faid juftices of the fupreme court, or either of them, fhall hold the circuit court therein, and at fuch other times and places, in each of the faid cities and counties, as any three of the juftices of the fupreme court, or any one of them, with any two of the faid perfons within their refpective cities and counties, fhall for that purpofe appoint ; to enquire by the oath of good and lawful men, of the fame cities and counties refpectively, and by other ways and means, by whom and by which, the truth of the matter may be the better known, of whatfoever treafons, felonies, and other crimes and mifdemeanors, and of the acceffaries to them, in the fame cities and counties refpectively, by whom, and in what manner foever done or committed, and of every circumftance concerning the fame ; and the faid treafons, felonies, and other crimes and mifdemeanors, to hear and determine ; and alfo to deliver the gaols in the fame cities and counties refpectively, of the prifoners therein according to law. *And further,* That the faid courts fhall be held and continue, with or without fuch circuit court, in each of the faid cities and counties, for fo long time, as may be neceffary to difpatch the bufinefs in the fame.

XI. *And be it further enacted,* That the fheriff of the city and county of New-York, and the fheriffs of each of the other counties in this ftate, fhall caufe to come before the faid courts of oyer and terminer and gaol delivery, to be held therein, twenty-four good and lawful men of the fame city and counties refpectively, to enquire for the

*Courts of oyer and terminer and gaol delivery, when, and by whom, to be held.*

*Powers of thofe courts.*

*How long to continue.*

*Sheriffs to return at fuch courts,*

*Grand jurors,*

176                    L A W S  of  N E W - Y O R K,

people of the ſtate of New-York, and the bodies of the ſame city and counties reſpectively, and to do and receive all thoſe things, which on the behalf of the people of the ſtate of New-York ſhall be then and there enjoined them; and alſo all the priſoners then being in the gaols thereof, together with their attachments, indictments and all other minuments, any ways concerning thoſe priſoners; and

*And petit jurors.* likewiſe ſo many good and lawful men of the ſame city and counties reſpectively, duly qualified to ſerve as jurors therein, as the ſaid courts of oyer and terminer and gaol delivery, or any juſtice thereof, ſhall from time to time direct, by whom the truth of the matter may be the better known, and enquired into, and who have no affinity to thoſe priſoners. And the ſaid reſpective ſheriffs ſhall

*And to proclaim the court, and notify proſecutors, and officers to attend.* cauſe to be publicly proclaimed throughout their reſpective counties, that all thoſe who will proſecute againſt thoſe priſoners, be then and there to proſecute againſt them as ſhall be juſt; and ſhall alſo give notice to all juſtices of the peace, coroners, bailiffs, and conſtables within their reſpective counties, that they be then and there in their own perſons, with their rolls, records, indictments, and other remembrances, to do thoſe things, which to their offices in that behalf ſhall appertain to be done. And

*Sheriffs and their officers to attend.* the ſaid reſpective ſheriffs and their officers ſhall then and there attend in their own proper perſons, to do thoſe things which to their offices ſhall appertain. *And further,*

*Diſtrict attornies to iſſue precepts.* That the diſtrict attornies ſhall from time to time as ſoon as conveniently may be, after every circuit court ſhall be appointed to be held, in the cities and counties of this ſtate, within their reſpective diſtricts, and at leaſt fifteen days before the time of holding the ſame, iſſue precepts under the ſeal of the ſupreme court, directed to the reſpective ſheriffs of the ſame cities and counties, for the purpoſes aforeſaid, mentioning the day and place, when and where, the ſaid courts are to be held, and commanding the ſaid ſheriffs reſpectively, to do what is hereby required of them, and that the ſaid precepts ſhall always be in the name of the people of the ſtate of New-York, and be teſt-

*Teſte of ſuch precept.* ed in the name of the chief juſtice of the ſaid ſupreme court. *Provided,* That in caſe the office of chief juſtice ſhall be vacant, the precepts ſhall be teſted in the name of the next ſenior juſtice of the ſaid ſupreme court, and the ſaid precepts may be teſted on any day of the term preceding the vacation in which the court is to be held.

*Special commiſſions of oyer and terminer and gaol delivery may be iſſued.* XII. *And be it further enacted,* That it ſhall be lawful for the perſon adminiſtering the government of this ſtate, by and with the advice and conſent of the council of appointment, to grant and iſſue commiſſions of oyer and terminer and gaol delivery, or either of them, in the manner and form heretofore uſed, at any time hereafter, when and as often as occaſions require: But the juſtices

Digitized by Google

**App.91**

of the fupreme court fhall always be named in fuch com- *Judges of the fupreme court to be named in fuch commiffions.* miffions, as the juftices or commiffioners, with fuch others as the perfon adminiftering the government of this ftate, by and with the advice and confent of the council of appointment, may think proper to execute the fame; and no fuch commiffion fhall at any time be executed, nor any proceedings thereupon had, without the prefence of one or more of the juftices of the fupreme court.

XIII. *And be it further enacted*, That it fhall and may be lawful for the faid courts of oyer and terminer, to di- *Courts of over and terminer may direct their procefs into any county.* rect their writs into all the cities and counties of this ftate, where need fhall be, to arreft and take fuch perfons, as fhall be indicted before them.

XIV. *And be it further enacted*, That no manner of procefs or fuit, before any juftices of gaol delivery, oyer *No procefs or fuit to be difcontinued by a new commiffion.* and terminer, or other commiffioners of the people of this ftate, fhall in any wife be difcontinued, by the making and publifhing of any new commiffion, or by altering the names of the juftices of gaol delivery, and oyer and terminer, or other commiffioners; but that the new juftices of gaol delivery, oyer and terminer, and other commiffioners, fhall and may proceed in every behalf, as the old juftices and commiffioners might have done, if their commiffions and authority had ftill remained.

XV. *And be it further enacted*, That in all cafes where any perfon fhall be found guilty of any crime punifhable *Courts of gaol delivery to give judgment againft perfons convicted of any capital crime before any other court.* with death, and be reprieved before judgment, any court of gaol delivery, thereafter to be held by virtue of this act, in fuch city or county where fuch perfon fo found guilty fhall remain, fhall have power to give judgment of death againft fuch perfon, as the fame court before whom fuch perfon was found guilty might have done, if their authority had continued in full force.

XVI. *And be it further enacted*, That the courts of general feffions of the peace, fhall fend their indictments *Seffions to fend indictments to the courts of over and terminer and gaol delivery:* againft prifoners in gaol, to the faid courts of oyer and terminer and gaol delivery, within their refpective cities and counties; and the faid courts fhall have power to *Who are to proceed thereon.* try all indictments fo received, and alfo fuch other indictments found in any court of general feffions of the peace, which may, in the opinion of the faid courts of oyer and terminer, be proper to be tried in the fame courts; and to deliver the gaols of thofe prifoners who fhall be indicted before the faid general feffions of the peace, within the fame cities and counties refpectively.

XVII. *And be it further enacted*, That the minute books, which may hereafter be requifite for the clerks of *Minute books of the clerks of over and terminer, to be at the expence of the counties.* the courts of oyer and terminer and gaol delivery, fhall be provided for the purpofe, at the expence of the counties refpectively.

*VOL. I.*            Y

178                    L A W S  of  N E W - Y O R K,

Juftices of the
peace excufed
from attend-
ing courts of
oyer and ter-
miner and
gaol delivery.

XVIII. *And be it further enacted,* That no juftice of the peace fhall by virtue of his office, be liable to any penalty for not attending any court of oyer and terminer or gaol delivery, unlefs the duties of his office require him to attend fuch courts.

---

## C H A P.   IX.

*An ACT to reduce the Laws concerning Wills into one Statute.*

Paffed 20th February, 1801.

Land may be
devifed,

I. **B**E *it enacted by the People of the State of New-York, represented in Senate and Assembly,* That any perfon having any eftate of inheritance, either in feveralty, in coparcenary or in common, in any lands, tenements or hereditaments, may at his own free will and pleafure, give, or devife the fame, or any of them, or any rent or profit out of the fame, or out of any part thereof, to any perfon

Except to cor-
porations.

or perfons, (except bodies politic and corporate) by his laft will and teftament, or by any other act by him lawfully executed.

How wills of
land are to be
executed,

II. *And be it further enacted,* That every fuch laft will and teftament fhall be in writing, and figned by the party making the fame, or by fome other perfon in his prefence, and by his exprefs direction ; and fhall be attefted and fubfcribed in the prefence of fuch party, by three or more credible witneffes, or elfe fuch laft will and teftament fhall be utterly void.

Or revoked.

III. *And be it further enacted,* That no fuch laft will and teftament duly executed as aforefaid, or any part thereof, fhall be revocable, or be altered, otherwife than by fome other will or codicil in writing, or other writing of the party, to fuch laft will and teftament, declaring the fame, and figned, attefted and fubfcribed in manner aforefaid, or by burning, cancelling, tearing or obliterating fuch laft will and teftament, by the teftator himfelf, or in his prefence and by his direction and confent.

Eftates *pur
auter vie* de-
vifable.

IV. *And be it further enacted,* That all eftates *pur auter vie,* fhall be devifable by laft will and teftament duly executed as aforefaid ; and if no fuch devife thereof be made, the fame or fo much thereof as fhall not be devifed, fhall go to the executor or adminiftrator of the party who had the eftate, to be applied and diftributed as part of the perfonal eftate.

Perfons inca-
pable of devi-
ting.

V. *And be it further enacted,* That no laft will and teftament aforefaid made by a married woman, or by any infant, idiot, or perfon of infane memory fhall be valid in law.

Wills con-
cerning land,

VI. *And be it further enacted,* That where any real eftate fhall be devifed by laft will and teftament as aforefaid, the

**App.93**

# EXHIBIT U

# A C T S

### AND

# L A W S

### OF THE

## S T A T E

### OF

# CONNECTICUT,

### IN

# AMERICA.



### N E W - L O N D O N :

Printed by T I M O T H Y G R E E N,

Printer to the GOVERNOR and COMPANY of the STATE of CONNECTICUT.

### MDCCLXXXIV.

Digitized by Google

App.95

*ACTS AND LAWS.*

## Fees. 63

## An Act for regulating Fees.

BE it enacted by the Governor, Council, and Representatives, in General Court assembled, and by the Authority of the same, That the establishment of the Fees of the several Officers of this State, shall be as follows, to wit,

Fees of the several officers in this State.

|  | £. | s. | d. |  |
|---|---|---|---|---|
| **Assistants Fees.** |  |  |  |  |
| For attending the General Assembly, per Day, *nine Shillings*, | 0 | 9 | 0 | Assistants. |
| Travel per Mile out, *six Pence*, | 0 | 0 | 6 |  |
| **Representatives Fees.** |  |  |  |  |
| For attending the General Assembly, per Day, *six Shillings*, | 0 | 6 | 0 | Representa- |
| Travel per Mile out, *six Pence*, | 0 | 0 | 6 | tives. |
| **Superior Court's Fees.** |  |  |  |  |
| Chief Judge, per Day, *eighteen Shillings*, | 0 | 18 | 0 |  |
| Assistant Judges, per Day, *seventeen Shillings*, | 0 | 17 | 0 | Sup. court. |
| For trying each Action, *twenty-four Shillings*, | 1 | 4 | 0 |  |
| Each Default or Confession, *twelve Shillings*, | 0 | 12 | 0 |  |
| **Clerk of the Superior Court's Fees.** |  |  |  |  |
| For entering each Action and Judgment, *three Shillings*, | 0 | 3 | 0 | Clerk of |
| Filing each Deposition, *three Pence*, | 0 | 0 | 3 | sup. court. |
| Entering each Judgment acknowleged, *one Shilling*, | 0 | 1 | 0 |  |
| Each Execution, *one Shilling and Six-pence*, | 0 | 1 | 6 |  |
| For Copies, each Page of twenty-eight Lines, ten Words in a Line, *one Shilling and Six-pence*, | 0 | 1 | 6 |  |
| **County Court's Fees.** |  |  |  |  |
| Chief Judge per Day, *twelve Shillings*, | 0 | 12 | 0 |  |
| Each Justice of the Quorum, per Day, *nine Shillings*, | 0 | 9 | 0 | County court. |
| Trying each Action, *twelve Shillings*, | 0 | 12 | 0 |  |
| Each Judgment, Default, or Confession, *three Shillings & Six-pence*, | 0 | 3 | 6 |  |
| Licence to each Tavern-keeper, *six Shillings*, | 0 | 6 | 0 |  |
| (Whereof to the Clerk, *one Shilling*.) |  |  |  |  |
| Licence to each Tanner, *six Shillings*, | 0 | 6 | 0 |  |
| **Jury's Fees at the Superior or County Court.** |  |  |  |  |
| For trying each Action, *thirty-six Shillings*, | 1 | 16 | 0 | Jury. |
| Travel out per Mile, *Three-pence*, | 0 | 0 | 3 |  |
| **Clerk of the County Court's Fees.** |  |  |  |  |
| For entering each Action, *Three-pence*, | 0 | 0 | 3 |  |
| Entering each Judgment or Continuance, *one Shilling*, | 0 | 1 | 0 | Clerk coun- |
| For granting Writs, taking Bond, &c. the same as Justices Fees for like Services. |  |  |  | ty court. |
| For Copies of every Kind, each Page of twenty-eight Lines, ten Words in a Line, *one Shilling & Six-pence*, | 0 | 1 | 6 |  |
| **Court of Probate's Fees.** |  |  |  |  |
| Granting Administration, to the Judge, *one Shilling and Six-pence*, | 0 | 1 | 6 |  |
| Receiving and Probate of every Will, and Inventory of fifty Pounds or under, *two Shillings*, | 0 | 2 | 0 | Court of |
| (Whereof to the Clerk, *Nine-pence*,) |  |  |  | probates. |
| Receiving and Probate of every Will, and Inventory, of more than *fifty Pounds, three Shillings*, | 0 | 3 | 0 |  |
| (Whereof to the Clerk, *one Shilling*.) |  |  |  |  |
| Each Quietus, *one Shilling*, | 0 | 1 | 0 |  |
| (Whereof to the Clerk, *six-pence*.) |  |  |  |  |
| Recording every Will, and each Inventory of *fifty Pounds*, or under, *two shillings and six-pence*, | 0 | 2 | 6 |  |
| For recording every Will, and each Inventory of more than fifty Pounds, and not exceeding one Hundred Pounds, *three Shillings*, | 0 | 3 | 0 |  |

And

**App.96**

Digitized by Google

## ACTS AND LAWS.

**64**                  Fees.

| | l. | s. | d. |
|---|---|---|---|
| And for every hundred Pound, after the firſt Hundred, *Three-pence*, | o | o | 3 |
| And for a Copy, the ſame. | | | |
| Each Bond for Adminiſtrator, and each Letter of Adminiſtration, *one Shilling*, | o | 1 | o |
| For making out and regiſtering a Commiſſion for receiving and examining the Claims of Creditors of an Inſolvent Eſtate, *One ſhilling*, | o | 1 | o |
| Regiſtering the Report of Commiſſioners, per Page of twenty-eight Lines, ten Words in a Line, *One ſhilling* and *ſix Pence*, | o | 1 | 6 |
| Making and entering an Order on the Adminiſtrator to pay out the Eſtate to the Creditors in due Proportion, *Four ſhillings*, | o | 4 | o |
| Recording a Diſtribution, the ſame as for regiſtering the Report of Commiſſioners. | | | |
| Allowing Accounts for ſettling and dividing Inteſtate Eſtates, *One ſhilling* and *ſix-pence*, | o | 1 | 6 |
| Appointing Guardian and taking Bond, *Two ſhillings*, | o | 2 | o |
| (Whereof to the Clerk, *One ſhilling*.) | | | |
| Order to ſell Land, *Three ſhillings*, - - - - | o | 3 | o |

<div align="center">Aſſiſtants and Juſtices Fees.</div>

*Juſtices.*

| | l. | s. | d. |
|---|---|---|---|
| Signing an Attachment or Summons for Action, *ſix Pence*, | o | o | 6 |
| Taking every Bond of Recognizance, *ſix Pence*, | o | o | 6 |
| Summons for Witneſſes, *ſix Pence*, - - - - | o | o | 6 |
| Entering and trial of an Action, *Three ſhillings*, - - | o | 3 | o |
| Execution, *One ſhilling*, - - - - - | o | 1 | o |
| Judgment on Confeſſion or Default, *One ſhilling* and *ſix Pence*, | o | 1 | 6 |
| Warrant in a Criminal Caſe, *One ſhilling*, - - - | o | 1 | o |
| Bond for Appeal, *ſix Pence*, - - - - - | o | o | 6 |
| Copies the ſame Fees as Clerks of Courts. | | | |
| Affidavit taken out of Court, *ſix Pence*, - - | o | o | 6 |
| Entering a Plea of Title, and taking Bond, *Three ſhillings*, - | o | 3 | o |
| Taking Acknowlegement of a Deed, &c. *ſix Pence*, - - | o | o | 6 |

<div align="center">Secretary's Fees.</div>

*Secretary.*

| | l. | s. | d. |
|---|---|---|---|
| Recording Laws and Orders of the General Aſſembly, of public Concernment, each, *One ſhilling*, | o | 1 | o |
| Affixing the State Seal, each Time, *One ſhilling*, - - | o | 1 | o |
| Each Military Commiſſion, *One ſhilling*, - - - | o | 1 | o |
| Each Commiſſion for Juſtices in a County, *Five ſhillings*, | o | 5 | o |
| Commiſſion for Judges of the Superior Court, *Three ſhillings*, | o | 3 | o |
| Each Commiſſion for a Judge of the County Court, or Court of Probates, *One ſhilling* and *ſix-pence*, | o | 1 | 6 |
| Each Petition or Memorial to the General Aſſembly, *One ſhilling* and *ſix-pence*, - - - - | o | 1 | 6 |
| For the Uſe of the State, on each Petition, *Twenty Shillings*, | 1 | o | o |
| For Copy of each Order of the General Aſſembly, on a Petition or Memorial, not exceeding one Folio Page, *One ſhilling* and *ſix-pence*, - - - - | o | 1 | 6 |
| For Copies of greater Length, and all other Copies, the ſame as the Clerk of the Superior Court. | | | |

<div align="center">Sheriffs and Conſtables Fees.</div>

*Sheriffs and Conſtables.*

| | l. | s. | d. |
|---|---|---|---|
| Serving every Summons, *Four-pence*, - - - | o | o | 4 |
| If by Copy, *Six-pence*, - - - - - - | o | o | 6 |
| Serving every Attachment, *Six-pence*, - - - | o | o | 6 |
| Bail Bond, *One ſhilling*, - - - - - | o | 1 | o |
| Levying every Execution not exceeding one Pound, *one Shilling* lawful Money, and *Three-pence* per Pound for every Pound above that Sum, in the ſame Currency of the Execution, or Equivalent in lawful Money. | | | |

<div align="right">Attending</div>

Digitized by Google

| | | £ | s | d | |
|---|---|---|---|---|---|
| Attending a Justice's Court, on Trial of each Action when obliged to attend, *one Shilling* and *Six-pence.* | | 0 | 1 | 6 | |
| Each Mile Travel out, *Three-pence.* | | 0 | 0 | 3 | |
| Sheriff attending the General Court or Superior or County Court per Day, *six Shillings.* | | 0 | 6 | 0 | |
| Constable for like Service, *four Shillings.* | | 0 | 4 | 0 | Constable. |
| Fees for Plaintiff or Defendant attending Court per Day, *one Shilling* and *Six-pence.* | | 0 | 1 | 6 | Plaintiff & defendant. |
| Witnesses attending any Court per Day, each *two Shillings.* | | 0 | 2 | 0 | Witness. |
| Travel for Witness per Mile, *Three-pence.* | | 0 | 0 | 3 | Travel. |
| To the Party per Mile, *Two-pence.* | | 0 | 0 | 2 | |
| Each Jury-man for viewing Highways per Day, *four Shillings.* | | 0 | 4 | 0 | Jurymen viewing highway. |
| Officers attending such Jury per Day, *five Shillings.* | | 0 | 5 | 0 | |

### Town Clerk's Fees.

| | £ | s | d | |
|---|---|---|---|---|
| For recording a Deed, *one Shilling.* | 0 | 1 | 0 | |
| For Copy of a Deed, *one Shilling.* | 0 | 1 | 0 | |
| For other Copies, and recording survey Bill, the same Fees as the Clerk of the County Court for Copies. | | | | Town-clerk |
| For recording of Marriage, Birth or Death, *Three-pence.* | 0 | 0 | 3 | |

### Attorney's Fees to be taxed in Bills of Cost.

| | £ | s | d | |
|---|---|---|---|---|
| At the Superior Court, *Eight shillings.* | 0 | 8 | 0 | |
| At the County Court, *Four shillings.* | 0 | 4 | 0 | |
| Each Grand-jury-man for attending the Superior or County Court, per Day, *four Shillings,* | 0 | 4 | 0 | Attorney. |
| Travel per Mile out, *four Pence,* | 0 | 0 | 4 | |
| Each Witness in Criminal Cases, at the Suit of the State, for Attendance at the Superior or County Courts, and Expences, per Day, *Four shillings,* | 0 | 4 | 0 | |
| If before an Assistant or Justice, per Day, *Two shillings,* | 0 | 2 | 0 | |

### State Attornies Fees,
#### Not exceeding the following Allowances.

| | £ | s | d | |
|---|---|---|---|---|
| For conducting and pleading each Criminal Case, not Capital, before the Superior Court, on Bill found by the Grand-Jury, *Two Pound ten Shillings,* | 2 | 10 | 0 | |
| Drawing an Indictment or Information, *Six Shillings,* | 0 | 6 | 0 | |
| For a Trial before the Superior Court, in a Criminal Case, on Information, or for conducting and pleading a civil Cause, on behalf of the State, *Two Pounds,* | 2 | 0 | 0 | State attorney. |
| For prosecuting a Civil Cause, when Judgment is given on Confession or Default, in the Superior Court, *One Pound,* | 1 | 0 | 0 | |
| For a Capital Trial, *Four Pounds,* | 4 | 0 | 0 | |
| In a Criminal Case, on Confession, before the Superior Court, *One Pound ten Shillings,* | 1 | 10 | 0 | |
| In Case of *nolle Prosequi* entered, or a return of a Grand-Jury, not a true Bill, *One Pound,* | 1 | 0 | 0 | |
| If an Assistant Attorney is allowed in any Trial, not Capital, before the Superior Court, in behalf of the State, his Fee shall be *One Pound,* | 1 | 0 | 0 | Assisting attorney. |
| Or if Capital, *Two Pounds,* | 2 | 0 | 0 | |

In Prosecution on behalf of the State, before the County Court, the Attorney shall be allowed, not exceeding two Thirds of the Fees allowed for the like Services in the Superior Court; or less, at the Discretion of the Court.

### County Surveyor's Fees.

| | £ | s | d | |
|---|---|---|---|---|
| For himself and Horse, besides Expences, per Day, *Six shillings,* | 0 | 6 | 0 | County surveyor. |

L

Post

Digitized by Google

App.98

# EXHIBIT V



A

# DIGEST

OF THE

# L A W S

OF THE

# State of Georgia.

FROM ITS FIRST ESTABLISHMENT AS A BRITISH PROVINCE DOWN
TO THE YEAR 1798, INCLUSIVE,

AND THE

## PRINCIPAL ACTS OF 1799:

IN WHICH
is comprehended the declaration of independence, the State Constitutions of 1777 and 1789, with the
alterations and amendments in 1794.

ALSO THE

### Constitution of 1798.

IT CONTAINS
As well all the Laws in force, as those which are deemed useful and necessary, or which are explanatory
of existing Laws, together with the

## TITLES OF ALL THE OBSOLETE AND OTHER ACTS.

AND CONCLUDES

WITH AN APPENDIX containing the several Charters and other Documents, ascertaining and defining the
Limits and Boundary of the State; all the Treaties with the Southern Tribes of Indians; the articles of
Confederation and perpetual union; the Constitution of the United States, and a few Acts of Congress.

Together with a copious Index to the Whole.

BY

## ROBERT & GEORGE WATKINS.

Philadelphia:
PRINTED BY R. AITKEN, No. 22, MARKET STREET.

1800.

App.100

III. *And be it further enacted,* That nothing herein contained shall affect the right or title of any person or persons claiming or holding a lot or lots within the said towns, as laid down in any former legal plan thereof.

A. D. 1792.
No. 472.
Thugh act to affect legal claims under any farmer plan.

IV. *And be it further enacted,* That all and every act or parts of acts which respects the surveying or laying out the town of Frederica, and also the act, entitled " An act to appoint commissioners for the town of Brunswick in the county of Glynn," passed at Augusta, the first day of February, one thousand seven hundred and eighty-eight, be and the same is hereby repealed.

Certain acts respecting Frederica and Brunswick repealed.

WILLIAM GIBBONS, *Speaker of the House of Representatives.*
BENJAMIN TALIAFERRO, *President of the Senate.*

EDWARD TELFAIR, Governor.

*December 17, 1792.*

---

An Act for *vesting certain powers in the commissioners of the court house and gaol in the county of Chatham, and for other purposes therein mentioned.*

No. 473.

I. BE it enacted by the senate and house of representatives, in general assembly met, That it shall and may be lawful to and for the commissioners of the court house and gaol of the said county, or a majority of them, together with the justices of the inferior court of the said county, or a majority of them, to issue bills of credit to be redeemed by fines and forfeitures of recognizances, ordered and taken to the superior and inferior courts of the said county, and the tax to be levied on the inhabitants and property in the county as aforesaid.

Commissioners of the court house and gaol of Chatham empowered to issue bills of credit.
How to be redeemed.

II. *And be it further enacted,* That the commissioners of the court house and gaol of the said county, or a majority of them, together with the justices of the inferior court of the said county, or a majority of them, shall be, and they are hereby authorized to levy a tax* on all persons and property within the said county liable to pay tax, not exceeding the one eighth part of their general tax for each year, while and until they shall be enabled fully to repair the said court house, build a new gaol, poor house and hospital as aforesaid.

Authorized to levy a county tax and to build a poor house.

WILLIAM GIBBONS, *Speaker of the House of Representatives.*
BENJAMIN TALIAFERRO, *President of the Senate.*

EDWARD TELFAIR, Governor.

*December 18, 1792.*

* So much as relates to county tax repealed by act of 1796, No. 555. *See page.*

---

An Act to revise and amend an act for *ascertaining the fees of public officers of this State.*

No. 474.

I. BE it enacted by the senate and house of representatives of the State of Georgia in general assembly met, and by the authority of the same, That the fees of the different

Fees of the public officers.



Surveying a tract of land of or under one hundred acres, twelve shillings and six pence.

Each hundred acres after the first, two shillings and six pence.

Making a plat, recording, advertising and transmitting the same to the surveyor-general's office, four shillings and eight pence.

Entering a caveat, advertising and giving a certified copy thereof, seven shillings; attending trial of the same, three shillings and six pence; each postponement, two shillings and four pence, to be paid by the person postponing the same.

Recording judgment, and giving a certified copy thereof, two shillings and four pence.

Entering an appeal, and giving a certified copy thereof, four shillings and eight pence.

For a re-survey of land by order of court, of or under one hundred acres, twelve shillings and six pence, for the first one hundred acres; for every hundred acres after the first, two shillings and six pence.

For making and certifying a plat thereof, and transmitting the same, four shillings and eight pence.

And for any other re-survey, the same as aforesaid.

### SHERIFF's FEES, in civil cases.

For serving a copy of a process, and returning the original, seven shillings; if more than one defendant for each additional copy served, two shillings and four pence.

Sheriff—in civil cases.

Levying execution on the body or property, seven shillings.

Summoning each witness, two shillings and four pence.

On all sums where the execution does not exceed fifteen pounds, five *per centum*, on the amount of property sold; on all sums above fifteen pounds, and where the execution does not exceed one hundred pounds, two and a half *per centum*; on all sums where the execution exceeds one hundred pounds, one *per centum*; and that no commission shall be demanded, where property is not actually sold.

Making out, and signing a bill of sale of other property, four shillings and eight pence: *Provided,* That fees shall be allowed only for one bill of sale, where the same will be sufficient to convey the property sold to one person or joint purchasers; unless the purchaser or purchasers, shall choose more than one.

Conducting a debtor under confinement before a judge or court, four shillings and eight pence.

Summoning a jury to try a caveat, and attendance, four shillings and eight pence.

Summoning a special jury, and all other services, attending trial of an appeal, four shillings and eight pence.

For a bail bond, four shillings and eight pence.

Making out, and executing titles to land, fourteen shillings, (if wrote by the purchaser, four shillings and eight pence.)

### SHERIFF's FEES, in criminal cases.

For re-committing of any person, when a *habeas corpus* is brought to his relief, four shillings and eight pence.

Sheriff—in criminal cases.

**App.102**

O o o

Case 4:24-cv-00565-O     Document 24

Summoning a jury, four shillings and eight pence.

On every copy of a *mittimus*, one shilling and two pence.

For every mile a prisoner shall be removed on a *habeas corpus*, one shilling and two pence.

For removing a prisoner by *habeas corpus*, when no mileage is paid, per day, four shillings and eight pence.

Executing a criminal, thirty-seven shillings and four pence.

Attending a person, taken by a warrant, to the judges' chambers, three shillings and six pence.

Conducting a prisoner before a judge or court to and from gaol, four shillings and eight pence.

Executing a warrant of escape, three shillings and six pence.

Each mile to serve the same, two pence.

Executing and returning a bench warrant, four shillings and eight pence.

Each mile to serve the same, two pence.

Putting a person in the stocks, two shillings and four pence.

For whipping, cropping or branding a criminal, four shillings and eight pence.

Apprehending a person suspected, if committed or held to bail, four shillings and eight pence.

For each person, not exceeding two, who may be employed to guard a prisoner to gaol, per day, four shillings and eight pence.

## GAOLER's FEES.

*Gaoler.*

Receiving a prisoner or debtor, two shillings and four pence.

Turning the key or discharging a prisoner in virtue of a *habeas corpus*, or by order of the court, judge or justice, two shillings and four pence.

Dieting a prisoner per day, allowing two pounds of bread, one and a half pound of beef, or one pound of pork, with a sufficiency of water, all wholesome provisions, one shilling and nine pence.

Turning the key on commitment of any person, two shillings and four pence.

Dieting negroes, allowing one quart of rice or corn meal per day, seven pence.

## NOTARY PUBLIC's FEES.

*Notary public.*

For every protest and oath included, not exceeding sixteen copy sheets of ninety words, nine shillings and four pence.

Administering an oath in any other case, one shilling and two pence.

For each attendance on any person, to prove any matter or thing as notary public and certifying the same, two shillings and four pence.

Every other certificate, one shilling and two pence.

Noting a protest, four shillings and eight pence.

Registering a protest, per copy sheet, one sixteenth of a dollar.

Copy of a protest, per copy sheet, one sixteenth of a dollar.

## CORONER's FEES.

*Coroner.*

For summoning an inquest on a dead body, and returning the inquisition, forty-six shillings and eight pence.                    For

A. D. 1792.
No. 478.

ing property claimed, non-suits and any other service performed, the same fees as allowed to the clerk of the superior court.

Each appeal prosecuted to judgment from a justices' court, four shillings and eight pence, if settled by the parties, two shillings and four pence, including every service to entering satisfaction.

## FEES to the CLERK of the HOUSE of REPRESENTATIVES, and SECRETARY of the SENATE.

*Clerk of the house of representatives, and secretary of the senate.*

For every extract of a private nature, three pence half-penny *per copy* sheet.

For certifying an extract of a private nature, one shilling and two pence.

For an act, passed for the benefit of an individual, or to incorporate a private society, nine shillings and four pence.

## FEES of a CONSTABLE.

*Constable.*

Serving a warrant, summons or attachment in civil cases, one shilling and two pence.

Returning the same, and attending the justices' court, one shilling and two pence.

Summoning every witness, one shilling and two pence.

Levying an execution and advertising the sale, one shilling and two pence.

For selling, to satisfy an execution from a justice, five *per centum* on the amount of the debt.

For attending grand jury, for each bill found, to be paid by the delinquent, one shilling and two pence.

Serving a warrant in criminal cases, four shillings and eight pence.

For carrying a prisoner to gaol, two pence per mile.

For keeping and maintaining a prisoner, before examination, not exceeding twenty-four hours, one shilling and nine pence.

## FEES of the POWDER RECEIVER.

*Powder receiver's fees.*

Every barrel of powder of one hundred pounds weight, lodged in the public magazine, and delivered out, to be paid by the owner, one shilling and nine pence; and in proportion for any other quantity.

*The public not accountable for fees in cases of inability, except in certain cases of gaolers, coroners, & sheriffs.*

II. *And be it further enacted,* That none of the fees herein before set down or expressed, shall in any case (gaolers fees for dieting prisoners, and coroner's fees for summoning an inquest, and returning an inquisition, and providing a coffin and burial expences of a person found dead, and the sheriff's fees for executing a criminal, excepted) be charged to the public, for or on account of any inability in the person who ought to have paid the same.

*Public officers bound to give statements of their fees.*

III. *And be it further enacted,* That every public officer and person herein mentioned, or their deputy or agent, and every person acting as such, shall, if thereunto required, be obliged to give a statement of the fees demanded, and a receipt for the same to any person paying any lawful or pretended fee or fees of office, claimed by and paid to any such public officer, or person herein before mentioned, his deputy or agent, or person acting as such, under pain that every public officer, or person

herein

**App.104**

Thompſon and Thomas M'Call, the ſole and excluſive right of running a line of ſtage carriages between the city of Savannah and town of Augusta, not being carried into effect on the part of the ſaid William Thompſon and Thomas M'Call, the ſame ſhall be and is hereby repealed.

A. D. 1796.
No. 571.

THOMAS STEVENS, *Speaker of the House of Repreſentatives.*
BENJAMIN TALIAFERRO, *Preſident of the Senate.*

Concurred, *February* 22, 1796.

JARED IRWIN, GOVERNOR.

---

*An Act for the better regulating and conducting elections in the ſeveral counties of this State.*

No. 572.

WHEREAS, the ſeveral acts heretofore paſſed for the ordering and conducting elections, have by experience been found defective and incomplete, and the good citizens of this State will probably ſuſtain injuries and impoſitions by a continuance of them; to prevent which as much as poſſible,

I. *Be it enacted by the ſenate and houſe of repreſentatives of the State of Georgia in general aſſembly met, and it is hereby enacted under and by virtue of the authority thereof,* That all elections for members to repreſent this State in the general aſſembly thereof, and for repreſentatives in congreſs, ſheriffs, clerks of the ſuperior and inferior courts, regiſters of probates, county ſurveyors and coroners, ſhall be held at the court houſe or place appointed for holding the ſuperior courts in the reſpective counties.

Elections to be held at the court houſe.

It ſhall be the duty of any three or more of the magiſtrates for each county, not being candidates, to preſide at and make returns of all elections for ſenators and repreſentatives in the general aſſembly, repreſentatives in congreſs, and county officers; and the ſheriff of each county or his deputy, is required to attend at ſuch elections, for the purpoſe of enforcing the orders of the preſiding magiſtrates in preſerving good order.

Three or more magiſtrates to preſide—the ſheriff to preſerve order.

That at the general election which ſhall be held on the firſt Monday in November, one thouſand ſeven hundred and ninety-ſeven, in the ſeveral counties of this State for members of the general aſſembly, the electors in each county ſhall elect a ſheriff, clerk of the ſuperior and inferior courts, regiſter of probates, county ſurveyor and coroner, who ſhall hold their offices for the term of two years if they ſhall ſo long well behave themſelves; and at the expiration of the ſaid term of two years, the ſaid electors ſhall again elect the county officers aforeſaid, and in like manner at every ſecond general election. *Provided,* That no perſon ſhall be twice elected ſheriff of any county in any term of four years; in which proviſion thoſe now in office are comprehended.

County officers, when & in what manner to be elected—to hold their offices for two years.

Proviſo.

That the general election ſhall be annually on the firſt Monday in November; and the time for taking in the votes ſhall be from nine o'clock in the morning till ſix o'clock in the afternoon.

The general election to be annual. The time for taking votes.

# EXHIBIT W



DATE DOWNLOADED: Tue Jan  9 17:16:58 2024
SOURCE: Content Downloaded from *HeinOnline*


Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
1799 [xiv] .

ALWD 7th ed.
, , 1799 [xiv] .

Chicago 17th ed.
"," Maryland - General Assembly, November Session : [xiv]-[xv]


AGLC 4th ed.
'' Maryland - General Assembly, November Session [xiv]

OSCOLA 4th ed.
'' 1799 [xiv]          Please note: citations are provided as a general
guideline. Users should consult their preferred citation format's style manual for
proper citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

**App.107**

BENJAMIN OGLE, Esquire, Governor.    November. 1799.

### C H A P.  XXIII.

An ACT for the adjournment of Prince-George's county court. *Paffed 3d of Jan. 1800.*
Lib. JG. No. 3. fol. 266.

WHEREAS Prince-George's September county court ftands adjourned till the fecond Monday *Preamble.* in December,

II. BE IT ENACTED, *by the General Affembly of Maryland*, That all caufes, pleas, procefs and pro- *Caufes, &c. ad-journed, &c.* ceedings, now depending and returnable to the faid September court, fhall be, and by virtue of this act are, adjourned and continued to the firft Monday in April next, and that all the faid caufes, pleas, procefs and proceedings, in the faid court, now depending and returnable to the faid September court, fhall be in the fame ftate and condition as they would be in on the faid fecond Monday in December, any thing to the contrary notwithstanding.

### C H A P.  XXIV.

An ACT to empower the juftices of the levy court of Anne-Arundel county to affefs and levy a fum of money for the purpofe therein mentioned.  Lib. JG. No. 3. fol. 266.

WHEREAS Elizabeth Purdy, of Anne-Arundel county, by her petition to this general affembly *Preamble.* hath fet forth, that fhe, from age and indigence, is unable to fupport herfelf and four fmall children, (one of which, a girl, is entirely blind, and unable by any means to procure the neceffaries of life,) and prays that a law may pafs for the fupport of her faid daughter out of the poor-houfe ; and the prayer of the petitioner appearing reafonable,

II. BE IT ENACTED, *by the General Affembly of Maryland*, That the juftices of Anne-Arundel coun- *Money to be levied, &c.* ty fhall be and they are hereby directed and empowered, at their levy courts annually, fo long as they may fee caufe, to affefs and levy on faid county a fum of money, not exceeding forty dollars, for the fupport and maintenance of the faid Elizabeth Purdy's daughter, and that the fame be collected and paid annually to the aforefaid Elizabeth Purdy by the collector or collectors of Anne-Arundel county, agreeable to the order of the levy court aforefaid.

### C H A P.  XXV.

An ACT refpecting the fheriff of Talbot county.  Lib. JG. No. 3. fol. 267.

WHEREAS it has been reprefented to the general affembly, that John Thomas, the fheriff of *Preamble.* Talbot county, did not, during the period between the eighth day of October, in the year feventeen hundred and ninety-eight, and the firft day of January following, give bond with fecurity for the faithful performance of his office for the year then next enfuing, as required by the confti-tution and the laws of this ftate, whereby the validity of his proceedings, and his refponfibility to thofe who may have been affected by acts done by him under colour of his office, may be queftioned ; and the general affembly being fatisfied that this omiffion did not proceed from defign, and that neither the faid John Thomas, nor any perfon affected by his acts, ought to fuffer by reafon thereof ; therefore,

II. BE IT ENACTED, *by the General Affembly of Maryland*, That all lawful acts and proceedings done, *Acts ratified, &c.* performed or executed, and all powers, emoluments and rights, exercifed or acquired, by the faid John Thomas, by virtue of his office of fheriff of Talbot county during the year enfuing the period herein before mentioned, be and the fame are hereby ratified, allowed and confirmed, to all intents and purpofes, and in like manner and effect, as if the faid John Thomas had given bond with ap-proved fecurity during the faid period for the performance of his office, as required by the conftitu-tion and laws of this ftate.

III. AND BE IT ENACTED, That the affociate juftices of Talbot county court fhall, on or before *Affociate juf-tices to meet, &c.* the firft Tuefday of January next, meet at the court-houfe in the faid county, and require the faid John Thomas to attend them on the day which they fhall appoint ; and thereupon the faid John Thomas fhall, in their prefence, enter into bond, with two fufficient fecurities, to be approved by the faid juftices, to the ftate of Maryland, in the penalty of five thoufand pounds current money, in the ufual form, with condition, " that if the faid John Thomas fhall render to the feveral officers within this

CHAP.
XXV.

this state a just and true account of all fees placed in his hands for collection, and shall also well and truly pay all sums of money received by him, and also pay and satisfy all public dues, fines and forfeitures, which are due or belonging to this state, and shall also pay and deliver to the person or persons entitled to receive the same, all sum or sums of money, tobacco, goods, chattels or property, by him levied, seized or taken, agreeably to the directions of the writ, process or warrant, under which the same shall have been levied, seized or taken, and shall also pay and satisfy all judgments which may have been rendered against him as sheriff of the said county, and shall and will in all things satisfy, save harmless and indemnify, all and all manner of person or persons who shall have been, or may be, aggrieved, affected or damnified, by any act, omission, misfeasance or neglect, done, suffered or committed, by him the said John Thomas, in virtue or under colour of his said office during the preceding year of his shrievalty, then the said bond to be void and of no effect, otherwise to be and remain in full force and virtue ;" and the said justices shall attest and certify the execution of the said bond, and deposit the same in the office of the clerk of the said county, to be filed and recorded among the records thereof ; and any person or persons aggrieved by any act, omission, misfeasance or neglect, of the said John Thomas, done, suffered or committed, by him, under colour of his said office during the year ensuing the period herein before mentioned, shall have remedy by suit prosecuted on the said bond, in like manner, and to the like effect, as such person or persons should, could, or might have had, upon his shrievalty bond, if the same had been executed by the said John Thomas, as required by the constitution and laws of this state ; and an official copy of the said bond, under the hand of the clerk and the seal of his office, shall be received in evidence in any court of this state, in like manner, and to the like effect, as if the original were produced and proved according to law.

To receive no
benefit, &c.

IV. AND BE IT ENACTED, That the said John Thomas shall receive no benefit or advantage of any part of this act, until he shall have entered into bond, with approved securities, before the said justices, as required by the provisions thereof.

<div align="center">C H A P.   XXVI.</div>

Passed 3d of
Jan. 1800.

# An ACT for the relief of Tristram Dalton, of the city of Washington. Lib. JG. No. 3. fol. 268.

Preamble.

WHEREAS it is represented to this general assembly, by the petition of Tristram Dalton, of the city of Washington, that by a variety of losses and misfortunes in trade, as a co-partner of the firm of Lear and company, he is rendered unable wholly to satisfy the debts for which the said co-partnership are answerable, and that the most of their creditors live in Great-Britain, and that it will be impracticable for him to obtain the assent to his discharge of two thirds in amount of all the creditors of the said Lear and company : And whereas the said Tristram Dalton has prayed a special act may pass in his favour ; therefore,

On application,
notice to be
given, &c.

II. BE IT ENACTED, by the General Assembly of Maryland, That upon the application of the said Tristram Dalton to the chancellor, by petition in writing, offering to deliver up all his estate in possession, reversion or remainder, for the benefit of his creditors, and the creditors of the said Lear and company, and annexing to the said petition a schedule of his property and debts, the said schedule comprehending distinct and separate lists of the property and debts belonging to him in his own right, and also in right of his being a partner in the said firm of Lear and company, and a list of his creditors, as well as the creditors of the said Lear and company, so far as he can ascertain the same, on oath, the chancellor shall direct notice of such application to be given and published in such manner as he shall think expedient, and appoint a certain day for the creditors of the said Tristram Dalton to appear in chancery, and to recommend a trustee or trustees on their behalf ; and on the appearance of the said creditors, or on their neglect to appear on notice as aforesaid, the chancellor shall administer to the said Tristram Dalton the following oath, to wit : " I, Tristram Dalton, do " swear, that I will deliver up, convey and transfer, to my creditors, in such manner as the chan- " cellor shall direct, all my property, that I have or claim any title to, or interest in, at this time, " and all debts, rights, claims and credits, which I have or am in any way entitled to, in possession, " reversion or remainder, as well severally as jointly with any other person or persons, and that I " have not, directly or indirectly, at any time, sold, conveyed, lessened or disposed of, for the use " or benefit of any person or persons, or intrusted, any part of my money or other property afore- " said, debts, rights or claims, thereby to defraud my creditors, or any of them, or to secure the " same to receive or expect any profit, benefit or advantage thereby ;" and in case of the neglect of the said creditors to appear and recommend a trustee or trustees, the chancellor shall appoint such person or persons to be trustee or trustees as he shall think proper.

<div align="right">III. AND</div>

<div align="right">App.109</div>

# EXHIBIT X

# ACTS

AND

# LAWS

OF THE

# COMMONWEALTH

OF

# MASSACHUSETTS.

---

BOSTON:

Printed by Adams & Nourse,

Printers to the HONORABLE GENERAL COURT.

M.DCC.LXXXVI.

---

Reprinted by Wright & Potter Printing Company, State Printers.

1893.

App.111

Case 4:24-cv-00565-O     Document 24

# ACTS AND RESOLVES

OF

## MASSACHUSETTS.

1786–87.

[Published by the Secretary of the Commonwealth, under
authority of Chapter 104, Resolves of 1889.]

**App.112**

Case 4:24-cv-00565-O    Document 24    F

*shillings* and *six pence.* To the Officer attending the Jury for trial, *one shilling*, for every cause, to be paid with the Jury's fees.

For dispersing *Venires* for Jurymen, from the Clerk of the Supreme Judicial Court, Treasurer's Warrants, and Proclamations of all kinds, *three pence* each.

To each appraiser of real estates, for extending Executions, or assigning dower, *four shillings* a day, and so for a longer or shorter time.

Every Constable who shall attend the Supreme Judicial Court, or Court of General Sessions of the Peace, or Common Pleas, by their order, *three shillings* a day, to be paid out of the County Treasury; and for encouragement unto the Sheriff to take and use all possible care and diligence, for the safe keeping of the Prisoners, that shall be committed to his custody, he shall have such salary allowed him for the same, as the Justices of the Court of General Sessions of the Peace, within the same County, shall think fit to order, not exceeding *ten pounds* a year for the County of *Suffolk;* and not exceeding *five pounds* each, for the other Counties within the Government, at the discretion of the Court of Sessions, to be paid out of the Treasury of such County.

*And be it enacted by the authority aforesaid*, that any Constable in any Town in this Commonwealth, be, and he is hereby fully authorized and empowered, to serve upon any person or persons in the Town to which he belongs, any original Writ, Summons or Writ of Execution, in any personal action, where the damage sued for or recovered, does not exceed *twenty pounds*, and return thereof to make to any Court proper to try the same.

### Criers Fees:

Calling a Jury, *four pence*, to be paid with the Jury Criers fees. fees.

A default or non suit, a judgment assigned or complaint, a verdict or demurrer, *eight pence* each.

Discharging a recognizance by Proclamation, *four pence.* Said fees to be paid to the Clerks of the respective Courts for the use of the Crier.

### Goalers Fees.

For turning the Key on each Prisoner committed, *two* Goalers fees. shillings, viz. *one shilling* in, and *one shilling* out.

# EXHIBIT Y

1785 - 1196

# THE

# L A W S

OF THE

## STATE OF NEW-HAMPSHIRE,

THE

# CONSTITUTION

OF THE

### STATE OF *NEW-HAMPSHIRE*,

AND THE

## CONSTITUTION OF THE UNITED STATES,

WITH ITS PROPOSED AMENDMENTS.

PRINTED BY ORDER OF THE HONORABLE THE GENERAL-COURT.

—◦❋◦❋◦❋◦—

---

## STATE OF *NEW-HAMPSHIRE*:

PORTSMOUTH :—Printed by JOHN MELCHER,

PRINTER TO THE STATE.

1797.

App.115

Digitized by Google

v-00565-Q    Document 24    Filed 10/21/24    Page 116 of 172

Paſſed Feb.
9, 1791,

## An ACT regulating fees.

BE, it enacted by the Senate and House of Representa-
tives in General Court convened, That the fees
of the ſeveral officers and other perſons herein after
mentioned ſhall be as follows, viz.

*Fees of the juſtices of the peace in civil cauſes.*

For every writ of ſummons or writ of attachment
with ſummons, one ſhilling.

For every writ of ſubpæna, ſix pence.

For the entry of every action or complaint, inclu-
ding filing the papers, entering judgment, and appear-
ance and recording, three ſhillings and four pence.

For every execution, one ſhilling.

For granting an appeal, one ſhilling.

For entering ſatisfaction of a judgment on record,
ſix pence.

For taking affidavits out of court, two ſhillings for
ſwearing each witneſs and making the caption ; and
one ſhilling for writing each page of the depoſition ;
and for the juſtice's travel to ſwear witneſſes, at the
rate of two ſhillings for every ten miles, actual travel.
The juſtice's fees for travel and taking affidavits, and
the witneſſes travel and attendance ſhall be certified
by the juſtice in the affidavit, otherwiſe the juſtice
ſhall not be allowed any thing for his fees.

For taking affidavits in perpetuam, the ſame fees
to each juſtice as for the taking of other depoſitions.

For taking and certifying the acknowledgment of
any deed or other inſtrument, one ſhilling, but if
there be more than one perſon who ſhall acknowledge
the ſame inſtrument, and the acknowledgment be
made at different times, then one ſhilling for each
time of taking and certifying.

For granting warrant of appraiſement and ſwearing
the appraiſers, one ſhilling and ſix pence.

For every actual trial upon iſſue joined either upon
matter of law or of fact, two ſhillings.

For adminiſtering oaths in all other caſes and cer-
tifying the ſame (except the oaths of office adminiſ-
tered to town officers, and oaths adminiſtered to wit-
neſſes in the trial of cauſes before the juſtice) one
ſhilling.

Digitized by Google

### *Fees of justices of the peace in criminal cases.*

For every warrant founded on a complaint for any offence, one shilling.

For drawing a complaint, two shillings.

For granting an appeal, one shilling.

For every recognizance, one shilling.

For taking bail of persons committed in criminal causes, two shillings for each offender.

For every examination, two shillings.

For every entry of a complaint and judgment thereon, two shillings and nine pence.

For warrant of commitment and every other warrant, except those above mentioned, three shillings, and for every adjournment, one shilling.

### *In cases of forcible entry and detainer.*

The justices for every day's attendance, six shillings each.

To the witnesses and parties the same as in other cases.

To the jurors, two shillings per day for their attendance, and the same travel as jurors at the superior court.

To the sheriff, six shillings per day.

### *Justices fees at the court of general sessions of the peace.*

To each justice for each day's attendance, to be paid out of the county treasury, three shillings and two pence per mile for travel, to and from court.

There shall be paid to the clerk of the court of general sessions of the peace for the entry of every complaint, action or petition, nine shillings, of which he shall pay to the county treasurer seven shillings and eight pence.

For every recognizance in criminal cases, one shilling, two thirds of which he shall pay to the county treasurer.

For discharging every recognizance six pence.

For every warrant for criminals, one shilling.

For examining the grand jurors accounts, yearly, and order thereon to the county treasurer, one shilling and six pence.

For entering satisfaction of judgment on record, one shilling.

For a writ of protection, one shilling.

*Fees*

P

Digitized by Google

*Fees of the justices of the court of common pleas.*

For every action, petition or complaint, entered in the court of common pleas, the justices thereof shall be paid five shillings and four pence.

For every appeal, one shilling.

For receiving the proof of a deed in court, one shilling.

For granting a writ of protection, one shilling.

*Fees of the clerk of the court of common pleas.*

For every action, petition or complaint, entered in the court of common pleas the clerk thereof shall receive three shillings and eight pence, in full for entry, verdict, non-suit or default, judgment, recording and every other service relative to such action, petition or complaint, for which no fees are otherwise particularly prescribed by this act ; the said clerk paying thereout the crier's and sheriff's fees, for default or non-suit, said sum, together with five shillings and four pence for the justices, to be paid at the time of entry.

For a blank writ and summons, six pence.

For a writ of protection, nine pence.

For each execution, one shilling.

For entering satisfaction of a judgment, four pence.

For entering a continuance, eight pence.

For each venire, to be paid out of the county treasury, three pence.

For every writ of possession, one shilling and six pence.

For each writ of subpœna, six pence.

*Fees of the justices of the superior court.*

For the entry of every action, petition or complaint at the superior court, the justices thereof shall be paid twelve shillings.

For taking special bail, two shillings.

For a writ of habeas corpus, one shilling and four pence.

For allowing a bill of cost, eight pence.

For granting a writ of protection, one shilling.

For every deed proved in court, one shilling.

For allowing a writ of error, one shilling.

For every acknowledgment of satisfaction of a judgment on record, one shilling.

Digitized by Google

## Fees of the clerk of the superior court.

For the entry of every action or petition, four shillings.

For entry of a complaint for not profecuting an appeal, two shillings.

For entering a judgment, and recording it at large, two shillings.

For a writ of review, three shillings.

For a writ of fcire facias, three shillings.

For writ of execution, one shilling and fix pence.

For a writ of poffeffion, three shillings and fix pence.

For a writ of habeas corpus, two shillings.

For entering an appearance at the requeft of any party, fix pence.

For entering a fatisfaction of a judgment on record, eight pence,

For entering a continuance, one shilling.

For filing papers, one penny half penny each.

For certifying the proof of a deed in court, one shilling.

For each venire, on certificate of the juftices of the fuperior court, three pence, to be paid out of the county treafury.

For a fubpæna, one shilling.

For every recognizance, one shilling,

For every writ of protection, one shilling.

For difcharging a recognizance, one shilling.

### Sheriff's fees.

For the fervice of a writ of fummons or fcire facias, either by reading it to the defendant or leaving a copy, one shilling and four pence for each defendant.

For the fervice of a writ of attachment with or without a fummons, one shilling and four pence, for each defendant.

For a bail bond, to be paid by the perfon bailed, one shilling.

For the fervice of a writ of poffeffion, the fame as for the fervice of the original writ on which it was obtained, with poundage for the cofts as in perfonal actions.

For levying executions in perfonal actions and extents, fix pence on the pound for the firft twenty pounds ; three pence on the pound for the fecond twenty pounds ; two pence on the pound for all

Digitized by Google

fums between forty and an hundred pounds, and one penny on the pound for all fums above one hundred pounds ; the poundage on extents to be taken in the fame paper bills, notes, orders or certificates, as the fame extent iffued for.

For travel for the fervice of each writ, execution or extent, two pence per mile ; the travel to be computed from the place of fervice to the office, place or court to which the writ is returnable, by the way moft commonly ufed : And where there are feveral perfons in the fame writ, execution or extent, upon whom it is ferved, the travel fhall be computed from the remoteft of them, and no more to be allowed for travel than if it was ferved only on the remoteft perfon as aforefaid ; provided that no more than fifty miles travel fhall be allowed the fheriff or other officer ferving any writ, execution or extent, in any cafe : The travelling fees, and fees of fervice to be endorfed on the writ in mefne procefs, and no more fhall be allowed in any cafe than is fo endorfed ; and alfo the fees for fervice, poundage and travel, on executions and extents, fhall be particularly fet down and expreffed thereon.

For fummoning witneffes, one fhilling each.

For ferving a writ of execution for partition of real eftate, on a judgment of court, five fhillings per day, and for travel and expenfes, three pence per mile.

For every trial, eight pence, to be paid with jurors fees.

For every default, four pence.

- For attending the grand jury, two fhillings per day.

For attending the petit jury, nine pence each cafe, to be paid with the jury fees.

For difperfing venires, three pence each, to be paid out of the county treafury.

For difperfing proclamations, to be paid out of the county treafury, three pence each.

### Coroner's Fees.

For ferving writs, the fame fee for travel and fervice as to the fheriff.

For every trial where the fheriff is concerned, eight pence to be paid with the jury's fees.

For taking an inquifition, nine fhillings.

To the foreman of the jury, three fhillings, and other

Digitized by Google

# EXHIBIT Z

# A MANUAL

OF

## THE LAWS OF NORTH-CAROLINA,

### ARRANGED UNDER DISTINCT HEADS,

### IN ALPHABETICAL ORDER.

*WITH REFERENCES FROM ONE HEAD TO ANOTHER,*

WHEN A SUBJECT IS MENTIONED IN ANY OTHER PART OF THE BOOK
THAN UNDER THE DISTINCT HEAD TO WHICH IT BELONGS.

BY JOHN HAYWOOD, ESQ.

LATE ONE OF THE JUDGES OF THE SUPREME COURTS OF LAW AND
EQUITY.

THIRD EDITION, CORRECTED TO THE PRESENT TIME.

*RALEIGH:*

PRINTED & SOLD BY J. GALES, AND MAY BE HAD OF THE PRINTERS
AND BOOKSELLERS IN ALL THE TOWNS IN THE STATE.

. . . . . . . . .

1814.

App.122
Digitized by Google

## FEES.

### 1779.  C. 4.

**Execution may issue for fees.** 1.  § 4.  The clerks of the superior and county courts, on the fees not being paid by the party from whom they are due, may make out execution, directed to the sheriff of the county **Bill of costs to be annexed.** where the party resides, and the said sheriff shall levy the same by virtue of the said execution as in other cases ; and to the said execution shall be annexed a copy of the bill of costs of the fees on which such execution shall issue, wrote n words at length without any abbreviation whatsoever, and all executions issuing without the copy of such bill of costs annexed, shall be deemed illegal, and no sheriff shall serve or execute the same.

**Courts to settle disputes about fees.** II.  § 7.  If any clerk, during the sitting of the court whereof he is clerk, demand other or greater fees than by this act allowed, the court shall immediately, on complaint being made thereof, determine what fee or fees shall be paid to the said clerk by the party complaining.

### 1764.  C. 7.  Sess. 2.

IV.  § 1.  The officers herein mentioned shall take and receive the following and no other or greater fees whatever.

**Copy of fees to be put up by clerk.** § 2.  The clerks of the several superior and county courts in this state, shall put up, in some public place in their office, an exact copy of the fees by this act allowed, and also in the court-house during the sitting of each court, and for every such failure or neglect they shall forfeit and pay the sum of five pounds, to be recovered by warrant, to the use of any person who will sue for the same.

**Execution for fees bill of costs annexed.** V.  § 8.  The clerks of the superior and county courts where suits are determined, and the fees not paid by the party from whom they are due, may make out executions directed to the sheriff of any county of this state, and the said sheriff shall levy the same as in other cases ; and to the said execution shall be annexed a copy of the bill of costs of the fees on which such execution shall issue, written in words at length without any abbreviation whatsoever, and all executions issuing without the copy of such bill of costs annexed, shall be deemed illegal, and no sheriff shall serve or execute the same.

**Penalty for not observing the act.** VI.  § 9.  If the clerk of any court, sheriff, register or coroner of any county, shall hereafter be guilty of any breach of the duties enjoined him by this act, either by his own confession or verdict of a jury, it shall, on a second conviction, be adjudged and deemed a misbehavior in office, for which such clerk or other officer herein mentioned shall be removed from office : Provided nevertheless, that in cas

**App.123**

Digitized by Google

such clerk or other officer shall be disqualified with the determination of the county court, he may appeal to the superior court of the district in which he resides, in which case there shall be a trial by jury, where, if the suspension of the county court shall be confirmed, the said clerk or other officer as aforesaid, shall ever after be rendered incapable of acting in the said office in any county in this state.

### Sheriff's Fees.

1762. C. 5. § 10. For selling an orphan's estate, to be allowed by the county court, not exceeding 2 1-2 per cent.

For serving copy of a declaration, 1s.

For pilloring a person, 5s.

For an attachment, the same as for an arrest, and if further trouble by moving of goods, to be taxed by the court.

For executing a warrant of distress, or an execution against the body or goods, 2 1-2 per cent.

For summoning, impannelling and attending on every jury in every cause in court, 1s.

When a special venire shall issue by order of, court for summoning each juror, and attending the same, 2s.

For serving and attending on any person on a habeas corpus, per day, 15s.

1798. C. 18. § 1. For selling the estate of an intestate, to be allowed by the court, not exceeding 2 1-2 per cent.

1777. C. 7. § 1. For summoning every warden of the poor, to be paid by the county, 2s. 8d.----6d. 1-4 scaled.

1782. C. 11. § 5. For services of equity process and incidental thereto, the same fees as for the like services at law.

1797. C.18. § 3 For apprehending any criminal, 10s.

For conveying any person in his custody for a criminal offence to the gaol where such person ought to be conveyed at the rate of 6d. per mile ; for each person composing the sheriff's guard 3d. per mile, and 4s. for each day such sheriff shall maintain said prisoner.

For carrying any sentence or order on the part of the state into execution, where the convict is to be corporally punished, except that of death, 10s.

For the execution and decent burial of any felon, 5l.

### 1802.     C. 16. § 1.

The sheriffs of the different counties within this state, shall be entitled, for the following services, to the fees respectively annexed thereto : For every arrest, 7s. 6d. for every bail bond, 2s. 6d. For every subpœna he shall serve, 3s. and every attachment levied, 7s. 6d. for taking replevy bond upon such attachment, 2s. 6d. for putting in stocks, 6s For every commitment, 3s. For every release, 3s. For eve-

App.124
Digitized by Google

1797. C. 15. § 1. For registering each deed or grant, where the conveyance is only for one tract of land, including the certificate thereof, 4s. If the deed be for the conveyance of two or more tracts, the sum of 4s. for the first tract, and 1s. for every other tract mentioned and described in said instrument, and in like manner for all copies executed by him.

### Attorney General.

XVI. 1748. C. 2. § 1. For every indictment found or presentment made, 26s. 8d. If the bill be found ignoramus, then the prosecutor shall pay 13s. 4d.

### County Solicitor.

XVII. 1784. C. 31. § 2. For prosecuting for the state, in any of the county courts in any matter civil or criminal, the same fees which are by law allowed to the attorney-general for the like services.

### Solicitor-General.

XVIII. 1790. C. 3. § 7. The same allowances and fees as the Attorney-General.

### Constable.

XIX. 1784. C. 7. § 5. For attendance of a constable every court when summoned by the sheriff, 8s. per day. For whipping a negro by order of court or any justice, 2s. 8d.

1794. C. 13. § 22. For serving every warrant to the constable or or other officer, for each person named therein, 4s. For summoning every witness 2s. For every execution, 4s. For every attachment levied, 5s. For every bail bond, 1s. Constable for serving any person who fails to give in his list of taxables in due time, 2s.

### Coroner.

XX. 1784. C. 7. § 7. For attending on every inquest, 24s. and the same fees for discharging the duties of a sheriff as such sheriff would be entitled to by this act for performing the same service.

1803. C. 22. § 1. Whenever an inquest shall be held, that the treasurer of the county wherein the same may happen, shall pay off the cost and charges of the same out of the county monies.

### Commissioner of Affidavits.

XXI. 1784. C. 13. § 3. For every affidavit taken and certified, 4s.

### Attornies.

XXII. 1786. C. 14. § 4. For every suit in equity, 10l. For every suit in the superior courts, where the title of lands shall come in question, 5l. For all other suits originally

App.125

commenced in any of the said courts on the law side, 5l. In all appeals from any other court to the said superior courts, 5l. In all suits in the county courts where the title of lands come in question, 5l. In all other suits originally commenced in the said county courts, 2l. In every appeal from the judgment of a justice of the peace to the said county court, 20s.

### Inspectors and Turners up of Tobacco.

XXIV. 1803. C. 22. § 1. For inspecting, turning up, coopering, finding nails, hoops, and issuing a note, for every waggon hogshead, 7s. and for each and every rolling hogshead, 8s. and no more.

### Tobacco Pickers.

XXV. For every hundred weight picked and prized one fifteenth part.

### Clerk and Master in Equity.

XXVI. 1787. C. 22. § 3. For a report on an answer, 3s. on a plea and answer, 4s. on a demurrer and answer, 4s. For an affidavit to an answer, 1s 6d ; For an affidavit to a bill, 1s 6d : For a separate affidavit, 2s ; For a copy report by the office copy sheet, *containing ninety words*, 2s ; For copies of proceedings and exemplifications, copy sheet, 2s ; For taking a bond, 1s 6d ; For every rule given for service 2s 6d ; For every rule not for service, 1s 3d ; For every subpœna, writ or other process, 10s ; For every dedimus or commission, 5s 4d ; For every injunction, 10s ; For drawing decrees, 4s by the copy sheet ; For enrolling a bill or answer, 2s by the copy sheet ; For entering a plea or demurrer, 2s ; For recording depositions to perpetuate testimony by the copy sheet, 2s. For search, 1s. For every dismission, 2s.

1793. C. 16. § 9. For a report stating an account as much as the court may in discretion think adequate to the actual labor and trouble bestowed, not exceeding 25l. and the master shall in all cases give notice to the party liable to pay costs of the time that he will move the court to tax such costs as may arise on the reference of accounts.

### Inspectors of other articles than Tobacco.

XXVII. 1791. C. 14. § 3. For each barrel of flour, 6d. 1791. C. 14. § 7. For every barrel of pork or beef, 1s. of rice or butter, 8d. of fish, 4d. of pitch or turpentine, 3d. each hundred of staves or heading, 3d. every thousand shingles, 3d. each thousand feet of boards, plank or scantling, 1s. each barrel of tar, 2d. And the fees of inspection shall in all instances be paid by the purchaser or exporter of the

**App.126**

Digitized by Google

# EXHIBIT Y

*Wm. W. Van Wageuen*

# LAWS

### OF THE

## State of New-York.

### PUBLISHED BY AUTHORITY.



*Banks
10/15/04*

IN TWO VOLUMES.

*VOL. I.*

ALBANY:
PRINTED BY CHARLES R. AND GEORGE WEBSTER,
1802.

App.128

Google

-cv-00565-O    Document 24    Filed 10/21/24    Page 129 of 172    P

their being above the age of eighteen and under the age of forty-five years.

III. *And be it further enacted,* That within one year after the passing of this act, the militia of the respective states shall be arranged into divisions, brigades, regiments, battalions and companies as the legislature of each state shall direct; and each division, brigade and regiment shall be numbered at the formation thereof, and a record made of such numbers in the adjutant-generals office in the state; and when in the field or in service in the state, each division, brigade and regiment shall respectively take rank according to their numbers, reckoning the first or lowest number highest in rank; that if the same be convenient each brigade shall consist of four regiments, each regiment of two battalions, each battalion of five companies, each company of sixty-four privates; that the said militia shall be officered by the respective states, as follows: To each division one major-general and two aids-de-camp, with the rank of a major; to each brigade one brigadier-general, with one brigade-inspector to serve also as a brigade-major, with the rank of major; to each regiment one lieutenant-colonel commandant, and to each battalion one major; to each company one captain, one lieutenant, one ensign, four sergeants, four corporals, one drummer and one fifer or bugler; that there shall be a regimental staff to consist of one adjutant and one quarter-master to rank as lieutenants, one pay-master, one surgeon and one surgeon's mate, one sergeant-major, one drum-major and one fife-major.

IV. *And be it further enacted,* That out of the militia enrolled as is herein directed, there shall be formed for each battalion at least one company of grenadiers, light infantry or riflemen, and that to each division their shall be at least one company of artillery and one troop of horse; there shall be to each company of artillery, one captain, two lieutenants, four sergeants, four corporals, six gunners, six bombardiers, one drummer and one fifer; the officers to be armed with a sword or hanger, a fusee, bayonet and belt, with a cartridge box to contain twelve cartridges, and each private or matross shall furnish himself with all the equipments of a private in the infantry, until proper ordnance and field artillery is provided; there shall be to each troop of horse, one captain, two lieutenants, one cornet, four sergeants, four corporals, one sadler, one farrier and one trumpeter; the commissioned officers to furnish themselves with good horses of at least fourteen hands and half high, and to be armed with a sword and pair of pistols, the holsters of which to be covered with bearskin caps; each dragoon to furnish himself with a serviceable horse, at least fourteen hands and an half high, a good saddle, bridle, mail-pillion and valise, holsters, and a breast-plate and crooper, a pair of boots and spurs, a pair of pistols, a sabre, and a cartouch box to contain twelve cartriadges for pistols; that each company of artillery and troop of horse shall be formed of volunteers from the brigade, at the discretion of the commander in chief of the state, not exceeding one company of each to a regiment, nor more in number than one eleventh part of the infantry, and shall be uniformly clothed in regimentals to be furnished at their own expense, the colour and fashion to be determined by the brigadier commanding the brigade to which they belong.

Digitized by Google
Original from
NEW YORK PUBLIC LIBRARY

Generated on 2024-01-10 15:33 GMT / https://hdl.handle.net/2027/nyp.33433099878202
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

# EXHIBIT \

# ABRIDGMENT

OF THE

# PUBLIC PERMANENT LAWS

OF

# VIRGINIA.

THE REPEALING CLAUSES IN THE SEVERAL LAWS WHICH
HAVE THEM, ARE REDUCIBLE TO A FEW FORMS, AND
ARE ALIKE IN GENERAL.  TO PREVENT THE SWEL-
LING OF THE BOOK UNNECESSARILY, AND YET
TO GIVE AT THE SAME TIME THE OPERA-
TIVE WORDS OF EVERY LAW,  REFER-
ENCE IS MADE AT THE CLOSE OF EVE-
RY LAW TO THE FORM OF REPEAL
AS IT IS SET FORTH VERBATIM
IN THE APPENDIX.

EVERY ACT PASSED ON OR AFTER OCTOBER 19, 1792, IS TO BE
UNDERSTOOD TO CONTAIN  THE FOLLOWING CLAUSE
OF COMMENCEMENT: "THIS ACT SHALL COMMENCE
" IN  FORCE  FROM  AND  AFTER  THE  PASSING
" THEREOF;" UNLESS ITS COMMENCEMENT
SHALL BE PARTICULARLY EXPRESSED TO
BE ON A DIFFERENT DAY, OR IN A DIF-
FERENT FORM. THOSE ACTS WHICH
PASSED  BEFORE  THE  19th  OF OC-
TOBER, 1792, AND COMMENCE
THEIR  OPERATION  ON  A
DIFFERENT DAY FROM
THE DAY OF THEIR
PASSING,  WILL
BE SPECIFIED.

THE DATE PREFIXED TO EACH LAW IS THE DAY ON
WHICH IT PASSED.

---

*R I C H M O N D:*

PRINTED BY AUGUSTINE DAVIS,
M,DCC,XCVI.

UNIV. OF MICH. LAW LIBRARY.

Digitized by Google

ffers, to examine and afcertain the moft eligible ground on the lands of the faid John Lynch, whereon to erect an additional warehoufe, and make report thereof to the county court of Amherft, who fhall thereupon order and direct the dimentions of the houfe to be built by the faid Lynch, at fuch place accordingly ; and moreover are hereby authorifed to take fuch meafures therein for the purpofe of effecting the faid building as are prefcribed by the fifth fection of the act, intituled, "An act for reducing into one the feveral acts of Affembly, for the infpection of tobacco:" So foon as the faid building fhall be completed and received by the court of the faid county, the fame fhall be held, deemed and taken, to all intents and purpofes whatfoever, as united with and under the fame infpection of Amherft warehoufe.

### December the 4th 1795.—but commenced Jan. 1, 1796.

§ I. WHEREAS it hath been reprefented that the warehoufes for the reception and infpection of tobacco, in the town of Alexandria, are no longer neceffary, for that purpofe :

II. The infpection of tobacco at the faid place, fhall be, and the fame is hereby difcontinued, and the lot and houfes fhall be re-vefted in William Hepburn, and John Dundas, their heirs and affigns, in like manner as if the fame had not been appropriated to public ufe : *Provided neverthelefs,* That all the tobacco now remaining in the faid warehoufes, fhall be from thence difcharged according to law. Nothing in this act contained fhall be conftrued or taken to affect or impair the legal right or title of any perfon or perfons whatfoever to the faid lot of ground or warehoufes.

III. All and every act and acts, coming within the meaning of this act, is hereby repealed.

## TOWNS, CORPORATIONS, AND CITIES.
### December the 11th, 1778.

§ I. UPON the death, removal out of the country, or other legal difability of any one or more of the truftees and directors of the feveral towns within this ftate not incorporated, fuch vacancy, fo often as the fame fhall happen, fhall hereafter be fupplied in manner following, that is to fay : The furviving truftees and directors, or one of them, fhall give immediate notice of fuch vacancy to the fheriff of the county wherein fuch town may be, who within twenty days thereafter fhall notify the fame to the freeholders of the faid town, in fuch manner as he may think beft, requiring them to appear at a certain place therein, and on a certain day, not lefs than ten days thence next following, then and there to elect a truftee in the room of the one fo dying, removing, or difabled. The fheriff fhall attend and take the poll at fuch election, entering the names of the perfons voted for in a diftinct column, and the name of every freeholder giving his vote under the name of the perfon he votes for ; and when no freeholders appear to vote, the fheriff fhall clofe the poll, and return the fame to the next court to be held for his county, upon oath, certifying the name of the perfon elected, to be by the clerk recorded.

II. Every perfon elected in manner directed by this act, fhall to all intents and purpofes, be a truftee of the town for which he was chofen.

III. So much of all acts of affembly as are contrary to the purview and meaning of this act, are hereby repealed.

### December the 10th, 1793—but commenced Jan. 1, 1794.

§ I. WHEREAS great inconveniences have arifen in many, if not all the towns within this commonwealth, from the practice of hiring negroes and mulattoes, who pretend to freedom, but are in fact flaves : For remedy whereof,

Digitized by Google

# EXHIBIT CC

24-cv-00565-O    Document 24    Filed 10/21/24    Page 134 of 172    Pag

# CONSTITUTIONS

— OF —

# MARYLAND.

1776, 1851, 1864 and 1867.

Published by the Secretary of State.

Generated at Harvard University on 2024-09-24 17:05 GMT / https://hdl.handle.net/2027/hvd.hl47ay
Public Domain in the United States, Google-digitized / http://www.hathitrust.org/access_use#pd-us-google

Digitized by Google    Original from
HARVARD UNIVERSITY

# Constitution of Maryland—1776.*

A DECLARATION OF RIGHTS, AND THE CONSTITUTION AND
FORM OF GOVERNMENT, AGREED TO BY THE DELE-
GATES OF MARYLAND, IN FREE AND FULL CON-
VENTION ASSEMBLED.

## A DECLARATION OF RIGHTS, &c.

The parliament of Great Britain, by a declaratory act, having assumed a right to make laws to bind the Colonies in all cases whatsoever, and, in pursuance of such claim, endeavoured by force of arms, to subjugate the United Colonies to an unconditional submission to their will and power, and having at length constrained them to declare themselves independent States, and to assume government under the authority of the people;—Therefore we, the Delegates of Maryland, in free and full Convention assembled, taking into our most serious consideration the best means of establishing a good Constitution in this State, for the sure foundation and more permanent security thereof, declare.

I. That all government of right originates from the people, is founded in compact only, and instituted solely for the good of the whole.

II. That the people of this State ought to have the sole and exclusive right of regulating the internal government and police thereof.

III. That the inhabitants of Maryland are entitled to the common law of England, and the trial by jury, according to the course of that law, and to the benefit of such of the English statutes, as existed at the time of their first emigration, and which, by experience, have been found applicable to their local and other circumstances, and of such others as have been since made in England, or Great Britain, and have been introduced, used and practised by the courts of law or equity; and also to acts of Assembly, in force on the first of June seventeen hundred and seventy-four, except such as may have since expired, or have been or may be altered by

*This Constitution was framed by a convention which met at Annapolis August 14, 1776, and completed its labors November 11, 1776. It was not submitted to the people.

Digitized by Google    Original from HARVARD UNIVERSITY

14                    CONSTITUTION OF

the State, of any of the said Commissioners or Treasurers, in the recess of the General Assembly, the governor, with the advice of the Council, may appoint and commission a fit and proper person to such vacant office, to hold the same until the meeting of the next General Assembly.

XIV. That the Senate be chosen in the following manner: All persons, qualified as aforesaid to vote for county Delegates, shall, on the first day of September, 1781, and on the same day in every fifth year forever thereafter, elect, *viva voce*, by a majority of votes, two persons for their respective counties (qualified as aforesaid to be elected county Delegates) to be electors of the Senate; and the Sheriff of each county, or in case of sickness, his Deputy (summoning two Justices of the county, who are required to attend, for the preservation of the peace), shall hold and be judge of the said election, and make return thereof, as aforesaid. And all persons, qualified as aforesaid, to vote for Delegates for the city of Annapolis and Baltimore town, shall, on the same first Monday of September, 1781, and on the same day in every fifth year forever thereafter, elect, *viva voce*, by a majority of votes, one person for the said city and town respectively, qualified as aforesaid to be elected a Delegate for the said city and town respectively; the said election to be held in the same manner, as the election of Delegates for the said city and town; the right to elect the said elector, with respect to Baltimore town, to continue as long as the right to elect Delegates for the said town.

XV. That the said electors of the Senate meet at the city of Annapolis, or such other place as shall be appointed for convening the Legislature, on the third Monday in September, 1781, and on the same day in every fifth year forever thereafter, and they, or any twenty-four of them so met, shall proceed to elect, by ballot, either out of their own body, or the people at large, fifteen Senators (nine of whom to be residents on the western, and six to be residents on the eastern shore) men of the most wisdom, experience and virtue, above twenty-five years of age, residents of the State above three whole years next preceding the election, and hav-

Digitized by Google    Original from HARVARD UNIVERSITY

# EXHIBIT DD



DATE DOWNLOADED: Thu Jun 27 16:44:25 2024
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
To establish the post-office and post-roads within the United States., Chapter 7, 2
Congress, Public Law 2-7. 1 Stat. 232 (1792).

ALWD 7th ed.
To establish the post-office and post-roads within the United States., Chapter 7, 2
Congress, Public Law 2-7. 1 Stat. 232 (1792).

APA 7th ed.
To establish the post-office and post-roads within the United States., Chapter 7,
Congress, Public Law 2-7. Stat. 232 (1792).

Chicago 17th ed.
"Chapter 7, 2 Congress, Session 1, An Act: To establish the post-office and
post-roads within the United States.," U.S. Statutes at Large 1 (1792): 232-239

McGill Guide 9th ed.
To establish the post-office and post-roads within the United States., Chapter 7, 2
Congress, Public Law 2-7. 1 Stat. 232 (1792).

AGLC 4th ed.
To establish the post-office and post-roads within the United States., Chapter 7, 2
Congress, Public Law 2-7. 1 Stat. 232 (1792)

MLA 9th ed.
To establish the post-office and post-roads within the United States., Chapter 7, 2
Congress, Public Law 2-7. 1 Stat. 232 (1792). HeinOnline.

OSCOLA 4th ed.
To establish the post-office and post-roads within the United States., Chapter 7, 2
Congress, Public Law 2-7. 1 Stat. 232 (1792).          Please note: citations are
provided as a general guideline. Users should consult their preferred citation
format's style manual for proper citation formatting.

Provided by:
Harvard Law School Library

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.
-- To obtain permission to use this article beyond the scope of your  license, please use:
   *Copyright Information*

**App.138**

pursuing such process; or if either party shall refuse, then the justice first appointed shall name his associate, with condition to answer and pay whatever sum shall be recovered by him or them on such process, there shall be an immediate discharge of such vessel: *Provided*, That nothing herein contained shall prevent any fisherman from having his action at common law, for his share or shares of fish, or the proceeds thereof as aforesaid.

**Drawback on salted fish, &c. repealed, and**

SEC. 6. *And be it further enacted*, That the drawback heretofore allowed on the exportation of foreign dried and pickled fish, and other foreign salted provisions, be and the same is hereby repealed.

**monies arising therefrom appropriated to pay allowances granted by this act.**

**1789, ch. 2.**

SEC. 7. *And be it further enacted*, Tha the monies which shall remain in consequence of the abolition of the allowance on the exportation of the dried fish of the United States, and of the drawback on foreign dried and pickled fish, and other foreign salted provisions, be, and the same are hereby appropriated to the payment of the allowances granted by this act, and in case the monies so appropriated shall be inadequate, the deficiency shall be supplied out of any monies which from time to time shall be in the treasury of the United States, and not otherwise appropriated.

**Penalty on swearing false-ly.**

**1790, ch. 35, sec. 66.**

SEC. 8. *And be it further enacted*, That any person who shall declare falsely in any oath or affirmation required by this act, being duly convicted thereof in any court of the United States, having jurisdiction of such offence, shall suffer the same penalties as are provided for false swearing, or affirming, by the act before mentioned, and to be in like manner sued for, recovered and appropriated.

**Limitation.**

**1800, ch. 22.**

SEC. 9. *And be it further enacted*, That this act shall continue and be in force for the term of seven years, and from thence to the end of the next session of Congress, and no longer.

APPROVED, February 16, 1792.

STATUTE I

**Feb. 20, 1792.**

**[Obsolete.]**

**\* Establishing pos roads after 1st June next.**

**1794, ch. 23.**

CHAP. VII.—*An Act to establish the Post-Office and Post Roads within the United States.*

SECTION 1. *Be it enacted by the Senate and House of Representatives of the United States of America, in Congress assembled*, That from and after the first day of June next, the following roads be established as post roads, namely: From Wisscassett in the district of Maine, to Savannah in Georgia, by the following route, to wit: Portland, Portsmouth, Newburyport, Ipswich, Salem, Boston, Worcester, Springfield, Hartford, Middletown, New Haven, Stratford, Fairfield, Norwalk, Stamford, New York, Newark, Elizabethtown, Woodbridge, Brunswick, Princeton, Trenton, Bristol, Philadelphia, Chester, Wilmington, Elkton, Charlestown, Havre de Grace, Hartford, Baltimore, Bladensburg, Georgetown, Alexandria, Colchester, Dumfries, Fredericksburg, Bowling Green, Hanover Court House, Richmond, Petersburg, Halifax, Tarborough, Smithfield, Fayetteville, Newbridge over Drowning creek, Cheraw Court House, Camden, Statesburg, Columbia, Cambridge and Augusta; and from thence to Savannah, and from Augusta by Washington in Wilkes county to Greenborough, and from thence by the great falls of Ogechee and Georgetown, to Augusta, and from Statesburg to Charleston, and from Charleston to Georgetown, from Charleston to Savannah, and from Savannah, by Newport bridge to Sunbury; and also from Portsmouth by Exeter and Concord, to Hanover in New Hampshire; and from Salem to Marblehead, and from Salem to Gloucester; and from Boston, by Providence, Newport, and New London, to New Haven, and from Boston, through Taunton, to New Bedford; and from Taunton, through Warren and Bristol, to Newport, and from Boston, by Plymouth, to Barnstable; and from Springfield in the state of Massachusetts, to Kinderhook in the

SECOND CONGRESS.  Sess. I. Ch. 7.  1792.  **233**

state of New York, and from Springfield, by Northampton, Brattleborough, <span style="float:right">Establishment of post roads after 1st June next.</span> and Charlestown, by Windsor in Vermont, to Hanover, and from Hartford, by Middletown, to New London; also from Hartford to Norwich, and Providence; and from Providence to Worcester, and from Philadelphia, by Lancaster, Yorktown, Carlisle, Shippensburg, Chambersburg, Bedford, and Greensburg, to Pittsburg; and from Philadelphia to Bethlehem; from Bethlehem, by Reading and Harrisburg, to Carlisle, and from Bethlehem, by Easton, Sussex Court House, Goshen, Ward's Bridge, and Kingston, to Rhinebeck; from Philadelphia, by Salem, to Bridgetown; and from Wilmington, by Warwick, Georgetown, Cross Roads, Chestertown, Chester Mills, and Easton, to Vienna; and from Vienna, by Salisbury, to Snow Hill; also from Wilmington, by Newcastle, Cantwell's Bridge and Duck Creek, to Dover; and from thence by Milford, Dagsborough, Snow Hill, and Northampton Court House, to Norfolk in Virginia; and from Baltimore to Annapolis, Upper Marlborough, Piscatawa, Port Tobacco, Allen's Fresh, Newport, and Chaptico, to Leonardtown; and from Richmond, by Williamsburg, Yorktown and Hampton, to Norfolk; and from Fredericksburg, by Port Royal and Tappahanock, to Urbanna; and from thence, crossing Rappahanock, and proceeding by Northumberland Court House, to Kinsale on the river Yeocomico, thence by Westmoreland Court House, through Leedstown, to Fredericksburg; and from Petersburg, by Cabin Point, Smithfield, and Suffolk, to Portsmouth, and from Suffolk, to Edenton, and by Plymouth to Washington; and from Washington to Newbern, and thence to Wilmington; and from Fayetteville, by Elizabethtown, to Wilmington; and from Halifax, by Warrington, Hillsborough, Salem, to Salisbury; from Halifax, by Bluntsville, Williamston, Daileys to Plymouth; and from Edenton, by Hertford, Nixonton, Sawyer's Ferry, in Camden county, to Indiantown, in Currituck county; and from New York, by Albany, Bennington, Manchester and Rutland, to Burlington, on Lake Champlain; and from Albany, by Schenectady, to Connajorharrie; from New York to Hartford, through Whiteplains, North Castle, Salem, Poundridge, Ridgefield, Danbury, Newtown, New Milford, Litchfield, Harrington and Farmington; from Newark or Elizabethtown, by Morristown, to Sussex Court House; from Woodbridge to Amboy; from Alexandria, by Salisbury, Leesburg, Shepherdstown, Martinsburg, Winchester, Stevensburg, Strasburg, Woodstock, and Rockingham Court House, to Staunton; and from Richmond, by Columbia, Charlottesville, Staunton, Lexington, Fincastle, Montgomery Court House, Wythe Court House, Abingdon, and Hawkins Court House, in the territory South of the river Ohio, to Danville in Kentucky; and from Baltimore, by Fredericktown and Sharpsburg, to Hagarstown; and from thence to Chambersburg: *Provided*, That the route, by which the mails are at present conveyed, shall in no case be altered, without the consent of the contractors, till the contracts made by the Postmaster General shall be determined.

Sec. 2. *And be it further enacted*, That it shall and may be lawful for the Postmaster General to enter into contracts, for a term not exceeding eight years, for extending the line of posts, and to authorize the person or persons, so contracting, to receive, during the continuance of such contract, according to the rates by this act established, all the postage which shall arise on letters, newspapers and packets, conveyed by any such post; and the roads, therein designated, shall, during the continuance of such contract, be deemed and considered as post roads, within the terms and provisions of this act: *Provided*, That no such contract shall be made, to the diminution of the revenue of the general post-office, and that a duplicate of every such contract, under hand and seal, shall, within sixty days after the execution thereof, be lodged in the office of the comptroller of the treasury of the United States. <span style="float:right">P. M. Gen. may enter into contracts for carrying mail not to exceed eight years.</span>

General post-office at seat of government.

SEC. 3. *And be it further enacted*, That there shall be established, at the seat of the government of the United States, a general post-office. And there shall be one Postmaster General, who shall have authority to appoint an assistant, and deputy postmasters, at all places where such shall be found necessary. And he shall provide for carrying the mail of the United States, by stage carriages or horses, as he may judge most expedient; and as often as he, having regard to the productiveness thereof, as well as other circumstances, shall think proper, and defray the expense thereof, with all other expenses arising on the collection and management of the revenue of the post-office. He shall also have power to prescribe such regulations to the deputy postmasters, and others employed under him, as may be found necessary, and to superintend the business of the department, in all the duties that are, or may be assigned to it, and also to direct the route or road, where there are more than one, between the places above established, which route or road shall be considered as the post road.

P. M. Gen. to settle accounts quarterly,

SEC. 4. *And be it further enacted*, That the Postmaster General shall, once in three months, obtain from his deputies, the accounts and vouchers of their receipts and expenditures, and the balances due thereon, and render to the secretary of the treasury, a quarterly account of all the receipts and expenditures in the said department, to be adjusted and settled as other public accounts, and shall pay, quarterly, into the treasury of the United States, the balance in his hands. And the Post-

and, with persons employed by him,

master General, and his assistant, the deputy postmasters, and such as they may employ in their offices, shall, respectively, before they enter upon the duties, or be entitled to receive the emoluments of their offices, and the contractors for carrying the mail, and their agents or servants, to whom the mail shall be entrusted, before they commence the execution of said trust, shall, respectively, take and subscribe before some justice of the peace, the following oath or affirmation, and cause a certificate thereof to be filed in the office of the Postmaster General; " I do

to take oath.

swear (or affirm as the case may be) that I will faithfully perform all the duties required of me, and abstain from every thing forbidden by the law in relation to the establishment of post-offices and post-roads within the United States."

Penalty on obstructing the mail and negligence of ferrymen.

SEC. 5. *And be it further enacted*, That if any person shall obstruct or retard the passage of the mail, or of any horse or carriage carrying the same, he shall, upon conviction for every such offence, pay a fine not exceeding one hundred dollars. And if any ferryman shall, by wilful negligence, or refusal to transport the mail across any ferry, delay the same, he shall forfeit, and pay, for each half hour that the same shall be so delayed, a sum not exceeding ten dollars.

Postmaster General to give notice previous to making contract for conveying the mail, and

SEC. 6. *And be it further enacted*, That it shall be the duty of the Postmaster General, to give public notice in one or more of the newspapers published at the seat of government of the United States, and in one or more of the newspapers published in the state or states where the contract is to be performed, for at least six weeks before the entering into any contract for the conveyance of the mail that such contract is intended to be made, and the day on which it shall be concluded; describing the places, from and to which such mail is to be conveyed; the time at which it is to be made up; the day and hour, at which it is to be delivered; and the penalty or penalties for non-performance of the

lodge the contract in the comptroller's office.

stipulations. He shall, moreover, within thirty days after the making of any contract, lodge the same, together with the proposals which he shall have received respecting the same, in the office of the comptroller of the treasury of the United States.

Dep. P. M. to keep an office.

SEC. 7. *And be it further enacted*, That every deputy postmaster shall keep an office in which one or more persons shall attend at such hours as the Postmaster General shall direct, for the purpose of    forming the

se 4:24-cv-00565-O    Document 24   · Filed 10/21/24    Page 142 of 172    PageID ;

SECOND CONGRESS. Sess. I. Ch. 7. 1792.    235

duties thereof. And all letters brought to any post-office, half an hour before the time of making up the mail at such office, shall be forwarded therein.

Sec. 8. *And be it further enacted*, That from and after the passing of this act, the Postmaster General shall be allowed, for his services, at the rate of two thousand dollars per annum, his assistant, at the rate of one thousand dollars per annum, to be paid, quarterly, out of the revenues of the post-office: and no fees or perquisites shall be received by either of them, on account of the duties to be performed in virtue of their appointments.

Allowance to P. M. G. and assistant.

Sec. 9. *And be it further enacted*, That from and after the first day of June next, the deputy postmaster and persons authorized by the Postmaster General, shall demand and receive, for the postage and conveyance of letters and packets, except such as are herein after excepted, according to the several rates and sums following: For the postage of every single letter, to or from any place by land not exceeding thirty miles, six cents; over thirty miles, and not exceeding sixty, eight cents; over sixty miles, and not exceeding one hundred, ten cents; over one hundred miles, and not exceeding one hundred and fifty, twelve cents and a half; over one hundred and fifty miles, and not exceeding two hundred, fifteen cents; over two hundred miles, and not exceeding two hundred and fifty, seventeen cents; over two hundred and fifty miles, and not exceeding three hundred and fifty, twenty cents; over three hundred and fifty miles, and not exceeding four hundred and fifty, twenty-two cents; and to or from any place by land, more than four hundred and fifty miles, twenty-five cents; and every double letter shall pay double the said rates; every triple letter, triple; every packet weighing one ounce avoirdupois, to pay, at the rate of four single letters for each ounce, and in that proportion, for any greater weight.

Rates of postage from 1st June 1792.

Sec. 10. *And be it further enacted*, That all letters and packets, passing by sea to and from the United States, or from one port to another therein, in packet boats or vessels, the property of, or provided by the United States, shall be rated and charged, as follows: For every single letter, eight cents; for every double letter, sixteen cents; for every triple letter or packet, twenty-four cents; for every letter or packet brought into the United States, or carried from one port therein to another by sea, in any private ship or vessel, four cents, if delivered at the place where the same shall arrive; and if directed to be delivered at any other place, with the addition of the like postage, as other letters are made subject to the payment of by this act.

Rates of letters and packets passing by sea.

Sec. 11. *And be it further enacted*, That if any deputy postmaster, or other person authorized by the Postmaster General, to receive the postages of letters, shall fraudulently demand or receive any rate of postage, or any gratuity or reward, other than is provided by this act for the postage of letters or packets on conviction thereof, he shall forfeit for every such offence, one hundred dollars, and shall be rendered incapable of holding any office under the United States.

Penalty on demanding or receiving beyond stipulated postage.

Sec. 12. *And be it further enacted*, That no ship or vessel, arriving at any port within the United States, where a post-office is established, shall be permitted to report, make entry or break bulk, till the master or commander shall have delivered to the postmaster, all letters directed to any person or persons within the United States, which, under his care or within his power, shall be brought in such ship or vessel, other than such as are directed to the owner or consignee: but when a vessel shall be bound to another port, than that, at which she may enter, the letters belonging to, or to be delivered at the said port of delivery, shall not be delivered to the postmaster at the port of entry. And it shall be the duty of the collector or other officer of the port, empowered to receive entries of ships or vessels, to require from every master or commander

Duty of masters of vessels previous to making report, &c.

of such ship or vessel, an oath or affirmation, purporting that he has delivered all such letters, except as aforesaid.

**Duty of P. M. on receipt of letters from foreign packets, &c.**

SEC. 13. *And be it further enacted*, That the postmasters to whom such letters may be delivered, shall pay to the master, commander, or other person delivering the same, except the commanders of foreign packets, two cents for every such letter or packet; and shall obtain from the person delivering the same, a certificate specifying the number of letters and packets, with the name of the ship or vessel, and the place from whence she last sailed; which certificate, together with a receipt for the money, shall be with his half-yearly accounts, transmitted to the Postmaster General, who shall credit the amount thereof to the postmaster forwarding the same.

**Penalty on persons offending against this act.**

SEC. 14. *And be it further enacted*, That if any person, other than the Postmaster General, or his deputies, or persons by them employed, shall take up, receive, order, dispatch, convey, carry or deliver any letter or letters, packet or packets, other than newspapers, for hire or reward, or shall be concerned in setting up any foot or horse post, wagon or other carriage, by or in which any letter or packet shall be carried for hire, on any established post-road, or any packet, or other vessel or boat, or any conveyance whatever, whereby the revenue of the general post-office may be injured, every person, so offending, shall forfeit, for every such offence, the sum of two hundred dollars. *Provided*, That it shall and may be lawful for every person to send letters or packets by special messenger.

**Deputies to account with P. M. G. for bye letters.**

**Penalty on neglecting,**

SEC. 15. *And be it further enacted*, That the deputy postmasters or agents of the Postmaster General, shall duly account and answer to him, for all bye or way-letters, and shall specify the number and rates in the post bill. And if any deputy postmaster or agent shall neglect so to account, he or they so offending, shall, on conviction thereof, forfeit, for every such offence, a sum not exceeding one hundred dollars.

**detaining, delaying, or secreting letters, &c.**

SEC. 16. *And be it further enacted*, That if any person, employed in any of the departments of the general post-office, shall unlawfully detain, delay, or open, any letter, packet, bag or mail of letters, with which he shall be entrusted, or which shall have come to his possession, and which are intended to be conveyed by post: Or if any such person shall secrete, embezzle or destroy any letter or packet, entrusted to him, as aforesaid, and which shall not contain any security for, or assurance relating to money, as herein after described, every such offender, being thereof duly convicted, shall, for every such offence, be fined not exceeding three hundred dollars, or imprisoned not exceeding six months, or both, according to the circumstances and aggravations of the offence. And if any person employed as aforesaid, shall secrete, embezzle or destroy, any letter, packet, bag, or mail of letters, with which he shall be entrusted, or which shall have come to his possession, and are intended to be conveyed by post, containing any bank note, or bank post bill, bill of exchange, warrant of the treasury of the United States, note of assignment of stock in the funds, letters of attorney for receiving annuities or dividends, or for selling stock in the funds, or for receiving the interest thereof, or any letter of credit, or note for, or relating to the payment of money, or other bond or warrant, draft, bill, or promissory note whatsoever, for the payment of money; or if any such person, employed as aforesaid, shall steal or take any of the same out of any letter, packet, bag or mail of letters, that shall come to his possession, he shall, on conviction for any such offence, suffer death. And if any person, who shall have taken charge of the mail of the United States, shall quit or desert the same, before his arrival at the next post-office, every such person, so offending, shall forfeit and pay a sum, not exceeding five hundred dollars, for every such offence. And if any person, concerned in carrying the mail of the United States, shall collect,

**App.143**

se 4:24-cv-00565-O Document 24 Filed 10/21/24 Page 144 of 172 PageID 2

SECOND CONGRESS. Sess. I. Ch. 7. 1792. 237

receive or carry any letter or packet, or shall cause or procure the same to be done, contrary to this act, every such offender shall forfeit and pay, for every such offence, a sum not exceeding fifty dollars.

Sec. 17. *And be it further enacted*, That if any person or persons shall rob any carrier of the mail of the United States, of such mail, or if any person shall rob the mail, in which letters are sent to be conveyed by post, of any letter or packet, or shall steal such mail, or shall steal and take from or out of the same, or from or out of any post-office, any letter or packet, such offender or offenders shall, on conviction thereof, suffer death.(*a*)

<div style="float:right">Penalty on persons robbing the mail.</div>

Sec. 18. *And be it further enacted*, That the deputy postmasters shall, respectively, publish at the expiration of every three months, in one of the newspapers published at, or nearest the place of his residence, for three successive weeks, a list of all the letters then remaining in their respective offices; and at the expiration of the next three months, shall send such of the said letters as then remain on hand, as dead letters, to the general post-office, where the same shall be opened and inspected; and if any valuable papers or matter of consequence, shall, be found therein, it shall be the duty of the Postmaster General, to cause a descriptive list thereof to be inserted in one of the newspapers, published at the place most convenient to where the owner may be supposed to reside, if within the United States, and such letter and the contents shall be preserved, to be delivered to the person, to whom the same shall be addressed, upon payment of the postage, and the expense of publication.

<div style="float:right">Deputies to publish every three months a list of letters then on hand, &c.</div>

Sec. 19. *And be it further enacted*, That the following letters and packets, and no other, shall be received and conveyed by post, free of postage, under such restrictions, as are hereinafter provided; that is to say : All letters and packets to or from the President or Vice President of the United States, and all letters and packets, not exceeding two ounces in weight, to or from any member of the Senate or House of Representatives, the Secretary of the Senate or Clerk of the House of Representatives, during their actual attendance in any session of Congress, and twenty days after such session. All letters to and from the Secretary of the Treasury, and his assistant, Comptroller, Register, and Auditor of the Treasury, the Treasurer, the Secretary of State, the Secretary at War, the Commissioners for settling the accounts between the United States and individual states, the Postmaster General and his

<div style="float:right">Certain letters to be conveyed free of postage.</div>

---

(*a*) Robbing the mail of the United States. The defendant was indicted on the 24th section of the act of Congress, of March 3, 1825, entitled " An act to reduce into one the several acts establishing and regulating the Post-office department," for advising, procuring, and assisting one Joseph J. Straughan, a mail carrier, to rob the mail of the United States, and was found guilty. Upon this finding the judges of the Circuit Court of South Carolina were divided in opinion upon the question, whether an indictment founded on the statute for advising, &c., a mail carrier to rob the mail, ought to set forth and aver that the said carrier did commit the offence of robbing the mail. By the Supreme Court : the answer to this as an abstract proposition, must be in the affirmative, but if the question intended to be put, is, whether there must be a distinct substantive averment of the fact, it is not necessary. United States *v.* Mills, 7 Peters, 138.

Upon an indictment for robbing the mail, and putting the person in custody of it in jeopardy, under the 19th section of the act of April 30, 1810, a sword, &c., in the hand of the robber, by terror of which the robbery is effected, is a dangerous weapon within the act, putting the life in jeopardy, though it be not drawn, or pointed at the carrier. So a pistol in his hands, by means of which the robbery is effected, is a dangerous weapon ; and it is not necessary to prove that it was charged : it is presumed to be so until the contrary is proved. United States *v.* Wood, 3 Wash. C. C. R. 440.

It is not necessary to a conviction under the 22d section, that the carrier of the mail should have taken the oath prescribed by the 2d section of the act of 1825, or that the whole mail be taken. The United States *v.* Wilson, 1 Baldwin's C. C. R. 102.

The word " rob," in the act of Congress of 1825, section 22, is used in the common law sense. *Ibid.*

" Jeopardy," as used in the section, means a well grounded apprehension of danger to life, in case of refusal to yield to threats, or resistance. *Ibid.*

A mail carrier is within the 18th section of the act regulating the post-office establishment, " subjecting to a penalty in certain cases, persons employed in any of the departments of the general post-office." United States *v.* Belew, 2 Brockenb. C. C. R. 280.

238   SECOND CONGRESS. SESS. I. CH. 7. 1792.

*Certain letters free of postage.* assistant: *Provided,* That no person shall frank or enclose any letter or packet, other than his own; but any public letter or packet from the department of the Treasury may be franked by the Secretary of the Treasury, or the assistant Secretary, or by the Comptroller, Register, Auditor or Treasurer; and that each person before named shall deliver to the post-office every letter or packet enclosed to him, which may be directed to any other person, noting the place, from whence it came by post, and the usual postage shall be charged thereon.

*Penalty on counterfeiting the franking to evade postage.* SEC. 20. *And be it further enacted,* That if any person shall counterfeit the hand-writing of any other person, in order to evade the payment of postage; such person or persons, so offending, and being thereof duly convicted, shall forfeit and pay, for every such offence, the sum of one hundred dollars.

*Privilege of news printers.* SEC. 21. *And be it further enacted,* That every printer of newspapers may send one paper to each and every other printer of newspapers within the United States, free of postage, under such regulations, as the Postmaster General shall provide.

*Newspapers how to be put up for the mail.* SEC. 22. *And be it further enacted,* That all newspapers, conveyed in the mail, shall be under a cover open at one end, carried in separate bags from the letters, and charged with the payment of one cent, for any distance not more than one hundred miles, and one cent and a half for any greater distance: And it shall be the duty of the Postmaster General and his deputy, to keep a separate account for the newspapers, and the deputy postmasters shall receive fifty per cent. on the postage of all newspapers: And if any other matter or thing be enclosed in such papers, the whole packet shall be charged, agreeably to the rates established by this act, for letters or packets. And if any of the persons employed in any department of the post-office, shall unlawfully detain, delay, embezzle or destroy any newspaper, with which he shall be entrusted, such offenders, for every such offence, shall forfeit a sum, not *P. M. Gen. may permit contractor to carry newspapers; and* exceeding fifty dollars: *Provided,* That the Postmaster General, in any contract, he may enter into, for the conveyance of the mail, may authorize the person, with whom such contract is made, to carry newspapers, other than those conveyed in the mail.

*allow such commission to deputies as he may deem adequate, not to exceed, &c.* SEC. 23. *And be it further enacted,* That the Postmaster General be, and he is hereby authorized to allow to the deputy postmasters respectively, such commission on the monies arising from the postage of letters and packets, as he shall think adequate to their respective services: *Provided,* That the said commission shall not exceed forty per cent. to any deputy, whose compensation thereby shall not exceed fifty dollars, nor thirty per cent. to any deputy, whose compensation thereby shall not exceed one hundred dollars, nor twenty per cent. to any other deputy, except the postmaster at the port, where the European packets do, or shall steadily arrive: to whom such farther allowance, in addition to the emoluments of his office, shall be made, as the Postmaster General shall deem a reasonable compensation for his extra services in the receipt and dispatch of letters, originally received into his office, from on board such packets, and by him forwarded to other offices: *And provided also,* *to any one $1,800 per annum.* That the compensations aforesaid shall not exceed eighteen hundred dollars per annum to any one postmaster for all services by him rendered

*P. M. Gen. to prosecute deputies neglecting to settle quarterly—and penalty on his neglect thereof.* SEC. 24. *And be it further enacted,* That if any deputy postmaster or other person, authorized to receive the postage of letters and packets, shall neglect or refuse to render his accounts, and pay over to the Postmaster General, the balance by him due, at the end of every three months, it shall be the duty of the Postmaster General, to cause a suit to be commenced against the person or persons so neglecting or refusing: And if the Postmaster General shall not cause such suit to be commenced within three months, from the end of every such three months,

**App.145**

the balances due from every such delinquent shall be charged to, and recoverable from the Postmaster General.

Sec. 25. *And be it further enacted*, That all pecuniary penalties and forfeitures, incurred under this act, shall be, one half for the use of the person or persons informing and prosecuting for the same, the other half to the use of the United States.

<div align="right"><em>Appropriation of penalties under this act.</em></div>

Sec. 26. *And be it further enacted*, That it shall be lawful for the Postmaster General, to make provision, where it may be necessary, for the receipt of all letters and packets intended to be conveyed by any ship or vessel, beyond sea, or from any port of the United States to another port therein; and the letters so received shall be formed into a mail, sealed up, and directed to the postmaster of the port to which such ship or vessel shall be bound. And for every letter or packet so received, there shall be paid, at the time of its reception, a postage of one cent. And the Postmaster General may make arrangements with the postmasters in any foreign country for the reciprocal receipt and delivery of letters and packets, through the post-offices.

<div align="right"><em>P. M. Gen. to make provision for receipt of letters sent or received by sea.</em></div>

Sec. 27. *And be it further enacted*, That the deputy postmasters, and the persons employed in the transportation of the mail, shall be exempt from militia duties, or any fine or penalty for neglect thereof.

<div align="right"><em>Postmasters &c. exempt from militia duty.</em></div>

Sec. 28. *And be it further enacted*, That all the surplus revenue of the general post-office, which shall have accrued, previous to the first day of June next, not heretofore appropriated, be and the same is hereby appropriated towards defraying any deficiency which may arise in the revenue of the said department for the year next ensuing.

<div align="right"><em>Appropriations of surplus revenue of general post-office.</em></div>

Sec. 29. *And be it further enacted*, That the act passed the last session of Congress, intituled "An act to continue in force, for a limited time, an act, intituled 'An act for the temporary establishment of the post-office,'" be, and the same is hereby continued in full force, until the first day of June next, and no longer.

<div align="right"><em>Former acts continued till 1st June.</em><br/>1791, ch. 23.</div>

Sec. 30. *And be it further enacted*, That this act shall be in force for the term of two years, from the said first day of June next, and no longer.

<div align="right"><em>Limitation of this act.</em></div>

Approved, February 20, 1792.

---

<div align="right">Statute I.</div>

Chap. VIII.—*An Act relative to the Election of a President and Vice President of the United States, and declaring the Officer who shall act as President in case of Vacancies in the offices both of President and Vice President.*

<div align="right">March 1, 1792.</div>

Section 1. *Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled*, That except in case of an election of a President and Vice President of the United States, prior to the ordinary period as herein after specified, electors shall be appointed in each state for the election of a President and Vice President of the United States, within thirty-four days preceding the first Wednesday in December, one thousand seven hundred and ninety-two, and within thirty-four days preceding the first Wednesday in December in every fourth year succeeding the last election, which electors shall be equal to the number of Senators and Representatives, to which the several states may by law be entitled at the time, when the President and Vice President, thus to be chosen, should come into office: *Provided always*, That where no apportionment of Representatives shall have been made after any enumeration, at the time of choosing electors, then the number of electors shall be according to the existing apportionment of Senators and Representatives.

<div align="right"><em>[Obsolete.]</em><br/>March 26, 1804, ch. 50.<br/>States how to appoint electors for election of president and vice president; when to meet and vote;</div>

Sec. 2. *And be it further enacted*, That the electors shall meet and give their votes on the said first Wednesday in December, at such place in each state as shall be directed, by the legislature thereof; and the electors in each state shall make and sign three certificates of all the

**App.146**

# EXHIBIT EE



DATE DOWNLOADED: Thu Jun 27 16:45:24 2024
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
To establish the post-office and post-roads within the United States., Chapter 23, 3
Congress, Public Law 3-23. 1 Stat. 354 (1794).

ALWD 7th ed.
To establish the post-office and post-roads within the United States., Chapter 23, 3
Congress, Public Law 3-23. 1 Stat. 354 (1794).

APA 7th ed.
To establish the post-office and post-roads within the United States., Chapter 23,
Congress, Public Law 3-23. Stat. 354 (1794).

Chicago 17th ed.
"Chapter 23, 3 Congress, Session 1, An Act: To establish the post-office and
post-roads within the United States.," U.S. Statutes at Large 1 (1794): 354-366

McGill Guide 9th ed.
To establish the post-office and post-roads within the United States., Chapter 23, 3
Congress, Public Law 3-23. 1 Stat. 354 (1794).

AGLC 4th ed.
To establish the post-office and post-roads within the United States., Chapter 23, 3
Congress, Public Law 3-23. 1 Stat. 354 (1794)

MLA 9th ed.
To establish the post-office and post-roads within the United States., Chapter 23, 3
Congress, Public Law 3-23. 1 Stat. 354 (1794). HeinOnline.

OSCOLA 4th ed.
To establish the post-office and post-roads within the United States., Chapter 23, 3
Congress, Public Law 3-23. 1 Stat. 354 (1794).          Please note: citations
are provided as a general guideline. Users should consult their preferred citation
format's style manual for proper citation formatting.

Provided by:
Harvard Law School Library

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.
-- To obtain permission to use this article beyond the scope of your  license, please use:
   *Copyright Information*

**App.148**

se 4:24-cv-00565-O    Document 24    Filed 10/21/24    Page 149 of 172    PageID 2

354                        THIRD CONGRESS.  Sess. I. Ch. 23.  1794.

United States, of the descriptions commonly called "Loan Office Certificates," or "Final Settlements," which may have been accidentally destroyed, shall be forever barred and precluded from settlement or allowance, unless the same shall be presented at the treasury, on or before the first day of June, in the year one thousand seven hundred and ninety-five.

*Proceedings to be had for establishing claims.*

SEC. 2. *And be it further enacted,* That no claim shall be allowed for the renewal of loan office certificates destroyed before the fourth day of March, one thousand seven hundred and eighty-nine, unless the destruction of the same was advertised, according to the resolution of Congress, of the tenth day of May, one thousand seven hundred and eighty; or before that time, was notified to the office from which the same was issued, nor shall claims be allowed for the renewal of loan office certificates destroyed on or after the said fourth day of March, one thousand seven hundred and eighty-nine, nor of final settlement certificates destroyed at any time, unless the destruction of the same was so far made public, as to be known to at least two credible witnesses, soon after it happened, and shall have been before the presentation of the claim, as hereinafter provided, advertised for at least six weeks successively, in some one of the newspapers of the state in which the destruction happened; and also, in some one of the newspapers of the state in which the certificate issued, if that was another state; the advertisement or advertisements, in such case, expressing with as much precision as possible, the number, date and amount of the certificate alleged to have been destroyed, and the name of the person to whom the same was issued, together with the time when, the place where, and the means by which the same was destroyed.

*By whom and how long to be received.*

SEC. 3. *And be it further enacted,* That all claims for the renewal of destroyed certificates, of either of the descriptions aforesaid, not precluded by this act, shall be receivable, with the evidence in support of the same, by the Auditor of the Treasury, until the said first day of June, one thousand seven hundred and ninety-five, and shall, by the accounting officers of the treasury, be duly examined; and if satisfactorily supported, the claimants shall be entitled to receive certificates of registered debt, equal to the specie value of the loan office or final settlement certificates so proved to have been destroyed.

APPROVED, April 21, 1794.

STATUTE I.

May 8, 1794.

CHAP. XXIII.—*An Act to establish the Post-office and Post-roads within the United States.*

[Obsolete.]
Establishment of Post Roads after first June next.
1799, ch. 43.
1810, ch. 37.

SECTION 1. *Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That the following be established as post-roads, namely: From Passamaquoddy, in the district of Maine, to Saint Mary's in Georgia, by the following route, to wit: From Passamaquoddy, through Machias, Gouldsborough, Sullivan, Trenton, Bluehill, Penobscott, Frankfort, Belfast, Ducktrap, Camden, Thomaston, Warren, Waldoborough, Bristol, Nobleborough, Newcastle, Wiscassett, Bath, Brunswick, North Yarmouth, Portland, Biddeford, Wells, York, Portsmouth, Newburyport, Ipswich, Salem, Boston, Worcester, Brookfield, Springfield, Hartford, Middletown, New-Haven, Stratford, Fairfield, Norwalk, Stamford, New-York, Newark, Elizabethtown, Bridgetown, Woodbridge, Brunswick, Princeton, Trenton, Bristol, Philadelphia, Chester, Wilmington, Christiana, Elkton, Charlestown, Havre de Grace, Harford, Baltimore, Bladensburg, the city of Washington, Georgetown, Alexandria, Colchester, Dumfries, Fredericksburg, Bowling-Green, Hanover Courthouse, Richmond, Petersburg, Goldson's, Warrenton, Lewisburg, Raleigh, Averysborough, Fayetteville, Lumberton, Cheraw Courthouse, Camden, Columbia, Edgefield

**App.149**

se 4:24-cv-00565-O    Document 24    Filed 10/21/24    Page 150 of 172    PageID :

THIRD CONGRESS.   Sess. I. Ch. 23.   1794.                    355

Courthouse, Augusta and Waynesborough, to Savannah; and thence by
Newport Bridge, and Saint Savilla, to the town of Saint Mary's. From
Portland, by New Gloucester, Green, Monmouth, Winthrop, and Hollo-
well Courthouse, to Pittstown, on the river Kennebeck. From Ports-
mouth, by Exeter, Chester, Amherst, Keen, and Walpole, to Charles-
town. From Chester, by Concord and Plymouth, to Haverhill. From
Exeter to Hampton Falls. From Salem to Gloucester. From Salem to
Marblehead. From Boston to Plymouth, Sandwich and Falmouth; and
from Falmouth to Edgartown on Martha's Vineyard. From Sandwich
to Barnstable and Yarmouth. From Boston to Taunton and New Bed-
ford, and thence to Nantucket. From Boston to Hartford in Connecti-
cut, by Dedham, Mendon, and Pomfret. From Boston to Keen. From
Boston, through Andover and Haverhill, to Chester. From Taunton to
Providence; and from Taunton, by Dighton and Somerset, to Warren.
From New Bedford to Newport. From Boston, by Providence, Nor-
wich, New London, Saybrook and Guilford, to New-Haven. From
Newport, by Bristol and Warren, to Providence. From Newport, by
East Greenwich, to Providence. From Newport, by Westerly and
Stonington Point, to New London. From Springfield, by North Hamp-
ton, Greenfield, Brattleborough, Westminster, Charlestown, Windsor,
Hanover and Haverhill, to Newbury. From Springfield, by Stockbridge,
to Kinderhook. From Brookfield, by North Hampton, Pittsfield and
New Lebanon, to Albany. From Hartford, by New Hartford, through
Norfolk, Canaan, Sheffield, and Hillsdale, to the city of Hudson. From
Hartford to Norwich. From Hartford, by Middletown, to New Lon-
don. From Hartford, by Farmington, Harwington, Litchfield, New
Milford, Newtown, Danbury, Ridgefield, Poundridge, Salem, North
Castle, and White Plains, to New York. From New York, by Peeks-
kill, Fishkill, Poughkeepsie, Rhinebeck, Redhook, Clermont, Hudson,
and Kinderhook, to Albany. From Albany, by Lansingburg, Benning-
ton, Manchester, Rutland, Middlebury and Vergennes, to Burlington,
on Lake Champlain. From Rutland to Windsor, in the state of
Vermont. From Albany, by Schenectady, Johnston, Cannojoharrie,
and Whitestown, to Canandorque; and from some convenient point
in that line, through Cherry Valley, to the Courthouse in Coopers-
town, in the county of Otsego. From the city of New York, by
the most useful route, to Sagg Harbor. From Newark or Elizabeth-
town, by Morristown and Rockaway, to Sussex Courthouse; and from
thence, by Hacketstown and Morristown, to Elizabethtown or Newark.
From Woodbridge to Amboy. From Trenton, by Allentown, Mon-
mouth Courthouse, Shrewsbury and Spotswood, to Brunswick; and from
Brunswick, by Somerset Courthouse, New Germantown, Pittston and
Flemington, to Trenton. From Philadelphia, by Bethlehem, Easton,
Sussex Courthouse, Goshen, Ward's bridge, and Kingston, to Rhine-
beck. From Bethlehem to Reading. From Philadelphia, by Wood-
bury, Swedesborough and Salem, to Bridgetown, in West New Jersey.
From Philadelphia, by Norristown, Pottsgrove, Reading, Lebanon, and
Harrisburg, to Carlisle. From Reading to Lancaster. From Philadel-
phia, by Lancaster, Yorktown, Carlisle, Shippensburg, Chambersburg,
Bedford and Greensburg, to Pittsburg. From Pittsburg, by Washing-
ton in Pennsylvania, West-liberty in Virginia, and Wheeling, on the
Ohio, to Limestone and Fort Washington. From Limestone, by Bour-
bontown, Lexington, Frankfort, and Harrodsburg, to Danville, in Ken-
tucky. From Danville, by Bardstown, to Louisville. From Yorktown,
in Pennsylvania, by Hanover, Petersburg and Tawneytown, to Frede-
ricktown, in Maryland, and thence to Leesburg, in Virginia. From
Wilmington, in the state of Delaware, New Castle, Cantwell's bridge
and Duck creek, to Dover; and from thence, by Frederica, Millford,
Daggsborough, Snowhill, Horntown, and Accomack Courthouse, to

Establishment
of Post Roads
after first June
next.

Establishment
of Post Roads
after first June
next.

Northampton Courthouse; and thence, to Norfolk, Hampton or York-town. From Philadelphia, by Wilmington, Middletown, Warwick, Georgetown, Crossroads, Chestertown, Chestermills, Easton, Vienna and Salisbury, to Snowhill; and from Snowhill to Princess Ann; and thence to Salisbury; and from Chestertown to Baltimore, at all times, when a stage passes between those two places. From Elkton to War-wick. From Harford to Bellair. From Baltimore to Annapolis, Upper Marlborough, Piscataway, Port Tobacco, Allen's Fresh, Newport, and Chaptico, to Leonardtown. From Baltimore to Yorktown in Pennsyl-vania. From Baltimore, by Fredericktown and Hagerstown, to Cham-bersburg. From Hagerstown, by Sharpsburg, to Shepherdstown. From Fredericktown, by Peterstown, and Montgomery Courthouse, to George-town, on Potowmac. From Hagerstown, by Hancock, Oldtown, Cum-berland, Morgantown in Virginia, and Uniontown in Pennsylvania, to Brownsville on the Monongahela. From Alexandria, by Salisbury, Leesburg, Shepherdstown, Martinsburg, Winchester, Stephensburg, Strasburg, Woodstock, and Rockingham Courthouse, to Staunton. From Fredericksburg, by Portroyal, to Tappahannock; thence across the Rappahannock, to Richmond Courthouse, Westmoreland Court-house, Kinsale on Yeocomico, and Northumberland Courthouse, to Lan-caster Courthouse; thence recrossing the Rappahannock, to Urbanna, and from Urbanna to Gloucester Courthouse. From Fredericksburg, by Culpepper and Orange Courthouses, to Charlottesville. From Rich-mond, by New Castle, Ayletts Warehouse, and Todd's bridge, to Tappa-hannock. From Richmond, by Williamsburg, Yorktown and Hamp-ton, to Norfolk. From Richmond, by Columbia and Charlottesville, to Staunton; thence to Lexington, Fincastle, Montgomery Courthouse, Wythe Courthouse, and Abingdon, to Jonesborough, in the territory southwest of the Ohio; thence by Greensville and Jefferson Courthouse, to Knoxville. From Staunton to Bath Courthouse; thence to the Sweet Springs; and thence to Greenbrier Courthouse. From Rich-mond, by Powhatan Courthouse, Cumberland Courthouse, Prince Ed-ward Courthouse, Lynchburg, New London and Liberty, to Fincastle. From Prince Edward Courthouse, by Charlotte Courthouse, Halifax Courthouse and Pittsylvania Courthouse, to Martinsburg; and thence to Bethania. From Martinsburg to Liberty. From Osborne's to Ber-muda Hundred. From Petersburg, by Cabinpoint, Smithfield and Suf-folk, to Portsmouth and Norfolk. From Smithfield, by Southampton Courthouse to Grenville Courthouse. From Petersburg to Halifax, in North Carolina. From Goldson's, by Saint Tammany's and Mecklen-burg Courthouse, to Halifax Courthouse, in Virginia. From Suffolk, by Edenton, Plymouth, Washington and Newbern, to Wilmington. From Plymouth to Windsor. From Edenton, by Hertford, Nixonton, Sawyer's ferry in Camden county, to Indian Town in Currituck county. From Halifax to Princeton and Murfreesborough, on Meherrin river; thence to Winton on Chowan river; and thence by the bridge on Ben-net's creek, to R. Mitchell's, which is on the post road from Suffolk to Edenton. From Halifax, by Blountsville, Williamston and Dailey's to Plymouth. From Halifax, by Warrenton, Oxford, Hillsborough, Mar-tinville and Salem, to Salisbury. From Salisbury, by Cabarras Court-house, to Charlotte, to return by Iredel Courthouse to Salisbury. From Salisbury to Fayetteville, to go and return by the following route, alter-nately: by Montgomery, Anson and Richmond Courthouses, to Fayette-ville; thence by Moore and Randolph Courthouses, back to Salisbury. From Halifax, by Tarborough and Greenville, to Washington; and from Tarborough to Lewisburg. From Newbern, by Kingston, Waynesbo-rough and Smithfield, to Raleigh. From Raleigh, by Chapel-hill, to Hillsborough; and from Chapel-hill, to Chatham Courthouse. From Hillsborough, by Person Courthouse, Caswell Courthouse and Rocking-

se 4:24-cv-00565-O    Document 24    Filed 10/21/24    Page 152 of 172    PageID

THIRD CONGRESS. Sess. I. Ch. 23. 1794.    357

ham Courthouse, to Germanton.    From Fayetteville to Wilmington; the mail to go alternately by Elizabethtown and return by South Washington, the cross roads near Duplin Courthouse and Sampson Courthouse.    From Salem, by Bethania, Huntsville, Rockford and Wilkes, to Morganton, in North Carolina; and from Morganton, by Lincolnton, to Pinckney Courthouse, in South Carolina.    From Cheraw Courthouse to Georgetown.    From Camden, by Statesburg, to Charleston.    From Charleston, by Coosawatchy to Sister's ferry, on Savannah river, and' thence to the post road from Augusta to Savannah; and from Coosawatchy to Beaufort.    From Columbia, by Orangeburg, to Charleston. From Columbia, to Newbury Courthouse and Laurens Courthouse, to Greenville Courthouse.    From Edgefield Courthouse to Cambridge, and thence by Abbeville Courthouse, to Pendleton Courthouse.    From Columbia, by Winnsborough, Pinckney Courthouse, Spartan Courthouse and Grenville Courthouse, to Washington Courthouse.    From Washington Courthouse, by Pendleton Courthouse, to Hatton's ford, on Tugeloo river; and thence by Franklin Courthouse, Elberton and Petersburg, to Washington, in Georgia.    From Augusta to Washington, thence to Greensborough; and thence, by the great falls of Ogechee and Georgetown, to Augusta.

*Provided,* That until the Postmaster General shall have made provision for the regular transportation of the mail from Wheeling to Limestone, the present post road from Abington to Danville in Kentucky, shall be continued; and if such provision cannot be made within a reasonable time, then the post road shall be extended from Danville, to Frankfort and Lexington; and thence to Washington.

Sec. 2. *And be it further enacted,* That it shall be lawful for the Postmaster General to provide, by contract, for the carriage of a mail on any road on which a stage wagon or other stage carriage shall be established, on condition that the expense thereof shall not exceed the revenue thence arising.

It shall also be lawful for the Postmaster General to enter into contracts, for a term not exceeding eight years, for extending the line of posts, and to authorize the persons, so contracting, as a compensation for their expenses, to receive, during the continuance of such contracts, at rates not exceeding those for like distances established by this act, all the postage which shall arise on letters, newspapers, magazines, pamphlets and packets, conveyed by any such post: And the roads designated in such contracts shall, during the continuance thereof, be deemed and considered as post roads, within the provisions of this act: And a duplicate of every such contract shall, within sixty days after the execution thereof, be lodged in the office of the Comptroller of the treasury of the United States.

Sec. 3. *And be it further enacted,* That there shall be established at the seat of the government of the United States, a general post-office; and there shall be one Postmaster General, who shall have authority to appoint an assistant, and deputy postmasters at all such places, as he shall find necessary: And he shall provide for carrying the mail of the United States, by stage carriages or horses, as he may judge most expedient; and as often as he, having regard to the productiveness thereof, as well as other circumstances, shall think proper, and defray the expense thereof, with all other expenses arising on the collection and management of the revenue of the post-office: He shall also have power to prescribe such regulations to the deputy postmasters, and others employed under him, as may be found necessary, and to superintend the business of the department, in all the duties, that are or may be assigned to it, and also to direct the route or road, where there are more than one, between the places above established; which route or road shall be considered as the post road.

*Margin notes:*

Establishment of Post-roads after first June next.

Certain road in Kentucky how long to continue.

Postmaster General may provide for carrying mail on certain roads.

And enter into contract not exceeding eight years for extending line of posts.

1810, ch. 37, § 42.

General Post Office at seat of government.

Postmaster General, his powers.

**To settle accounts quarterly, with the Secretary of the Treasury,**

SEC. 4. *And be it further enacted,* That the Postmaster General shall, once in three months, obtain from his deputies, the accounts and vouchers of their receipts and expenditures, and the balance due thereon, and render to the Secretary of the Treasury a quarterly account of all the receipts and expenditures in the said department, to be adjusted and settled, as other public accounts; and shall pay, quarterly into the treasury of the United States, the balance in his hands: And the Postmaster General, and his assistant, the deputy postmasters, and such as they may employ in their offices, before they enter upon the duties, or be entitled to receive the emoluments of their offices; and the contractors for carrying the mail, and their agents or servants, and all others to whom the mail shall be entrusted, before they commence the execution of the said trust, shall, respectively, take and subscribe before some justice of the peace, the following oath or affirmation, and cause a certificate thereof to be filed in the office of the Postmaster General: "I do swear (or affirm, as the case may be) that I will faithfully perform all the duties required of me, and abstain from every thing forbidden by the law in relation to the establishment of post-offices and post roads within the United States."

**and with persons employed by him.**

**To take oath.**

**Penalty on obstructing the mail and negligence of ferrymen.**

SEC. 5. *And be it further enacted,* That if any person shall obstruct or retard the passage of the mail, or of any horse or carriage carrying the same, he shall, upon conviction, for every such offence, pay a fine not exceeding one hundred dollars: And if any ferryman shall, by wilful negligence, or refusal to transport the mail across any ferry, delay the same, he shall forfeit and pay, for each half hour, that the same shall be so delayed, a sum not exceeding ten dollars.

**Postmaster General to give notice previous to making contract for carrying the mail,**

SEC. 6. *And be it further enacted,* That it shall be the duty of the Postmaster General, to give public notice in one or more of the newspapers published at the seat of government of the United States, and in one or more of the newspapers published in the state or states, where the contract is to be performed, for at least six weeks before the entering into any contract for the conveyance of the mail, that such contract is intended to be made, and the day on which it shall be concluded, describing the places, from and to which, such mail is to be conveyed; the time, at which, it is to be made up; the day and hour, at which, it is to be delivered, and the penalty or penalties for non-performance of the stipulations: He shall, moreover, within thirty days after the making of any contract, lodge the same, together with the proposals, which he shall have received respecting it, in the office of the Comptroller of the treasury of the United States: *Provided,* That no contract shall be entered into, for a longer term than four years.

**and lodge the contract in Comptroller's office.**

**Deputy Postmaster to keep an office.**

SEC. 7. *And be it further enacted,* That every deputy postmaster shall keep an office, in which one or more persons shall attend, at such hours, as the Postmaster General shall direct, for the purpose of performing the duties thereof; and all letters, brought to any post-office, half an hour before the time of making up the mail at such office, shall be forwarded therein; except at such post-offices where, in the opinion of the Postmaster General, it requires more time for making up the mail, and which he shall accordingly prescribe; but this shall, in no case, exceed one hour.

**Allowance to Postmaster General and his assistant.**

SEC. 8. *And be it further enacted,* That from and after the first day of June next, the Postmaster General shall be allowed, for his services, at the rate of two thousand four hundred dollars per annum, his assistant, at the rate of one thousand two hundred dollars per annum, and the Postmaster General shall be allowed four clerks, whose compensation shall be regulated in such manner, as not to exceed five hundred dollars per annum to each: All the above mentioned compensations to be paid quarterly out of the revenues of the post-office; and no fees or perquisites shall be received by any person employed in the general post-

office, on account of the duties to be performed, in virtue of his appointment.

Sec. 9. *And be it further enacted,* That the deputy postmasters and persons authorized by the Postmaster General, shall demand and receive, for the conveyance of letters and packets, except such as are hereinafter excepted, the following rates of postage: For every single letter conveyed by land, not exceeding thirty miles, six cents; over thirty miles and not exceeding sixty, eight cents; over sixty, and not exceeding one hundred, ten cents; over one hundred miles, and not exceeding one hundred and fifty, twelve cents and a half; over one hundred and fifty miles, and not exceeding two hundred, fifteen cents; over two hundred miles, and not exceeding two hundred and fifty, seventeen cents; over two hundred and fifty miles, and not exceeding three hundred and fifty, twenty cents; over three hundred and fifty miles, and not exceeding four hundred and fifty, twenty-two cents; and more than four hundred and fifty miles, twenty-five cents; and for every double letter, double the said rates; for every triple letter, triple; and for every packet weighing one ounce avoirdupois, at the rate of four single letters; and in that proportion for any greater weight.

<span style="float:right">Rates of postage.</span>

Sec. 10. *And be it further enacted,* That for all letters and packets passing by sea, to and from the United States, or from one port to another therein, in packet boats or vessels, the property of, or provided by the United States, postage shall be charged, as follows: For every single letter, eight cents; for every double letter, sixteen cents; for every triple letter, or packet, twenty-four cents; and for every letter or packet brought into the United States, or carried from one port therein to another, by sea, in any private ship or vessel, four cents, if delivered at the place where the same shall arrive; and if directed to be delivered at any other place, with the addition of like postage, as other letters are made subject to the payment of, by this act.

<span style="float:right">Rates of letters passing by sea.</span>

Sec. 11. *And be it further enacted,* That if any deputy postmaster, or other person authorized by the Postmaster General to receive the postages of letters, shall fraudulently demand or receive any rate of postage, or any gratuity or reward, other than is provided by this act, for the postage of letters or packets, on conviction thereof, he shall forfeit, for every such offence, one hundred dollars, and shall be rendered incapable of holding any office or appointment under the United States.

<span style="float:right">Penalty on demanding or receiving beyond stipulated postage.</span>

Sec. 12. *And be it further enacted,* That no ship or vessel arriving at any port within the United States, where a post-office is established, shall be permitted to report, make entry, or break bulk, until the master or commander shall have delivered to the postmaster, all letters directed to any person or persons, within the United States, which, under his care, or within his power, shall be brought in such ship or vessel, except such as are directed to the owner or consignee of the ship or vessel, and except also such as are directed to be delivered at the port of delivery, to which such ship or vessel may be bound. And it shall be the duty of the collector, or other officer of the port empowered to receive entries of ships or vessels, to require from every master or commander of such ship or vessel, an oath or affirmation, purporting that he has delivered all such letters, except as aforesaid.

<span style="float:right">Duty of masters of vessels previous to making report, &c.</span>

<span style="float:right">Duty of collectors herein.</span>

Sec. 13. *And be it further enacted,* That the postmasters, to whom such letters may be delivered, shall pay to the master, commander or other person delivering the same, except the commanders of foreign packets, two cents for each letter or packet, and shall obtain from the person delivering the same, a certificate specifying the number of letters and packets, with the name of the ship or vessel, and the place, from whence she last sailed; which certificate, together with a receipt for the money, shall be, with his quarterly accounts, transmitted to the Postmaster General, who shall credit him with the amount.

<span style="float:right">Of Postmasters on receipt of foreign letters.</span>

360　　　　　　　　　THIRD CONGRESS. Sess. I. Ch. 23. 1794.

*Penalty on persons offending against this act.*

SEC. 14. *And be it further enacted*, That if any person, other than the Postmaster General, or his deputies, or persons by them employed, shall be concerned in setting up, or maintaining any foot or horse-post, stage wagon, or other stage carriage, on any established post-road, or any packet boat or other vessel, to ply regularly from one place to another, between which a regular communication by water shall be established by the United States, and shall receive any letter or packet, other than newspapers, magazines or pamphlets, and carry the same by such foot or horse-post, stage wagon or other stage carriage, packet boat or vessel, (excepting only such letter or letters, as may be directed to the owner or owners of such conveyance, and relating to the same, or to the person, to whom any package or bundle in such conveyance is intended to be delivered) every person, so offending, shall forfeit, for every such offence, the sum of fifty dollars: *Provided*, That it shall be lawful for any person to send letters or packets by a special messenger.

*Deputies to account with Postmaster General for way-letters.*

SEC. 15. *And be it further enacted*, That the deputy postmasters and other agents of the Postmaster General, shall duly account, and answer to him, for all way letters, which shall come to their hands: And for this purpose, the post-riders and other carriers of the mail, receiving any way letter or letters (and it shall be their duty to receive them, if presented more than two miles from a post-office) shall deliver the same, together with the postage, if paid, at the first post-office, to which they shall afterwards arrive, where the postmaster shall duly enter the same, and specify the number and rate or rates in the post-bill, adding to the rate of each way letter, one cent, which shall be paid by the deputy postmaster, to the mail carrier from whom such way letter shall be received. And that letters, directed to persons living between post-offices, may be delivered, and the postage thereof duly collected, it shall be the duty of the carriers of the mail, to take charge of, and deliver all such letters, as shall, for that purpose, be committed to them, by any deputy postmaster, and collect the postage thereof, which shall be paid over to such deputy postmaster, on demand: And for every letter, so delivered, the mail carrier delivering the same, shall be allowed to demand and receive two cents to his own use, besides the ordinary postage. And if any deputy postmaster, or other agent of the Postmaster General, shall neglect so to account, he or they so offending, shall, on conviction thereof, forfeit for every such offence, a sum not exceeding fifty dollars: *Provided*, That no mail carriers shall make such deliveries at any place not on the post-road: *Provided also*, That the receipt and delivery of letters on the way, between post-offices, shall not be required of the mail carriers, in cases where, in the opinion of the Postmaster General, the time or manner of carrying the mail, or the speed of conveyance, is incompatible with such receipts and deliveries.

*On detaining or secreting letters.*

SEC. 16. *And be it further enacted*, That if any person employed in any of the departments of the general post-office, shall unlawfully detain, delay or open any letter, packet, bag or mail of letters, with which he shall be entrusted, or which shall have come to his possession, and which are intended to be conveyed by post; or if any such person shall secrete, embezzle or destroy any letter or packet entrusted to him, as aforesaid, and which shall not contain any security for, or assurance relating to money, as herein after described, every such offender, being thereof duly convicted shall, for every such offence, be fined, not exceeding three hundred dollars, or imprisoned, not exceeding six months, or both, according to the circumstances and aggravations of the offence. And if any person employed, as aforesaid, shall secrete, embezzle or destroy, any letter, packet, bag or mail of letters with which he shall be entrusted, or which shall have come to his possession, and are intended to be conveyed by post, containing any bank-note, or bank post-bill, bill of exchange, warrant of the treasury of the United States, note of assign-

**App.155**

ment of stock in the funds, letters of attorney for receiving annuities or dividends, or for selling stock in the funds, or for receiving the interest thereof, or any letter of credit, or note for, or relating to the payment of money, or any bond or warrant, draft, bill or promissory note, whatsoever, for the payment of money; or if any such person, employed as aforesaid, shall steal or take any of the same, out of any letter, packet, bag or mail of letters, that shall come to his possession, he shall, on conviction for any such offence, suffer death. And if any person, who shall have taken charge of the mail of the United States, shall quit or desert the same, before his arrival at the next post-office, every such person so offending shall forfeit and pay a sum not exceeding five hundred dollars, for every such offence. And if any person, concerned in carrying the mail of the United States, shall collect, receive or carry any letter or packet, or shall cause or procure the same to be done, contrary to this act, every such offender shall forfeit and pay, for every such offence, a sum not exceeding fifty dollars. <span style="float:right">*Penalty on detaining or secreting letters.*</span>

Sec. 17. *And be it further enacted*, That if any person or persons shall rob any carrier of the mail of the United States, of such mail, or any part thereof, such offender or offenders shall, on conviction thereof, suffer death. And if any person shall steal the mail, or shall steal and take from or out of the mail, or from or out of any post-office, any letter or packet, such person shall, upon conviction, for every such offence, be fined not exceeding three hundred dollars, or imprisoned not exceeding six months, or both, according to the circumstances and aggravations of the offence. <span style="float:right">*On persons robbing the mail.*</span>

Sec. 18. *And be it further enacted*, That the deputy-postmasters shall, respectively, publish at the expiration of every three months, or oftener when the Postmaster General shall so direct, in one of the newspapers published at or nearest the place of his residence, for three successive weeks, a list of all the letters remaining in their respective offices, or instead thereof, shall make out a number of such lists, and cause them to be posted at such public places in their vicinity, as shall appear to them best adapted for the information of the parties concerned; and at the expiration of the next three months, shall send such of the said letters as then remain on hand, as dead letters to the general post-office, where the same shall be opened and inspected; and if any valuable papers or matter of consequence shall be found therein, it shall be the duty of the Postmaster General to cause a descriptive list thereof to be inserted in one of the newspapers published at the place most convenient to the supposed residence of the owner, if within the United States; and such letter, and the contents, shall be preserved, to be delivered to the person to whom the same shall be addressed, upon payment of the postage and the expense of publication. And if such letter, with its contents, be not demanded by the person to whom it is addressed, or the owner thereof, or his lawful agent, within two years after the advertisement thereof, as aforesaid, the said contents shall be applied to the use of the United States, until the same shall be reclaimed by the proprietor thereof. The manner of such application to be specially stated by the Postmaster General to the Secretary of the Treasury. <span style="float:right">*Deputies to publish every three months a list of letters then on hand, &c.*</span>

Sec. 19. *And be it further enacted*, That the following letters and packets, and no other, shall be received and conveyed by post free of postage, under such restrictions as are herein after provided; that is to say; all letters and packets, to or from the President or Vice President of the United States, and all letters and packets, not exceeding two ounces in weight, to or from any member of the Senate or House of Representatives, the Secretary of the Senate or Clerk of the House of Representatives, during their actual attendance in any session of Congress, and twenty days after such session; all letters to and from the Secretary of the Treasury, Comptroller, Register and Auditor of the <span style="float:right">*Certain letters to be conveyed free of postage.*</span>

Vol. I.—46                    2 H

se 4:24-cv-00565-O    Document 24    Filed 10/21/24    Page 157 of 172    PageID 2

362    THIRD CONGRESS. Sess. I. Ch. 23. 1794.

Treasury, the Treasurer, the Secretary of State, the Secretary at War, Commissioner of the Revenue, the Postmaster General, his assistant and deputies: And the deputy postmasters shall receive, besides their other allowances, two cents for each free letter or packet (their own excepted) which shall be delivered to the person addressed out of their respective offices. *Provided*, That no person shall frank or inclose any letter or packet, other than his own; but any public letter or packet from the department of the treasury, may be franked by the Secretary of the Treasury, or by the Commissioner of the Revenue, Comptroller, Register, Auditor or Treasurer: And that each person before named shall deliver into the post-office, every letter or packet inclosed to him, which may be directed to any other person, noting the place from whence it came by post, and the usual postage shall be charged thereon: *And provided also*, That no letter to or from a deputy postmaster shall be free of postage, if it exceeds half an ounce in weight.

Penalty on counterfeiting the franking of letters.

SEC. 20. *And be it further enacted*, That if any person shall counterfeit the hand-writing of any other person, in order to evade the payment of postage, such person or persons so offending, and being thereof duly convicted, shall forfeit and pay, for every such offence, the sum of one hundred dollars.

Privilege of newspaper printers.

SEC. 21. *And be it further enacted*, That every printer of newspapers may send one paper to each and every other printer of newspapers within the United States, free of postage, under such regulations as the Postmaster General shall provide.

Newspapers how to be put up for the mail.

SEC. 22. *And be it further enacted*, That all newspapers conveyed in the mail, shall be under cover, open at one end, carried in separate bags from the letters, and charged with the payment of one cent each, for any distance not more than one hundred miles, and one cent and a half for any greater distance: *Provided*, That the postage of a single newspaper, from any one place to another in the same state, shall not exceed one cent. And that where the mode of conveyance, and the size of the mails will admit of it, magazines and pamphlets may be transported in the mail, at one cent per sheet, for conveyance, any distance not exceeding fifty miles, one and a half cent for any distance over fifty miles and not exceeding one hundred, and two cents per sheet for any greater distance. And it shall be the duty of the Postmaster

Postmaster General and deputies to keep separate accounts of them.

General and his deputies to keep a separate account for the newspapers, magazines and pamphlets; and the deputy-postmasters shall receive fifty per cent. on the postage thereof, exclusively of their other allowances:

Fine on enclosing letters, &c. in newspapers.

And if any letter, memorandum in writing, or other thing be inclosed in, or placed among such newspapers, or if any note or memorandum, other than the name of the person to whom it is addressed, be written upon any such newspaper, the letter, memorandum, or other thing so inclosed or placed, and the newspaper on which such memorandum shall be written, shall be detained by the deputy-postmaster, until a sum shall be paid him equal to the postage of the whole packet in which they shall be found, calculating such postage at the rates established by this act for letters and packets. And that any printer, or other person, who shall conceal a letter, or any memorandum in writing, in a newspaper, or among any package of newspapers, shall be liable, on conviction, to a fine for each offence not exceeding five dollars. And if any of the per-

On embezzling newspapers.

sons employed in any department of the post-office shall unlawfully detain, delay, embezzle or destroy any newspaper, magazine or pamphlet, with which he shall be entrusted, such offenders, for every such offence,

Postmaster General may permit contractors to carry newspapers,

shall forfeit a sum not exceeding fifty dollars: *Provided*, That the Postmaster General, in any contract he may enter into, for the conveyance of the mail, may authorize the person with whom such contract is made, to carry newspapers, magazines and pamphlets, other than those carried in the mail.

Sec. 23. *And be it further enacted,* That the Postmaster General be, and he is hereby authorized to allow to the deputy postmasters, respectively, such commission on the monies arising from the postage of letters and packets, as he shall think adequate to their respective services and expenses: *Provided,* The said commission shall not exceed twenty per cent. to any one deputy, except the postmaster at the port where the European packets do or shall arrive, to whom such farther allowance, in addition to the emoluments of his office, shall be made, as the Postmaster General shall deem a reasonable compensation for his extra services, in the receipt and dispatch of letters originally received into his office, from on board such packets, and by him forwarded to other offices: And except the deputy postmaster at Burlington, on Lake Champlain, whose compensation the Postmaster General is hereby authorized to augment, on account of his extra trouble in receiving mails passing to and from Canada, to a sum, not exceeding one hundred dollars per annum: And except certain deputy postmasters who are obliged to rise in the night to receive mails, whose compensations the Postmaster General is hereby authorized to increase, not exceeding forty per cent. on the amount of monies arising on the postage of letters and packets: *And provided also,* That the compensations aforesaid shall not exceed one thousand eight hundred dollars per annum to any one postmaster, excepting the deputy postmaster at Philadelphia, who shall be allowed a compensation, not exceeding the sum of three thousand five hundred dollars a year, including all perquisites and emoluments, of which a regular account shall be rendered to the Postmaster General: And excepting the deputy postmaster at New York, who shall be allowed a compensation, not exceeding two thousand seven hundred dollars a year, including all perquisites and emoluments, of which a regular account shall be rendered, as aforesaid: *Provided also,* That the reasonable charges of the deputy postmasters for stationery, for cases necessary for the safe-keeping and convenient distribution of letters, and for advertising the lists of letters, from time to time, remaining in their offices, accompanied with proper vouchers, shall be admitted by the Postmaster General, and placed to their credit: And there shall also be allowed to the deputy postmaster of Philadelphia, for his extraordinary expenses incurred in the execution of his office, under the existing law, an additional compensation, at the rate of eight hundred and fifty dollars a year, to be computed from the first day of July, one thousand seven hundred and ninety-two, to the first day of June next.(a)

*Margin notes:*
And allow commission to deputies.

Not to exceed 20 per cent. except at port where packets arrive,

and at Burlington on Lake Champlain.

Allowance to certain deputies who rise in the night.

Not to exceed $1,800 per annum, Except deputy postmasters at Philadelphia and New York.

Allowance of stationery, &c.

Extra allowance to postmaster of Philadelphia.

---

(a) The decisions of the courts of the United States on the duties and obligations of the "Postmaster General," "Postmasters," and the "Post-office," have been:

When the issue is taken upon the neglect of the postmaster himself, it is not competent to give in evidence the neglect of his assistant. Dunlop v. Monroe, 7 Cranch, 242; 2 Cond. Rep. 484.

When it is intended to charge a postmaster for the negligence of his assistants, the pleadings must be made up according to the case; and his liability then will only result from his own neglect in not properly superintending the discharge of their duties in his office. *Ibid.*

In order to make a postmaster liable for negligence, it must appear that the loss or injury sustained by the plaintiff, was the consequence of his negligence. *Ibid.*

Parol evidence cannot be given, that one set of written instructions from the postmaster general superseded the other. *Ibid.*

The circuit courts of the Union have jurisdiction, under the constitution, and the acts of April 30, 1810, sec. 29, and of March 3. 1815, sec. 4, of suits brought in the name of "The Postmaster General of the United States," on bonds given to the postmaster general by a deputy postmaster, conditioned "to pay all monies that shall come to his hands for the postages of whatever is by law chargeable with postage, to the postmaster general of the United States for the time being, deducting only the commission and allowances made by law, for his care, trouble and charges in managing said office," &c. Postmaster General v. Early, 12 Wheat. 136; 6 Cond. Rep. 480.

The postmaster general has a right to take a bond from postmasters to him, as postmaster general, under the different acts establishing and regulating the post-office department; and particularly under the act of May 1, 1810, chap. 42, sec. 29. *Ibid.*

An entry in the post bill, is by no means conclusive evidence of the transmission of a letter so as to charge the postmaster for it; still, it may never have been put into the mail, or it may have been stolen on the passage. Dunlop v. Monroe, 7 Cranch, 242: 2 Cond. Rep. 484.

The neglect of the postmaster general to sue for balances due by postmasters, within the time pre-

Postmaster general to prosecute deputies neglecting to settle, and

SEC. 24. *And be it further enacted,* That if any deputy postmaster, or other person authorized to receive the postage of letters and packets, shall neglect or refuse to render his accounts, and pay over to the Postmaster General, the balance by him due, at the end of every three months,

---

scribed by law, although he is thereby rendered personally chargeable by the United States with such balances, is not a discharge of such postmasters or their sureties from liability on their official bonds. Nor is an order from the postmaster general to retain those balances, directed to the postmaster, until they should be drawn for by the general post-office.  Locke *v.* The Postmaster General, 3 Mason's C. C. R. 446.

The provisions of law enjoining on the postmaster general to require from his deputies regular periodical settlements and payments, are directory to him, but they form no condition in the contract between the postmasters and their sureties.  *Ibid.*

The postmaster general cannot sue in the federal courts under that part of the constitution which gives jurisdiction to those courts in consequence of the character of the party, nor is he authorized to sue by the judiciary act.  He comes into the courts of the United States under the authority of an act of Congress, the constitutionality of which rests upon the admission that his suit is a case arising under a law of the United States.  Osborn et al. *v.* The Bank of United States, 9 Wheat. 738 ; 5 Cond. Rep. 741.

The act of Congress, for regulating the post-office department, does not, in terms, discharge the obligors, in the official bond of a deputy postmaster, from the direct claim of the United States upon them, on the failure of the postmaster general to commence a suit against the defaulting postmaster, within the time prescribed by law.  Their liability, therefore, continues.  They remain the debtors of the United States.  The responsibility of the postmaster general is superadded to, not substituted for, that of the obligors.  Dox et al. *v.* The Postmaster General, 1 Peters, 323.

The claim of the United States, upon the official bond of a postmaster, and upon all the parties thereto, is not released by the laches of the postmaster general, to whom the assertion of this claim is entrusted by law.  Such laches have no effect, whatsoever, on the claims of the United States, as well on the sureties, as upon the principal in the bond.  *Ibid.*

The circuit court of the United States for the District of Columbia, has a right to award a mandamus to the postmaster general of the United States, requiring him to pass to the credit of certain contractors carrying the United States mail, a sum found to be due to them, by the solicitor of the treasury of the United States, the solicitor acting under the provisions of a special act of Congress.  The mandamus does not seek to direct or control the postmaster general in the performance of an official duty, partaking in any respect of an executive character; but to enforce the performance of a mere ministerial act, which neither he, nor the President, has any authority to control.  Kendall, Postmaster General *v.* The United States, on the relation of Stockton and Stokes, 12 Peters, 524.

The distinction between the relation of a postmaster to his sworn assistant acting under him, and between master and servant generally, has long been settled ; and though the latter relation might sanction the admission of evidence in an action against the postmaster, to show the neglect of the assistant, if it is intended to charge the postmaster with the neglect of the assistant, the pleading must be made up according to the case ; and his liability will then only result from his neglect in not properly superintending the discharge of their duties in his office.  Dunlop *v.* Monroe, 7 Cranch, 242 ; 2 Cond. Rep. 484.

Where there are items of debit and credit, in a running account between the postmaster general and the deputy postmasters, in the absence of any specific appropriation by either party, the credits are to be applied to the discharge of the debits antecedently due, in the order of the account.  Postmaster General *v.* Furber, 4 Mason's C. C. R. 333.

The official bonds taken by the postmaster general from his deputies are valid ; and the omission to bring suits on such bonds, for the defaults of the principal in such a bond, does not discharge the sureties.  Postmaster General *v.* Reeder, 4 Wash. C. C. R. 678.

The mere omission to bring suit on such official bonds, by the postmaster general, against a deputy postmaster, is not, per se, evidence of fraud.  *Ibid.*

The giving a new official bond by a deputy postmaster, does not discharge his sureties under the old bond, for the past or subsequent defaults of the postmaster.  *Ibid.*

The order of the postmaster general, to the deputy postmaster, not to remit the money he may receive, but to retain it to answer his drafts, does not discharge the sureties.  *Ibid.*

The equity rule of limitations applied to bonds where there has been no demand for twenty years, is a mere presumption of payment, not an absolute limitation.  Postmaster General *v.* Rice, Gilpin's D. C. R. 562.

The provisions of the act of March 3, 1825, releasing the sureties of a deputy postmaster where suit is not brought within two years after a default, do not apply to a default which occurred before the passing of the act.  *Ibid.*

The law which limits suits by the postmaster general against sureties, to two years after a default of the principal, does not operate in cases of balances unpaid at the end of a quarter, which are subsequently liquidated by the receipts of a succeeding one.  Postmaster General *v.* Norvel, Gilpin's D. C. R. 131.

A bond given by a postmaster, with sureties, for the performance of official duties, does not constitute a binding contract, until approved and accepted by the postmaster general.  *Ibid.*

The reception and detention of an official bond, by the postmaster general for a considerable time, without objection, is sufficient proof of its acceptance.  *Ibid.*

The return of a bond to the principal obligor, by the postmaster general, for the purpose of obtaining additional security, affords no proof that it was not accepted ; nor does it amount either to a surrender or cancelling of it.  *Ibid.*

The postmaster general has a right to require a bond from a deputy postmaster, for the faithful performance of his duties, although such bond is not expressly required by law.  Postmaster General *v.* Rice, Gilpin's D. C. R. 554.

Case 4:24-cv-00565-O    Document 24    Filed 10/21/24    Page 160 of 172    PageID 2

THIRD CONGRESS.    Sess. I. Ch. 23.  1794.    365

it shall be the duty of the Postmaster General to cause a suit to be commenced against the person or persons so neglecting or refusing: and if the Postmaster General shall not cause such suit to be commenced within six months from the end of every such three months, the balances due from every such delinquent, shall be charged to, and recoverable from, the Postmaster General.

<div style="text-align: right; font-style: italic;">Penalty on his neglect thereof.</div>

SEC. 25. *And be it further enacted,* That all pecuniary penalties and forfeitures incurred under this act, shall be, one half for the use of the person or persons informing and prosecuting for the same, and the other half to the use of the United States.

<div style="text-align: right; font-style: italic;">Appropriation of penalties, &c.</div>

SEC. 26. *And be it further enacted,* That it shall be lawful for the Postmaster General, to make provision, where it may be necessary, for the receipt of all letters and packets intended to be conveyed by any ship or vessel, beyond sea, or from any port of the United States to another port therein; and the letters so received shall be formed into a mail, sealed up, and directed to the postmaster of the port, to which

<div style="text-align: right; font-style: italic;">Postmaster General to make provision for the conveyance of letters by sea.</div>

---

The provisions of the act of March 3, 1825, substitute a certified statement of the settled account as evidence in suits against deputy postmasters, in lieu of the certified account current required by the act of April 30, 1810. *Ibid.*

A mail carrier is within the 18th section of the " act regulating the post-office establishment," subjecting to a penalty in certain cases, persons employed in any departments of the general post-office. United States *v.* Belew, 2 Brockenb. C. C. R. 280.

The United States instituted a suit against the Bank of the Metropolis, claiming twenty-seven thousand eight hundred and eighty-one dollars and fifty-seven cents, the balance, according to the statements of the Treasury, due to the United States. The defendant claimed credits amounting to twenty-three thousand dollars, exclusive of interest, which had been presented to the proper accounting officers, for acceptances of the post-office department of the drafts of mail contractors, and an item of six hundred and eleven dollars and fifty-two cents, overdraft of an officer of the post-office department, on the Bank of the Metropolis. The drafts of the contractors, accepted by the post-office department, were discounted by the Bank, in the way of business; one draft was accepted unconditionally, the other drafts were accepted, " on condition, that the contracts be complied with." Held : That the Bank became the holder of the draft unconditionally accepted, for valuable consideration; and its right to charge the United States with the amount cannot be defeated by any equities between the drawers, and the post-office. The United States *v.* The Bank of the Metropolis, 15 Peters, 377.

It was no matter, how the account of the drawer of the draft unconditionally accepted stood with the post-office department; whether he was a debtor or a creditor; whether the Bank knew one or the other. An unconditional acceptance was tendered to the Bank for discount. It was not the duty of the Bank to inquire how the account stood, or for what purpose the acceptance was made. All it had to look to was the genuineness of the acceptance, and the authority of the officer to give it. *Ibid.*

The rule is, that the want of consideration between the drawer and the acceptor is no defence against the rights of a third party, who has given a consideration for the bill: and this, even though the acceptor has been defrauded by the drawee, if that be not known to such third party. *Ibid.*

If one purpose making a conditional acceptance only, and commit that acceptance to writing, he should be careful to express the condition therein. He cannot use general terms, and then exempt himself from liability, by relying upon particular facts which have already happened, though they are connected with the conditional acceptance. By express terms the acceptor might have guarded against any construction, other than that which was intended by, or was the apparent meaning of the words of the acceptance. It matters not what the acceptor meant by a cautious and precise phraseology, if it be not expressed as a condition. *Ibid.*

Nothing out of the condition expressed in the words of the acceptance can be inferred; unless it be in a case where the words used are so ambiguous as to make it necessary that parol evidence should be resorted to, to explain them. *Ibid.*

If two persons deal in relation to the executory contracts of a third, and one of them, being the obligee, induces the other to advance money, " upon condition that his contracts be complied with," and he knows that forfeitures have been already incurred by the obligor, for breaches of his contract, and does not say so, he shall not be permitted afterwards to get rid of his liability, by saying, " I cannot pay you, for when I accepted there was already due to me from the drawer of the bills more than I accepted for ; you did not choose to make inquiry." *Ibid.*

The terms " accepted, when the contracts of the drawer of the bill are complied with," are not retroactive ; they do not refer to past transactions, to the subsequent performance of the contractors. *Ibid.*

The postmaster general had the same power, and no more, over the credits allowed by his predecessor, if allowed within the scope of his official authority, as given by law to the head of the department. This right in an incumbent of reviewing a predecessor's decisions, extends to mistakes in matters of fact, arising from errors in calculation, and to cases of rejected claims in which material testimony is afterwards discovered and produced. But, if a credit has been given, or an allowance made by the head of a department, and it is alleged to be an illegal allowance, the judicial tribunals must be resorted to, to construe the law under which the allowance was made ; and to settle the right between the United States and the party to whom the credit was given. It is no longer a case between one officer's judgment, and that of his successor. No statute is necessary to authorize the United States to sue in such a case. The right to sue is independent of statute, and it may be done by the direction of the incumbent of the department. The United States *v.* The Bank of the Metropolis, 15 Peters, 377.

<div style="text-align: center;">2 H 2</div>

se 4:24-cv-00565-Q    Document 24    Filed 10/21/24    Page 161 of 172    PageID

366                    THIRD CONGRESS.  Sess. I. Ch. 24.  1794.

such ship or vessel shall be bound.   And for every letter or packet, so received, there shall be paid, at the time of its reception, a postage of one cent, which shall be for the use of the postmasters, respectively, receiving the same.   And the Postmaster General may make arrangements with the postmasters in any foreign country, for the reciprocal receipt and delivery of letters and packets, through the post-offices.

*Postmasters &c. exempt from militia duty.*

SEC. 27. *And be it further enacted,* That the deputy postmasters, and the persons employed in the transportation of the mail, shall be exempt from militia duties, or any fine or penalty for neglect thereof.

*Letter carriers*

SEC. 28. *And be it further enacted,* That letter carriers shall be employed at such post-offices as the Postmaster General shall direct, for the delivery of letters in the places, respectively, where such post-offices are established; and for the delivery of each such letter, the letter carrier

*may receive two cents for each letter.*

may receive of the person to whom the delivery is made, two cents: *Provided,* That no letter shall be delivered to such letter carrier for distribution, addressed to any person who shall have lodged at the post-office a written request, that his letters shall be detained in the office. And for every letter lodged at any post-office, not to be carried by post, but to be delivered at the place where it is so lodged, the deputy postmaster shall receive one cent of the person to whom it shall be delivered.

*When this act shall be in force.*

SEC. 29. *And be it further enacted,* That this act shall be in force, from the first day of June next.

APPROVED, May 8, 1794.

STATUTE I.

_Ay 9, 1794._

[Repealed.]

CHAP. XXIV.—*An Act providing for raising and organizing a Corps of Artillerists and Engineers.*

*Troops to be raised for three years.*

SECTION 1. *Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That the number of seven hundred and sixty-four non-commissioned officers, privates and

1802, ch. 9.

artificers, to serve as privates and musicians, shall be engaged for the term of three years, by voluntary enlistments; and that the proper proportion of commissioned officers shall be appointed to command the same.

*How incorporated with the corps of artillery.*

SEC. 2. *And be it further enacted,* That the aforesaid commissioned and non-commissioned officers, privates, artificers and musicians, shall be incorporated with the corps of artillery now in the service of the United States, and denominated the corps of artillerists and engineers,

*To be denominated corps of artillerists and engineers.*

and that the entire number of the said corps, exclusively of the commissioned officers, shall be nine hundred and ninety-two.

*Organization.*

SEC. 3. *And be it further enacted,* That the organization of the said corps be as herein mentioned, to wit:  One lieutenant-colonel commandant, one adjutant, one surgeon; four battalions, each to consist of one major, one adjutant and paymaster, and one surgeon's mate; and four companies, each to consist of one captain, two lieutenants, two cadets with the pay, clothing and rations of a sergeant, four sergeants, four corporals, forty-two privates, sappers and miners, and ten artificers to serve as privates, and two musicians.

*Pay and allowance.*

SEC. 4. *And be it further enacted,* That the additional commissioned officers, non-commissioned officers, privates, artificers and musicians, by this act directed to be raised, shall receive the same pay and allowances in all respects, as the troops already in the service of the United States; and they shall also be governed by the same rules and articles of war, which have been, or may be by law established.

*Secretary at War to provide books and apparatus.*

SEC. 5. *And be it further enacted,* That it shall be the duty of the Secretary of War to provide, at the public expense, under such regulations as shall be directed by the President of the United States, the necessary books, instruments and apparatus, for the use and benefit of the said corps.

# EXHIBIT FF

# HEINONLINE

DATE DOWNLOADED: Thu Jun 27 16:46:16 2024
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
To establish the post-office of the United States., Chapter 43, 5 Congress, Public
Law 5-43. 1 Stat. 733 (1799).

ALWD 7th ed.
To establish the post-office of the United States., Chapter 43, 5 Congress, Public
Law 5-43. 1 Stat. 733 (1799).

APA 7th ed.
To establish the post-office of the United States., Chapter 43, Congress, Public Law
5-43. Stat. 733 (1799).

Chicago 17th ed.
"Chapter 43, 5 Congress, Session 3, An Act: To establish the post-office of the
United States.," U.S. Statutes at Large 1 (1799): 733-741

McGill Guide 9th ed.
To establish the post-office of the United States., Chapter 43, 5 Congress, Public
Law 5-43. 1 Stat. 733 (1799).

AGLC 4th ed.
To establish the post-office of the United States., Chapter 43, 5 Congress, Public
Law 5-43. 1 Stat. 733 (1799)

MLA 9th ed.
To establish the post-office of the United States., Chapter 43, 5 Congress, Public
Law 5-43. 1 Stat. 733 (1799). HeinOnline.

OSCOLA 4th ed.
To establish the post-office of the United States., Chapter 43, 5 Congress, Public
Law 5-43. 1 Stat. 733 (1799).          Please note: citations are provided as a
general guideline. Users should consult their preferred citation format's style
manual for proper citation formatting.

Provided by:
Harvard Law School Library

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from uncorrected OCR text.
-- To obtain permission to use this article beyond the scope of your license, please use:
   *Copyright Information*

se 4:24-cv-00565-O    Document 24    Filed 10/21/24    Page 164 of 172    PageID 2

FIFTH CONGRESS. Sess. III. Ch. 43. 1799.    733

Chap. XLIII.—*An Act to establish the Post-Office of the United States.*

SECTION 1. *Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That there be established at the seat of government of the United States, a General Post-office, under the direction of a Postmaster General. The Postmaster General shall appoint an assistant, and such clerks as may be necessary for performing the business of his office; he shall establish post-offices, and appoint postmasters, at all such places as shall appear to him expedient, on the post roads that are or may be established by law; he shall give his assistant, the postmasters, and all other persons whom he shall employ, or who may be employed in any of the departments of the general post-office, instructions relative to their duty; he shall provide for the carriage of the mail on all post roads that are or may be established by law, and as often as he, having regard to the productiveness thereof, and other circumstances, shall think proper; he may direct the route or road where there are more than one between places designated by law for a post road, which route shall be considered the post road; he shall obtain from the postmasters their accounts and vouchers for their receipts and expenditures once in three months, or oftener, with the balances thereon arising in favour of the general post-office; he shall pay all expenses which may arise in conducting the post-office, and in the conveyance of the mail, and all other necessary expenses arising on the collection of the revenue, and management of the general post-office; he shall prosecute offences against the post-office establishment; he shall once in three months render to the Secretary of the Treasury a quarterly account of all the receipts and expenditures in the said department, to be adjusted and settled as other public accounts; he shall also superintend the business of the department in all the duties that are or may be assigned to it. *Provided,* that in case of the death, resignation, or removal from office of the Postmaster General, all his duties shall be performed by his assistant, until a successor shall be appointed and arrive at the general post-office to perform the business.

SEC. 2. *And be it further enacted,* That the Postmaster General, and all other persons employed in the general post-office, or in the care, custody, or conveyance of the mail, shall, previous to entering upon the duties assigned to them, or the execution of their trusts, and before they shall be entitled to receive any emolument therefor, respectively take and subscribe the following oath or affirmation, before some magistrate, and cause a certificate thereof to be filed in the general post-office, " I, A. B. do swear (or affirm, as the case may be) that I will faithfully perform all the duties required of me, and abstain from every thing forbidden by the laws in relation to the establishment of the post-office and post roads within the United States." Every person who shall be in any manner employed in the care, custody, conveyance or management of the mail, shall be subject to all pains, penalties and forfeitures for violating the injunctions, or neglecting the duties required of him by the laws relating to the establishment of the post-office and post roads, whether such person shall have taken the oath or affirmation above prescribed or not.

SEC. 3. *And be it further enacted,* That if any person shall knowingly and wilfully obstruct or retard the passage of the mail, or of any driver or carrier, or of any horse or carriage carrying the same, he shall, upon conviction, for every such offence, pay a fine not exceeding one hundred dollars: And if any ferryman shall, by wilful negligence or refusal to transport the mail across any ferry, delay the same, he shall forfeit and pay for each half hour that the same shall be so delayed, a sum not exceeding ten dollars.

3 Q

STATUTE III.

March 2, 1799.

Repealed April 30, 1810, ch. 37. Act of March 3, 1825, ch. 65.

General post-office to be established.

Powers and duties of the Postmaster General.

Acts of March 3, 1845, ch. 43, 69.

In case of vacancy his duties to devolve on his assistant.

Officers of the post-office to take an oath.

Penalty on obstructing the mail.

**App.164**

**Contracts for carrying the mail.**

Sec. 4. *And be it further enacted,* That it shall be the duty of the Postmaster General to give public notice, in one or more of the newspapers published at the seat of government of the United States, and in one or more of the newspapers published in the state or states where the contract is to be performed, for at least six weeks before entering into any contract for carrying the mail, that such contract is intended to be made, and the day on which it is to be concluded, describing the places from and to which such mail is to be conveyed, the time at which it is to be made up, and the day and hour at which it is to be delivered: He shall, moreover, within ninety days after the making of any contract, lodge a duplicate thereof, together with the proposals which he shall have received respecting it, in the office of the Comptroller of the Treasury of the United States. *Provided,* that no contract shall be entered into for a longer term than four years.

**Duty of Postmasters.**

Sec. 5. *And be it further enacted,* That every postmaster shall keep an office, in which one or more persons shall attend at such hours as the Postmaster General shall direct, for the purpose of performing the duties thereof, and all letters brought to any post-office half an hour before the time of making up the mail at such office, shall be forwarded therein; except at such post-offices, where, in the opinion of the Postmaster General, it requires more time for making up the mail, and which he shall accordingly prescribe, but this shall in no case exceed one hour.

**No fees to be received by persons employed in the general post-office.**

Sec. 6. *And be it further enacted,* That no fees or perquisites shall be received by any person employed in the general post-office on account of the duties to be performed by virtue of his appointment.

Sec. 7. *And be it further enacted,* That the following rates of postage shall be charged on all letters and packets (excepting such as herein after exempted) conveyed by the posts of the United States, viz.

**Rates of postage.**

For every letter composed of a single sheet of paper, conveyed not exceeding forty miles, eight cents.

Over forty and not exceeding ninety miles, ten cents.

Over ninety, and not exceeding one hundred and fifty miles, twelve and an half cents.

Over one hundred and fifty, and not exceeding three hundred miles, seventeen cents.

Over three hundred, and not exceeding five hundred miles, twenty cents.

Over five hundred miles, twenty-five cents.

And for every double letter, or one composed of two pieces of paper, double those rates; and for every triple letter, or one composed of three pieces of paper, triple those rates; and for every packet composed of four or more pieces of paper, or other thing, and weighing one ounce avoirdupois, quadruple those rates, and in that proportion for all greater weight: *Provided,* that no packet of letters conveyed by the water mails shall be charged with more than quadruple postage, unless the same shall actually contain more than four distinct letters. No postmaster shall be obliged to receive, to be conveyed by the mail, any packet which shall weigh more than three pounds.

**Packets containing more than three lbs. may not be carried.**

Sec. 8. *And be it further enacted,* That every letter or packet brought into the United States, or carried from one port therein to another, in any private ship or vessel, shall be charged with six cents, if delivered at the post-office where the same shall arrive, and if destined to be conveyed by post to any other place, with two cents added to the ordinary rates of postage.

**Penalty on fraudulently receiving illegal postage, &c.**

Sec. 9. *And be it further enacted,* That if any postmaster, or other person authorized by the Postmaster General to receive the postages of letters, shall fraudulently demand or receive any rate of postage, or gratuity, or reward, other than is provided by this act, for the postage of letters or packets, on conviction thereof, he shall forfeit for every such

offence, one hundred dollars, and shall be rendered incapable of holding any office or appointment under the United States.

SEC. 10. *And be it further enacted*, That no ship or vessel arriving at any port within the United States, where a post-office is established, shall be permitted to report, make entry, or break bulk, until the master or commander shall have delivered to the postmaster, all letters directed to any person or persons within the United States, which under his care, or within his power, shall be brought in such ship or vessel, except such as are directed to the owner or consignee of the ship or vessel, and except also such as are directed to be delivered at the port of delivery, to which such ship or vessel may be bound. And it shall be the duty of the collector, or other officer of the port empowered to receive entries of ships or vessels, to require from every master or commander of such ship or vessel, an oath or affirmation, purporting that he has delivered all such letters, except as aforesaid.

> Masters of vessels to deliver letters into the post-office.

SEC. 11. *And be it further enacted*, That the postmasters to whom such letters may be delivered, shall pay to the master or commander, or other person delivering the same, except the commanders of foreign packets, two cents for each letter or packet, and shall obtain from the person delivering the same, a certificate specifying the number of letters and packets, with the name of the ship or vessel, and the place from whence she last sailed; which certificate, together with a receipt for the money, shall be, with his quarterly accounts, transmitted to the Postmaster General, who shall credit him with the amount.

> Masters of vessels allowed two cents for each letter.

SEC. 12. *And be it further enacted*, That if any person, other than the Postmaster General, or his deputies, or persons by them employed, shall be concerned in setting up or maintaining any foot or horse post, stage wagon, or other stage carriage, on any established post road, or from one post town to another post town on any road adjacent or parallel to an established post road, or any packet boat or other vessel, to ply regularly from one place to another between which a regular communication by water shall be established by the United States, and shall receive any letter or packet, other than newspapers, magazines, or pamphlets, and carry the same by such foot or horse post, stage wagon, or other stage carriage, packet boat, or vessel, excepting only such letter or letters as may be directed to the owner or owners of such conveyance, and relating to the same, or to the person to whom any package or bundle in such conveyance is intended to be delivered, every person so offending shall forfeit, for every such offence, the sum of fifty dollars: *Provided*, that it shall be lawful for any person to send letters or packets by a special messenger.

> Penalty on persons, not authorized, carrying letters, &c.

SEC. 13. *And be it further enacted*, That the deputy postmasters, and other agents of the Postmaster General, shall duly account and answer to him, for all way letters which shall come to their hands: and for this purpose, the post riders, and other carriers of the mail, receiving any way letter or letters (and it shall be their duty to receive them, if presented more than two miles from a post-office) shall deliver the same, together with the postage, if paid, at the first post-office to which they shall afterwards arrive, where the postmaster shall duly enter the same, and specify the number, and rate or rates in the post-bill, adding to the rate of each way letter, one cent, which shall be paid by the postmaster to the mail carrier from whom such way letter shall be received. And that letters directed to persons living between post-offices may be delivered, and the postage thereof duly collected, it shall be the duty of the carriers of the mail to take charge of, and deliver all such letters as shall, for that purpose, be committed to them, by any postmaster, and collect the postage thereof, which shall be paid over to such postmaster on demand. And for every letter so delivered, the mail-carrier delivering the same shall be allowed to demand and receive two cents to his

> Way letters.

**App.166**

own use, besides the ordinary postage. And if any postmaster, or other agent of the Postmaster General, shall neglect so to account, he or they so offending, shall, on conviction thereof, forfeit, for every such offence, a sum not exceeding fifty dollars: *Provided*, that no mail-carriers shall make such deliveries at any place not on the post road: *Provided also*, that the receipt and delivery of letters on the way, between post-offices, shall not be required of the mail-carriers in cases where, in the opinion of the Postmaster General, the time or manner of carrying the mail, or the speed of conveyance is incompatible with such receipts and deliveries.

Penalty on detaining, delaying or embezzling letters.

SEC. 14. *And be it further enacted,* That if any person employed in any of the departments of the general post-office, shall unlawfully detain, delay or open any letter, packet, bag or mail of letters, with which he shall be entrusted, or which shall have come to his possession, and which are intended to be conveyed by post, or if any such person shall secrete, embezzle or destroy any letter or packet entrusted to him as aforesaid, and which shall not contain any security for, or assurance relating to money, as herein after described, every such offender, being thereof duly convicted, shall, for every such offence, be fined, not exceeding three hundred dollars, or imprisoned, not exceeding six months, or both, according to the circumstances and aggravations of the offence. And if any person employed as aforesaid, shall secrete, embezzle, or destroy any letter, packet, bag or mail of letters, with which he shall be entrusted, or which shall have come to his possession, and are intended to be conveyed by post, containing any bank note, or bank post-bill, bill of exchange, warrant of the treasury of the United States, note of assignment of stock in the funds, letters of attorney for receiving annuities or dividends, or for selling stock in the funds, or for receiving the interest thereof, or any letter of credit, or note for, or relating to payment of monies, or any bond or warrant, draft, bill or promissory note whatsoever, for the payment of money; or if any such person, employed as aforesaid, shall steal or take any of the same out of any letter, packet, bag or mail of letters, that shall come to his possession, he shall, on conviction for any such offence, be publicly whipped, not exceeding

Penalty on carriers deserting the mail; or carrying letters contrary to law.

forty stripes, and be imprisoned not exceeding ten years. And if any person, who shall have taken charge of the mail of the United States, shall quit or desert the same, before his arrival at the next post-office, every such person so offending, shall forfeit and pay a sum not exceeding five hundred dollars for every such offence. And if any person concerned in carrying the mail of the United States, shall collect, receive or carry any letter or packet, or shall cause or procure the same to be done, contrary to this act, every such offender shall forfeit and pay, for every such offence, a sum not exceeding fifty dollar

Penalty on robbing the mail-carriers, or attempting it;—

SEC. 15. *And be it further enacted*, That if any person shall rob any carrier of the mail of the United States, or other person entrusted therewith, of such mail, or of part thereof, such offender or offenders shall, on conviction, be publicly whipped, not exceeding forty lashes, and be imprisoned not exceeding ten years; and if convicted a second time of a like offence, he or they shall suffer death: or if in effecting such robbery of the mail, the first time, the offender shall much wound the person having custody thereof, or put his life in jeopardy, by the use of dangerous weapons, such offender or offenders shall suffer death. And if any person shall attempt to rob the mail of the United States, by falling upon the person having custody thereof, shooting at him or his horses, or threatening him with dangerous weapons, and the robbery is not effected, every such offender, on conviction thereof, shall be punished by whipping, not exceeding thirty lashes, or with imprisonment, not exceeding two years, or with both, according to the discretion of the court before whom such conviction is had. And if any person shall

**App.167**

steal the mail, or shall steal or take from or out of any mail, or from or out of any post-office, any letter or packet, or if any person shall take the mail, or any letter or packet therefrom or from any post-office, whether with or without the consent of the person having custody thereof, and shall open, embezzle, or destroy any such mail, letter or packet, the same containing any article of value, or evidence of any debt, due, demand, right or claim, or if any person shall, by fraud or deception, obtain from any person having custody thereof, any mail, letter or packet, containing any article of value, or evidence thereof, such offender or offenders, on conviction thereof, shall be whipped, not exceeding thirty lashes, or imprisoned, not exceeding two years, or both, at the discretion of the court before whom such conviction is had. And if any person shall take any letter or packet, not containing any article of value or evidence thereof out of a post-office, or shall open any letter or packet which shall have been in a post-office, or in the custody of a mail-carrier, before it shall have been delivered to the person to whom it is directed, with design to obstruct the correspondence, to pry into another's business, or secrets, or shall secrete, embezzle or destroy any such mail letter or packet, such offender, upon conviction, shall pay for every such offence a sum not exceeding one hundred dollars. *Provided also, and be it further enacted*, that every person who shall be imprisoned by a judgment of court under the 14th and 15th sections of this act, shall be kept at hard labour during the period of such imprisonment.

*or stealing the mail, &c.*

*Penalty on taking away or opening letters.*

*Proviso.*

SEC. 16. *And be it further enacted*, That the postmasters shall, respectively, publish at the expiration of every three months, or oftener, when the Postmaster General shall so direct, in one of the newspapers published at or nearest the place of his residence, for three successive weeks, a list of all the letters remaining in their respective offices, or instead thereof, shall make out a number of such lists, and cause them to be posted at such public places in their vicinity, as shall appear to them best adapted for the information of the parties concerned; and at the expiration of the next three months, shall send such of the said letters as then remain on hand as dead letters, to the general post-office, where the same shall be opened and inspected; and if any valuable papers or matter of consequence shall be found therein, it shall be the duty of the Postmaster General to return such letter to the writer thereof, or cause a descriptive list thereof to be inserted in one of the newspapers published at the place most convenient to the supposed residence of the owner, if within the United States; and such letter, and the contents, shall be preserved, to be delivered to the person to whom the same shall be addressed, upon payment of the postage and the expense of publication. And if such letter with its contents, be not demanded by the person to whom it is addressed, or the owner thereof, or his lawful agent, within two years after the advertisement thereof as aforesaid, the said contents shall be applied to the use of the United States, until the same shall be reclaimed by the proprietor thereof. The manner of such application to be specially stated by the Postmaster General to the Secretary of the Treasury.

*Letters on hand to be advertised.*

*Dead letters.*

SEC. 17. *And be it further enacted*, That letters and packets to and from the following officers of the United States, shall be received and conveyed by post, free of postage. Each postmaster, provided each of his letters or packets shall not exceed half an ounce in weight; each member of the Senate and House of Representatives of the Congress of the United States; the Secretary of the Senate and Clerk of the House of Representatives, provided each letter or packet shall not exceed two ounces in weight, and during their actual attendance in any session of Congress, and twenty days after such session; the President of the United States; Vice President; the Secretary of the Treasury; Comptroller; Auditor; Register; Treasurer; Commissioner of the Reve-

*Free letters and newspapers.*

VOL. I.—93                    3 Q 2

**App.168**

nue; Supervisors of the Revenue; Inspectors of the Revenue; Commissioners for direct taxes; Purveyor; the Secretary of War; Accountant of the War office; the Secretary of State; the Secretary of the Navy and Accountant of the Navy; the Postmaster General; Assistant Postmaster General: And they may all receive their newspapers by post free of postage: *Provided*, that the members of the Senate and House of Representatives, Secretary of the Senate, and Clerk of the House of Representatives, shall receive their newspapers free of postage only during any session of Congress, and twenty days after the expiration of the same: *And provided*, that no letter or packet from any public officer shall be conveyed by post, free of postage, unless he shall frank the same, by writing his name and office on the outside of such letter or packet, and until he has previously furnished the postmaster of the office where he shall deposit the same, with a specimen of his signature: *Provided also*, that all letters and packages to and from George Washington, late President of the United States, shall continue to be received and conveyed by post, free of postage.

*Manner of franking letters*

SEC. 18. *And be it further enacted,* That if any person shall frank letters other than those written by himself, or by his order, on the business of his office, he shall, on conviction thereof, pay a fine of ten dollars: *Provided,* that the Secretary of the Treasury, Secretary of State, Secretary of War, Secretary of the Navy, and Postmaster General, may frank letters or packets on official business, prepared in any other public office, in the absence of the principal thereof. And if any person having the right to receive his letters free of postage, shall receive enclosed to him any letter or packet addressed to a person not having that right, it shall be his duty to return the same to the post-office, marking thereon the place from whence it came, that it may be charged with postage. And if any person shall counterfeit the hand-writing or frank of any person, or cause the same to be done, in order to evade the payment of postage, each person so offending shall pay for every such offence fifty dollars.

*Penalty on franking letters improperly.*

*Penalty on counterfeiting a frank.*

SEC. 19. *And be it further enacted,* That every printer of newspapers may send one paper to each and every other printer of newspapers within the United States, free of postage, under such regulations as the Postmaster General shall provide.

*Newspapers may go free to printers.*

SEC. 20. *And be it further enacted,* That all newspapers conveyed in the mail shall be under cover, open at one end, and charged with a postage of one cent each for any distance not more than one hundred miles, and one and an half cents for any greater distance: *Provided,* that the postage of a single newspaper from any one place to another in the same state, shall not exceed one cent; and that the Postmaster General may make such regulations as to require those who receive newspapers by post, to pay always the amount of one quarter's postage in advance.

*Manner of sending newspapers by the mail, and rates of postage.*

If any person employed in any department of the post-office shall improperly detain, delay, embezzle or destroy any newspaper, or shall permit any other person to do the like, or shall open or permit any other to open any mail or packet of newspapers not directed to the office where he is employed, he shall, on conviction thereof, forfeit a sum not exceeding fifty dollars for every such offence. And if any other person shall open any mail or packet of newspapers, or shall embezzle or destroy the same, not being directed to himself, or not being authorized to receive and open the same, he shall, on conviction thereof, pay a sum not exceeding twenty dollars for every such offence. And if any person shall take or steal any packet, bag or mail of newspapers from or out of any post-office, or from any person having custody thereof, such person shall, on conviction, be imprisoned, not exceeding three months for every such offence, to be kept at hard labour, during the period of such imprisonment.

*Offences in relation to newspapers.*

If any person shall enclose or conceal a letter or other thing, or any memorandum in writing in a newspaper, or among any package of newspapers, which he shall have delivered into any post-office, or to any person' for that purpose, in order that the same may be carried by post, free of letter postage, he shall forfeit the sum of five dollars for every such offence; and the letter, newspaper, package, memorandum, or other thing, shall not be delivered to the person to whom it is directed, until the amount of single letter postage is paid for each article of which the package shall be composed.

*Concealing letters, &c. in newspapers.*

No newspapers shall be received by the postmasters to be conveyed by post, unless they are sufficiently dried and enclosed in proper wrappers, on which, besides the direction, shall be noted the number of papers which are enclosed for subscribers, and the number for printers.

*Newspapers to be dried, &c.*

The Postmaster General, in any contract he may enter into for the conveyance of the mail, may authorize the person with whom such contract is to be made, to carry newspapers, magazines and pamphlets other than those conveyed in the mail.

*Postmaster General may authorize certain persons to carry newspapers, &c.*

When the mode of conveyance, and the size of the mails will admit of it, magazines and pamphlets may be transported in the mail at one cent a sheet for any distance not exceeding fifty miles, at one cent and a half for any distance over fifty and not exceeding one hundred miles, and two cents for any greater distance.

*Conveyance of magazines and pamphlets.*

· Sec. 21. *And be it further enacted,* That the Postmaster General be authorized to allow to the postmasters, respectively, such commission on the monies arising from the postages of letters and packets, as shall be adequate to their respective services and expenses:  *Provided,* that the said commission shall not exceed thirty per cent. on the first hundred dollars collected in one quarter, and twenty-five per cent. on a sum over one hundred, and not more than three hundred; and twenty per cent. on any sum over four hundred and not exceeding two thousand dollars; and eight per cent. on any sum collected, being over two thousand four hundred dollars; except to the postmasters, who may be employed in receiving and dispatching foreign mails, whose compensation may be augmented, not exceeding twenty-five dollars, in one quarter, and excepting to the postmasters, at offices where the mail is regularly to arrive between the hours of nine o'clock at night, and five o'clock in the morning; whose commission on the first hundred dollars, collected in one quarter, may be increased to a sum not exceeding fifty per cent.  The Postmaster General may allow to the postmasters, respectively, a commission of fifty per cent. on the monies arising from the postages of newspapers, magazines and pamphlets; and to the postmasters, whose compensation shall not exceed five hundred dollars, in one quarter, two cents for every free letter delivered out of the office, excepting such as are for the postmaster himself; and each postmaster, who shall be required to keep a register of the arrival and departure of the mails, shall be allowed ten cents for each monthly return which he makes thereof to the General Post-Office.

*Commissions and allowance to postmasters.*

Sec. 22. *And be it further enacted,* That if any postmaster, or other person authorized to receive the postages of letters and packets, shall neglect or refuse to render his accounts, and pay over to the Postmaster General the balance by him due at the end of every three months, it shall be the duty of the Postmaster General to cause a suit to be commenced against the person or persons so neglecting or refusing: and if the Postmaster General shall not cause such suit to be commenced within six months from the end of every such three months, the balances due from every such delinquent shall be charged to and recoverable from the Postmaster General.

*Postmasters, &c. refusing to account and pay over.*

That all suits which shall be hereafter commenced for the recovery of debts or balances due to the general post-office, whether they appear

*In what name suits shall be.*

FIFTH CONGRESS. Sess. III. Ch. 43. 1799.

by bond or obligations, made in the name of the existing or any preceding Postmaster General, or otherwise, shall be instituted in the name of the "Postmaster General of the United States."

Certified copies of accounts evidence.

That certified copies under the seal of the general post-office, of the accounts current of the several postmasters, after the same shall have been examined and adjusted at that office, shall be admitted as evidence in all suits brought by the Postmaster General for the recovery of balances or debts due from postmasters, and in like manner copies of such accounts current as are lodged in the office of the Register of the Treasury, certified by the Register under the seal of his office, shall be admitted as evidence.

Penalty on not accounting.

SEC. 23. *And be it further enacted*, That if any postmaster, or other person, who shall receive and open, or dispatch mails, shall neglect to render accounts thereof for one month after the time, and in the form and manner prescribed by law, and by the Postmaster General's instructions conformable therewith, he shall forfeit double the value of the postages which shall have arisen at the same office in any equal portion of time previous or subsequent thereto; or in case no accounts shall have been rendered at the time of trial of such case, then such sum as the court and jury shall estimate equivalent thereto, to be recovered by the Postmaster General in an action on the case.

Distribution of penalties.

SEC. 24. *And be it further enacted*, That all pecuniary penalties and forfeitures incurred under this act, shall be, one half for the use of the person or persons informing and prosecuting for the same, and the other half to the use of the United States.

Postmaster General may provide for the receipt of letters to be conveyed by sea.

SEC. 25. *And be it further enacted*, That it shall be lawful for the Postmaster General to make provision, where it may be necessary, for the receipt of all letters and packets intended to be conveyed by any ship or vessel beyond sea, or from any port in the United States to another port therein; and the letters so received shall be formed into a mail, sealed up, and directed to the postmaster of the port to which such ship or vessel shall be bound. And for every letter or packet so received, there shall be paid, at the time of its reception, a postage of one cent, which shall be for the use of the postmasters respectively receiving the same. And the Postmaster General may make arrangements with the

He may make arrangements with foreign postmasters.

postmasters in any foreign country, for the reciprocal receipt and delivery of letters and packets through the post-offices.

Exemptions of postmasters, &c.

SEC. 26. *And be it further enacted*, That the postmasters, and the persons employed in the transportation of the mail, shall be exempt from militia duties, and serving on juries, or any fine or penalty for neglect thereof.

Letter carriers.

SEC. 27. *And be it further enacted*, That letter carriers shall be employed at such post-offices as the Postmaster General shall direct, for the delivery of letters in the places respectively where such post-offices are established; and for the delivery of each such letter, the letter carrier may receive of the person to whom the delivery is made, two cents: *Provided*, that no letter shall be delivered to such letter carrier for distribution, addressed to any person who shall have lodged at the post-office a written request that his letters shall be detained in the office. And for every letter lodged at any post-office, not to be carried by post, but to be delivered at the place where it is to be so lodged, the postmaster shall receive one cent of the person to whom it shall be delivered.

Before whom suits and prosecutions may be commenced.

SEC. 28. *And be it further enacted*, That all causes of action arising under this act may be sued, and all offenders against this act may be prosecuted, before the justices of the peace, magistrates, and other judicial courts of the several states, and of the several territories of the United States, they having competent jurisdiction by the laws of such states or territories, to the trial of claims and demands of as great value, and of prosecutions where the punishments are of as great extent; and

**App.171**

such justices, magistrates, or judiciary, shall take cognizance thereof, and proceed to judgment and execution as in other cases.

SEC. 29. *And be it further enacted*, That in all suits for causes arising under this act, the court shall proceed to trial, and render judgment the first term after such suit shall be commenced: *Provided always*, that whenever service of the process shall not have been made twenty days at least previous to the return day of such term, the defendant shall be entitled to one continuance, if the court on the statement of such defendant shall judge it expedient: *Provided also*, that if the defendant in such suits shall make affidavit that he has a claim against the general post-office, not allowed by the Postmaster General, although submitted to him conformable to the regulations of the post-office, and shall specify such claim in the affidavit, and that he could not be prepared for the trial at such term for want of evidence, the court in such case, being satisfied in those respects, may grant a continuance until the next succeeding term. <span>Judgment to be rendered the first term. In certain cases a continuance may be had.</span>

SEC. 30. *And be it further enacted*, That it shall be the duty of the Postmaster General to report annually to Congress every post road which shall not, after the second year from its establishment, have produced one third of the expense of carrying the mail on the same. <span>Report to be made of certain post roads.</span>

SEC. 31. *And be it further enacted*, That from and after the last day of April next, the several clauses and provisions, excepting the first and second sections thereof, of an act, entitled "An act to establish the post-office and post roads within the United States," and the several clauses, provisions and sections of an act (excepting the first and second sections thereof) entitled "An act, in addition to an act, intituled An act, to establish the post-office and post roads within the United States," approved the third of March, one thousand seven hundred and ninety-seven, shall be, and the same are hereby repealed: *Provided*, that nothing herein contained shall be construed to exonerate any person who shall not have performed the duty, or who shall have violated any of the prohibitions contained in the said acts, from suits or prosecutions; but as to all bonds, contracts, debts, demands, rights, penalties, punishments, which have been made, have arisen, or have been incurred, or which shall be made, arise, or be incurred previous to the first day of May next, the said acts shall have the same force and effect as though this act had not been made. *Provided also*, that the Postmaster General, deputy postmasters, contractors for carrying the mail, and others employed under the aforesaid acts, shall continue to hold their several offices, appointments and trusts, until they are otherwise removed; any thing herein contained that might be construed to the contrary notwithstanding; and also the bonds which they, or either of them, have or may give for the faithful execution of their several duties and offices, shall continue to have the same force and effect, to all intents and purposes, after the said first day of May next, as though this act had not been made. <span>Repeal of parts of former acts. 1794, ch. 23. 1797, ch. 19.</span>

APPROVED, March 2, 1799.

---

CHAP. XLIV.—*An Act making appropriations for the support of the Military Establishment, for the year one thousand seven hundred and ninety-nine.* <span>STATUTE III. March 2, 1799. [Obsolete.]</span>

SECTION 1. *Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled*, That for the support of the military establishment of the United States, for the year one thousand seven hundred and ninety-nine; the pay and subsistence of the officers and men; bounties and premiums; the clothing, hospital, ordnance, quartermaster's, and Indian departments; the defensive protection of the frontiers; the contingent expenses of the war department, and the payment of military pensions, the sum of one million five hun- <span>Specific appropriations.</span>