IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| FIREARMS POLICY COALITION INC, ET AL., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 4:24-CV-00565-O |
| PAMELA BONDI | § § § | |
| Defendant. | § § | |

## FINAL JUDGMENT

This Judgment is issued pursuant to Fed. R. Civ. P. 58(a).

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered.

It is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. Plaintiffs' Motion for Summary Judgment is **GRANTED**.

2. Defendant's Motion for Summary Judgment is **DENIED**.

3. The Court **DECLARES** that:

   a. 39 C.F.R. § 232.1(1) is unconstitutional under the Second Amendment with respect to Plaintiffs' (and their members) possession and carrying of firearms inside of an ordinary United States Post Office or the surrounding Post Office property. An ordinary United States Post Office is defined as a United States Post Office that is not located inside of (1) a Military Base or similarly restricted access area, or (2) a Federally owned or leased building housing government functions other than a United States Post Office in which carrying a firearm would otherwise be prohibited.

    b. 18 U.S.C. § 930(a) is unconstitutional under the Second Amendment with respect to Plaintiffs' (and their members) possession and carrying of firearms inside of an ordinary United States Post Office or the surrounding Post Office property. An ordinary United States Post Office is defined as a United States Post Office that is not located inside of (1) a Military Base or similarly restricted access area, or (2) a Federally owned or leased building housing government functions other than a United States Post Office in which carrying a firearm would otherwise be prohibited.

4. The Court **ENJOINS** Defendant from the following actions against Plaintiffs:

    a. Interpreting or enforcing 39 C.F.R. § 232.1(1) to prohibit Plaintiffs' (and their members) possession and carrying of firearms inside of an ordinary United States Post Office or the surrounding Post Office property. An ordinary United States Post Office is defined as a United States Post Office that is not located inside of (1) a Military Base or similarly restricted access area, or (2) a Federally owned or leased building housing government functions other than a United States Post Office in which carrying a firearm would otherwise be prohibited.

    b. Interpreting or enforcing 18 U.S.C. § 930(a) to prohibit Plaintiffs' (and their members) possession and carrying of firearms inside of an ordinary United States Post Office or the surrounding Post Office property. An ordinary United States Post Office is defined as a United States Post Office that is not located inside of (1) a Military Base or similarly restricted access area, or (2) a Federally owned or leased building housing government functions other than a United States Post Office in which carrying a firearm would otherwise be prohibited.

5.   The clerk shall transmit a true copy of this Final Judgment to the parties.

**SO ORDERED** on this **30th** day of **September, 2025.**

_____
Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**