IN THE UNITED STATES DISTRICT COURT
FOR THE NORHTERN DISTRICT OF TEXAS

| | |
|---|---|
| FIREARMS POLICY COALITION, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PAMELA BONDI, in her official capacity as Attorney General of the United States, <br><br> Defendant. | Case No. 4:24-cv-565 |

## NOTICE OF APPEARANCE

Please take notice that Samuel S. Holt, Trial Attorney at the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance for Defendant in the above-captioned case.

Dated: October 2, 2025

Respectfully Submitted,

*/s/ Samuel S. Holt*
SAMUEL S. HOLT (CO Bar # 59613)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 674-9761
Fax: (202) 616-8460
Email: Samuel.Holt2@usdoj.gov

*Counsel for Defendant*

2

## CERTIFICATE OF SERVICE

I certify that on October 2, 2025, I electronically filed the foregoing and thereby caused a copy to be served on counsel of record.

*/s/ Samuel S. Holt*
SAMUEL S. HOLT