IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| FIREARMS POLICY COALITION, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>PAMELA BONDI, in her official capacity as Attorney General of the United States,<br><br>Defendant. | Case No. 4:24-cv-565-O |

## NOTICE OF APPEAL

To preserve appellate rights, please take notice that in the above-named case Defendant Pamela Bondi, in her official capacity as Attorney General of the United States, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Court's Memorandum Opinion and Order (ECF 35) and Final Judgment (ECF 36).

Dated: December 1, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ANDREW I. WARDEN
Assistant Branch Director
Federal Programs Branch

*/s/ Samuel S. Holt*
SAMUEL S. HOLT (CO Bar # 59613)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 674-9761
Fax: (202) 616-8460

1

2

Email: Samuel.Holt2@usdoj.gov

*Counsel for Defendant*