# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 23, 2026

Ms. Karen S. Mitchell
Northern District of Texas, Fort Worth
United States District Court
501 W. 10th Street
Room 310
Fort Worth, TX 76102

    No. 25-11328   Firearms Plcy Coaltn v. Blanche
               USDC No. 4:24-CV-565

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate.

           Sincerely,

           LYLE W. CAYCE, Clerk

           By: _____
           Kierston Jackson, Deputy Clerk

cc w/encl:
    Mr. William V. Bergstrom
    Mr. Richard Brent Cooper
    Mr. Samuel S. Holt
    Mr. Peter A. Patterson
    Mr. Michael S. Raab
    Mr. Kevin Benjamin Soter
    Mr. David H. Thompson