# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

July 23, 2026

Lyle W. Cayce
Clerk

No. 25-11328

FIREARMS POLICY COALITION, INCORPORATED; SECOND
AMENDMENT FOUNDATION; GAVIN PATE; GEORGE MANDRY,

*Plaintiffs—Appellees*,

*versus*

TODD WALLACE BLANCHE, *Acting U.S. Attorney General*,

*Defendant—Appellant.*

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:24-CV-565

CLERK'S OFFICE:

Under FED. R. APP. P.42(B), the appeal is dismissed as of July 23, 2026, pursuant to appellant's motion.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____

Kierston Jackson, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT